Daniel P. Collins (State Bar Id. No. 009055)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
Chase Tower, Suite 2200
201 North Central Avenue
Phoenix, Arizona 85004-0022
Telephone (602) 252-1900
Facsimile (602) 252-1114
Email: dcollins@cmpbglaw.com

Attorneys for the Debtor/Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 11** |
| SUN WEST BOTTLERS, LLC, an Arizona limited liability company, | **No. 2:09-bk-11283-RJH** |
| Debtor. | **AMENDMENTS TO SCHEDULE F AND MASTER MAILING LIST** |

The chapter 11 debtor-in-possession, Sun West Bottlers, LLC ("Debtor"), by and through its attorneys, Collins, May, Potenza, Baran & Gillespie, P.C. ("CMPBG"), hereby amends its schedules as follows:

<u>Schedule F – Unsecured Creditors</u>

Consolidated Containers
Attn: John Cichetto
4239 North 39th Avenue
Phoenix, Arizona 85019

Claim Amount: 0.00

This is a disputed claim.

1     <u>Amendments to Master Mailing List</u>.

2     Consolidated Containers
    Attn: John Cichetto
3     4239 North 39th Avenue
4     Phoenix, Arizona 85019

6 Dated: June 11th, 2009.

                                 COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

                                 By <u>/s/ Daniel P. Collins</u>       009055
                                   Daniel P. Collins
                                   Attorneys for Debtor/Debtor-in-Possession

Copies of the foregoing
mailed this 11th day of
June, 2009, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Consolidated Containers
Attn: John Cichetto
4239 North 39th Avenue
Phoenix, Arizona 85019

<u>/s/ Denine Downs</u>_____