1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  EDWARD K. BERNATAVICIUS (#024174)
   Trial Attorney
4  230 North First Avenue, #204
   Phoenix, Arizona  85003-1706
5  (602) 682-2600 (phone)
   (602) 514-7270 (fax)
6  E-mail:  Edward.K.Bernatavicius@usdoj.gov

7                  UNITED STATES BANKRUPTCY COURT

8                        DISTRICT OF ARIZONA

9  In re                          )   Chapter 11
                                  )
10 SUN WEST BOTTLERS, LLC,        )   Case No. 2:09-bk-11283-RJH
                                  )
11                                )   APPOINTMENT OF OFFICIAL
                                  )   COMMITTEE OF UNSECURED
12              Debtor.           )   CREDITORS

13         Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the

14 following creditors of the above-captioned debtor, being among those

15 holding the largest unsecured claims and who are willing to serve, are

16 appointed to the committee of unsecured creditors:

17         1.   Clearwater Beverage, LLC
                Attn:  Thomas McKinley
18              11176 N. 78th Street
                Scottsdale, AZ  85260
19              (602) 750-7502 (phone)
                (602) 954-4610 (fax)
20
           2.   Allied Packaging Corp.
21              Attn:  Darrel Bison
                P. O. Box 8010
22              Phoenix, AZ  85066
                (602) 437-3831 (phone)
23              (602) 437-3938 (fax)

24

25

26

27

28 . . .

| | | |
|---|---|---|
| 1 | 3. West Coast Container, Inc.<br>Attn: Bob Stoddart | |
| 2 | 1525 Willamette Falls Drive<br>West Linn, OR  97068 | |
| 3 | (503) 723-0000 (phone)<br>(503) 723-3656 (fax) | |

```
                                        Respectfully submitted,

                                        ILENE J. LASHINSKY
                                        United States Trustee
                                        District of Arizona


Dated:    June 16, 2009.               /s/ EKB (#024174)
                                        EDWARD K. BERNATAVICIUS
                                        Trial Attorney

Copies of the foregoing mailed to
the creditors appointed as listed
above, and the following this
16th day of June, 2009:

Daniel P. Collins
Collins, May, Potenza
  Baran & Gillespie
201 N. Central Avenue, #2210
Phoenix, Az  85004-0022
Attorney for Debtor


/s/ C. Dior
```