Daniel P. Collins (State Bar Id No. 009055)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: dcollins@cmpbglaw.com

Attorneys for Debtor-in-Possession,
  Sun West Bottlers, L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SUN WEST BOTTLERS, L.L.C., | No. 2:09-bk-11283-RJH |
| Debtor. | **NOTICE OF HEARING** |

NOTICE is hereby given that a hearing will be held on the **7th day of December, 2009 at 2:30 p.m**. before the Honorable Randolph J. Haines at the United States Bankruptcy Court, 6th Floor, Room #603, 230 North First Avenue, Phoenix, Arizona, to consider and act upon Sun West Bottlers, LLC's Motion for Order Authorizing and Approving the Sale of Debtor's Assets, Free and Clear of any Liens or Encumbrances and Authorize the Assignment of Debtor's Lease ("Motion").  Any objections to the Motion must be made in writing within twenty (20) days and filed with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, 1st Floor, Phoenix, Arizona, and a copy served upon the following:

> Daniel P. Collins
> Collins, May, Potenza, Baran & Gillespie, P.C.
> 201 North Central Avenue, 22nd Floor
> Phoenix, Arizona 85004-0608

| | |
|---|---|
| 1 | If objections are not timely filed, the Court may approve such Motion without further |
| 2 | proceedings before this Court. |
| 3 | DATED this 9th day of November, 2009. |
| 4 | COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C. |
| 5 | |
| 6 | By /s/ Daniel P. Collins   009055 |
| 7 | Daniel P. Collins<br>Attorneys for Debtor-in-Possession, |
| 8 | Sun West Bottlers, L.L.C. |

---

      If objections are not timely filed, the Court may approve such Motion without further proceedings before this Court.

      DATED this 9th day of November, 2009.

                            COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

                            By /s/ Daniel P. Collins       009055
                              Daniel P. Collins
                              Attorneys for Debtor-in-Possession,
                              Sun West Bottlers, L.L.C.