# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

SUN WEST BOTTLERS, LLC, an
Arizona limited liability
company,

Debtor

CASE NO. 2:09-bk-11283-PHX-RJH

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF _____ Jun-09

DATE PETITION FILED: May 22, 2009

TAX PAYER ID NO. : 72-1557509

Nature of Debtor's Business: _____ Private Labeled Bottled Water_____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

LANCE NEILL
PRINTED NAME OF RESPONSIBLE PARTY

CFO
TITLE

7/29/09
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

LANCE NEILL
PRINTED NAME OF PREPARER

CFO
TITLE

7/29/09
DATE

PERSON TO CONTACT REGARDING THIS REPORT: Lance Neill

PHONE NUMBER: 602-462-5300

ADDRESS: 2121 W Willetta St, Phoenix, AZ 8

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 2:09-bk-11283-PHX-RJH

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Managers # | Operating # | Payroll # | Tax # | |
| Balance at Beginning of Period | | | | | |

**RECEIPTS**

| | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | | | | |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | 117768.51 | | | 117768.51 |
| Loans and Advances | | | | | |
| Sale of Assets | | 25650 | | | 25650 |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| TOTAL RECEIPTS | | 143418.51 | | | 143418.51 |

**DISBURSEMENTS**

| | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | 105331.9 | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | 2000 | | | |
| New Building Lease Deposit and Rent | | 12240 | | | |
| APS Deposit | | 5745 | | | |
| | | | | | |
| Reorganization Expenses: Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | | 125316.9 | | | 125316.9 |

| | | | | | |
|---|---|---|---|---|---|
| Balance at End of Month | | 18101.61 | | | 18101.61 |

*Information provided above should reconcile with balance sheet and income statement amounts

**DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:**

| | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | 125316.9 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 125316.9 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
### May 23 through June 30, 2009

|  | May 23 - Jun 30, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sun West Sales Income** | |
| AEB Sales Income | 45,839.75 |
| Delivery Income | 2,708.35 |
| Gallon 4/1 Income | 3,596.20 |
| Gallon 6/1 Income | 7,358.40 |
| Label Revenue | 10,640.00 |
| Print Plate Income | 1,250.00 |
| Sun West Sales Income - Other | 152,118.79 |
| **Total Sun West Sales Income** | 223,511.49 |
| **Total Income** | 223,511.49 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 58,338.65 |
| Freight Costs | 2,296.92 |
| Inventory Overages/Shortages | -348.27 |
| **Total COGS** | 60,287.30 |
| **Gross Profit** | 163,224.19 |
| **Expense** | |
| **Delivery Fee's** | |
| Accurate Cargo | 711.66 |
| Truck Gasoline Exp. | 848.49 |
| **Total Delivery Fee's** | 1,560.15 |
| Employee Benefit Exp. | 5,245.20 |
| **Equipment Rental** | |
| RO DI Tanks | 64.68 |
| **Total Equipment Rental** | 64.68 |
| **Insurance** | |
| Auto Insurance | 192.17 |
| General Liability Ins. Bethany | 794.94 |
| **Total Insurance** | 987.11 |
| **Label Fees** | |
| Digital Labels | 6,294.34 |
| Labels | 1,098.00 |
| Shipping/Freight Exp. | 214.86 |
| **Total Label Fees** | 7,607.20 |
| Late Charge/Penalty Exp. | 20.00 |
| **Office Supplies** | |
| Paper & Stationary Exp. | 301.66 |
| **Total Office Supplies** | 301.66 |
| **Payroll Expenses** | |
| Accounting Wages | 2,534.97 |
| Admin Salaries | 23,436.03 |
| **Payroll Fees** | |
| Timeclock Lease Exp. | 261.36 |
| **Total Payroll Fees** | 261.36 |
| Production Wages | 7,427.71 |
| Warehouse/Shipping Wages | 5,756.55 |
| **Total Payroll Expenses** | 39,416.62 |
| **Plant Supplies** | |
| Pallet Exp. | 1,198.40 |
| Plant Supplies - Other | 165.67 |
| **Total Plant Supplies** | 1,364.07 |
| **Professional Fees** | |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23 through June 30, 2009

|  | May 23 - Jun 30, 09 |
|---|---|
| Engineer Consulting Exp | 7,315.00 |
| **Total Professional Fees** | 7,315.00 |
| Propane Exp. | 0.32 |
| Quality Control | |
| Water Analysis Exp. | 467.99 |
| **Total Quality Control** | 467.99 |
| Refund Exp | -672.15 |
| Rent Willetta | 4,080.00 |
| Repairs and Maintenance | |
| RO Equipment | 366.52 |
| Videojet Printer | 274.00 |
| **Total Repairs and Maintenance** | 640.52 |
| Telephone and Fax | |
| Cell Phone Exp. | |
| Delivery Driver Cell Exp. | 50.00 |
| Cell Phone Exp. - Other | 572.99 |
| **Total Cell Phone Exp.** | 622.99 |
| Telephone and Fax - Other | 738.66 |
| **Total Telephone and Fax** | 1,361.65 |
| Utilities | |
| Trash Exp. | 186.45 |
| Water Exp. | 1,977.71 |
| **Total Utilities** | 2,164.16 |
| Web Hosting Exp. | |
| Web Domain Exp. | 37.89 |
| **Total Web Hosting Exp.** | 37.89 |
| **Total Expense** | 71,962.07 |
| **Net Ordinary Income** | 91,262.12 |
| **Net Income** | 91,262.12 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### June 2009

| | Jun 09 | Jan - Jun 09 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Material Sales** | 0.00 | 5,738.70 |
| **Sun West Sales Income** | | |
| AEB Sales Income | 28,287.75 | 153,774.40 |
| Delivery Income | 2,308.35 | 12,208.44 |
| Gallon 4/1 Income | 1,528.00 | 32,628.68 |
| Gallon 6/1 Income | 4,905.60 | 31,266.80 |
| Label Revenue | 8,960.00 | 48,790.00 |
| Print Plate Income | 750.00 | 5,150.00 |
| US Foods Income | 0.00 | 65,370.26 |
| White Water Sales income | 0.00 | 396.90 |
| Sun West Sales Income - Other | 139,383.45 | 380,976.63 |
| **Total Sun West Sales Income** | 186,123.15 | 734,347.81 |
| **Total Income** | 186,123.15 | 728,558.11 |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | 40,882.24 | 313,945.10 |
| Freight Costs | 2,296.92 | 8,796.53 |
| Inventory Overages/Shortages | -348.27 | -348.27 |
| Materials - Cost of Goods Sold | 0.00 | -102.20 |
| Packaging Costs | 0.00 | 6,816.40 |
| **Total COGS** | 42,830.89 | 329,106.66 |
| **Gross Profit** | 143,292.26 | 465,241.15 |
| **Expense** | | |
| **Advertising Expenses** | 0.00 | 25.00 |
| **Bad Debt Loss** | 0.00 | 1,222.81 |
| **Bank Service Charges** | 0.00 | 108.05 |
| **Car/Truck Expense** | | |
| Gas | 0.00 | 25.00 |
| Mileage Reimbursement | 0.00 | 107.57 |
| Registration & Ticket Exp. | 0.00 | 972.54 |
| **Total Car/Truck Expense** | 0.00 | 1,105.11 |
| **Delivery Fee's** | | |
| Accurate Cargo | 639.51 | 1,713.65 |
| Central Freight | 0.00 | 168.43 |
| One Stop Logistics | 0.00 | 2,928.13 |
| R&L Carriers | 0.00 | 792.09 |
| Truck Gasoline Exp. | 754.48 | 4,617.00 |
| Delivery Fee's - Other | 0.00 | -70.00 |
| **Total Delivery Fee's** | 1,393.99 | 10,149.30 |
| **Donations Exp.** | 0.00 | 156.95 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### June 2009

| | Jun 09 | Jan - Jun 09 |
|---|---|---|
| Electronics Exp. | | |
| Networking Exp. | 0.00 | 98.75 |
| Electronics Exp. - Other | 0.00 | 226.00 |
| Total Electronics Exp. | 0.00 | 324.75 |
| Employee Benefit Exp. | 5,245.20 | 16,621.56 |
| Equipment Rental | | |
| Forklift Lease | 0.00 | 2,460.92 |
| RO DI Tanks | 64.88 | 339.60 |
| Truck Rental | 0.00 | 1,275.78 |
| Total Equipment Rental | 64.88 | 4,076.30 |
| Insurance | | |
| Auto Insurance | 192.17 | 898.64 |
| General Liability Ins. Bethany | 794.94 | 9,144.03 |
| General Liability Insurance | 0.00 | 165.00 |
| Worker's Compensation | 0.00 | 11,649.73 |
| Total Insurance | 987.11 | 21,857.40 |
| Inventory Loss/Gain Exp | 0.00 | 41,851.30 |
| Janitorial/Cleaning Exp. | 0.00 | 1,100.00 |
| Label Fees | | |
| Digital Labels | 6,284.34 | 61,352.99 |
| Labels | 1,098.00 | 2,458.93 |
| Shipping/Freight Exp. | 214.86 | 686.37 |
| Label Fees - Other | 0.00 | -170.00 |
| Total Label Fees | 7,607.20 | 64,328.29 |
| Late Charge/Penalty Exp. | 20.00 | 105.32 |
| Licenses and Permits | 0.00 | 410.00 |
| Marketing Exp. | | |
| Brochures Exp. | 0.00 | 1,600.00 |
| CoPacker Marketing Exp. | 0.00 | 4,745.68 |
| Sales/Marketing Water Exp. | 0.00 | 4.60 |
| Total Marketing Exp | 0.00 | 6,350.28 |
| Membership/Subscription Exp. | 0.00 | 217.06 |
| Misc. Exp. | | |
| Company Water Usage Exp. | 0.00 | 24.70 |
| Misc. Exp. - Other | 0.00 | 2,787.55 |
| Total Misc. Exp. | 0.00 | 2,812.25 |
| Office Supplies | | |
| Paper & Stationary Exp. | 301.66 | 1,726.52 |
| Total Office Supplies | 301.66 | 1,726.52 |
| Payroll Expenses | | |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### June 2009

|  | Jun 09 | Jan - Jun 09 |
|---|---:|---:|
| Accounting Wages | 2,018.82 | 28,176.26 |
| Admin Salaries | 18,714.46 | 102,397.60 |
| Front Office Salary/Wages | 0.00 | 17,988.43 |
| Management Wages | 0.00 | 26,365.25 |
| Payroll Fees |  |  |
| Timaclock Lease Exp. | 130.68 | 783.36 |
| Payroll Fees - Other | 0.00 | 1,160.08 |
| **Total Payroll Fees** | 130.68 | 1,943.44 |
| Payroll Tax |  |  |
| AZ Training Tax | 0.00 | 99.15 |
| Federal Unemployment Tax | 0.00 | 979.98 |
| Social Security/Medicare Tax | 0.00 | 12,612.52 |
| State Unemployment Tax | 0.00 | 2,010.37 |
| Payroll Tax - Other | 0.00 | 5,336.88 |
| **Total Payroll Tax** | 0.00 | 21,038.90 |
| **Total Payroll Expenses** | 31,290.31 | 327,461.28 |
| Production Wages |  |  |
| Production Wage Garnishment |  |  |
| Garnishment (Child Support) | 0.00 | 2,305.93 |
| Production Wage Garnishment - Other | 0.00 | -1,096.75 |
| **Total Production Wage Garnishment** | 0.00 | 1,209.18 |
| Production Wages - Other | 5,821.11 | 84,416.66 |
| **Total Production Wages** | 5,821.11 | 85,625.84 |
| Sales Wages | 0.00 | 6,462.04 |
| Warehouse/Shipping Wages | 4,605.24 | 37,333.70 |
| Payroll Expenses - Other | 0.00 | 109.82 |
| **Total Payroll Expenses** | 31,290.31 | 327,461.28 |
| Pest Control | 0.00 | 1,597.03 |
| Plant Supplies |  |  |
| Pallet Exp. | 1,198.40 | 6,299.00 |
| Plant Supplies - Other | 165.67 | 3,834.73 |
| **Total Plant Supplies** | 1,364.07 | 10,133.73 |
| Postage and Shipping | 0.00 | 1,502.33 |
| Product Packaging Exp |  |  |
| Shrink Wrap Exp | 0.00 | 5,951.03 |
| Stretch Wrap Exp | 0.00 | 1,410.00 |
| **Total Product Packaging Exp** | 0.00 | 7,361.03 |
| Professional Fees |  |  |
| Accounting Fees | 0.00 | 1,800.00 |
| Engineer Consulting Exp | 5,852.00 | 19,656.00 |
| Legal Fees | 0.00 | 15,000.00 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### June 2009

| | Jun 09 | Jan - Jun 09 |
|---|---|---|
| Professional Fees - Other | 0.00 | 600.00 |
| **Total Professional Fees** | | 37,356.00 |
| Propane Exp. | 5,852.00 | |
| Quality Control | 0.00 | 1,342.51 |
| Water Analysis Exp. | 315.99 | 1,752.49 |
| **Total Quality Control** | 315.99 | 1,752.49 |
| Refund Exp | | 315.99 | 1,752.49 |
| Rent Bethany | -672.15 | -672.15 |
| Rent Willetta | 4,060.00 | 71,341.20 |
| **Repairs and Maintenance** | | 14,965.60 |
| Building Maint. | 0.00 | 200.00 |
| Equipment Repairs | 0.00 | 3,754.16 |
| Filler Equipment | 0.00 | 5,471.30 |
| Fork Lift Maint.Exp. | 0.00 | 1,403.43 |
| RO Equipment | 366.52 | 1,113.04 |
| Truck Repair | 0.00 | 417.32 |
| Video/et Printer | 0.00 | 1,135.50 |
| Repairs and Maintenance - Other | 0.00 | 467.05 |
| **Total Repairs and Maintenance** | 366.52 | 13,961.79 |
| Storage Unit Exp. | 0.00 | 247.65 |
| **Telephone and Fax** | | |
| Cell Phone Exp. | | |
| Delivery Driver Cell Exp. | 50.00 | 250.00 |
| Cell Phone Exp. - Other | 572.99 | 3,872.35 |
| **Total Cell Phone Exp.** | 622.99 | 4,122.35 |
| Telephone and Fax - Other | 539.72 | 4,222.08 |
| **Total Telephone and Fax** | 1,162.71 | 8,344.43 |
| Tenant Improvements | 0.00 | -986.00 |
| Tenant Improvements - Bethany | 0.00 | 2,757.38 |
| **Travel & Entertainment** | | |
| Meals | | 344.38 |
| Travel | 0.00 | 649.26 |
| **Total Travel & Entertainment** | 0.00 | 993.64 |
| **Utilities** | | |
| Electric Exp. | 0.00 | 23,353.36 |
| Trash Exp. | 196.45 | 1,179.21 |
| **Water Exp.** | | |
| Spring Water Exp. | 0.00 | 3,745.00 |
| Water Exp. - Other | 1,196.61 | 6,896.84 |
| **Total Water Exp.** | 1,196.61 | 10,641.84 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 827.87 | 18563.72 | 15935.6 |
| Restricted Cash | | | |
| Total Cash | 827.87 | 18563.72 | 15935.6 |
| Accounts Receivable (net) | 67472.05 | 179232.18 | 81058.43 |
| Inventory | 5000 | 11568.25 | 7256.89 |
| Notes Receivable | | | |
| APS Security Deposit | 12695 | 12695 | 12695 |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | 181625 | 181625 | 181625 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Trucks | 25000 | 25000 | 25000 |
| Office Furn,supplies, electronics | 1800 | 1800 | 1800 |
| TOTAL ASSETS | 295247.79 | 449047.87 | 341306.52 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | 78000 | 78000 | 78000 |
| Unsecured Debt | 204041.77 | 204041.77 | 204041.77 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 282041.77 | 282041.77 | 282041.77 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Case Number: _____

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 179332.78 | 166602.04 | 10538.39 | 2192.35 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 179332.78 | 166602.04 | 10538.39 | 2192.35 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | 7526.36 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | 11568.25 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 181625 | | | 181625 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | 25000 | | | 25000 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Case Number: [_____]

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 8042 | 8042 | 0 | 0 | 0 |
| Taxes Payable | 2310.38 | 2310.38 | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| Total Post-Petition Liabilities | 10352.38 | 10352.38 | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

**CASE STATUS**

**QUESTIONAIRE**

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

Current number of employees:     14

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Hartford | Workers Comp | 5/15/09 - 1/7/10 | Monthly |
| Travelers 6808980L285 | General Liability | 1/7/09 - 1/7/10 | Monthly |
| Travelers CUP8710Y489 | Umbrella Liability | 1/7/09 - 1/7/10 | Monthly |
| Valley Forge Insurance | Automobile | 5/29/09 - 5/29/10 | Monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

_____

_____

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of June 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Operating** | | | | | | | 0.00 |
| Deposit | 5/29/2009 | | | Deposit | 25,600.23 | | 25,600.23 |
| Check | 5/29/2009 | 6007698 | Tina Placourakis | | | 1,875.00 | 23,725.23 |
| Check | 5/29/2009 | 6007699 | Lance Neill | | | 1,875.00 | 21,850.23 |
| Check | 5/29/2009 | 6007700 | Stan Walker | | | 1,463.00 | 20,387.23 |
| Check | 5/29/2009 | 6007701 | Jake Conway | | | 230.21 | 20,157.02 |
| Check | 5/29/2009 | 6007702 | Maria Conway | | | 325.95 | 19,831.07 |
| Check | 5/29/2009 | 6007703 | Narcisa Conway | | | 268.44 | 19,562.63 |
| Check | 5/29/2009 | 6007704 | Rebecca Hernandez | | | 375.26 | 19,187.37 |
| Check | 5/29/2009 | 6007705 | Monique Munguia | | | 253.76 | 18,933.61 |
| Check | 5/29/2009 | 6007706 | Mary Varela-Rodrig... | | | 152.98 | 18,780.63 |
| Check | 5/29/2009 | 6007707 | Joseph Ban | | | 575.28 | 18,205.35 |
| Check | 5/29/2009 | 6007708 | Martin Bustamante | | | 576.03 | 17,629.32 |
| Check | 5/29/2009 | 6007709 | Roseanne Ruiz | | | 513.69 | 17,115.63 |
| Check | 5/29/2009 | 6007710 | Andrew DePasquale | | | 457.88 | 16,657.75 |
| Check | 5/29/2009 | 6007711 | Tiffany Hayden | | | 516.15 | 16,141.60 |
| General Journal | 5/29/2009 | | | ACCOUNT C.... | 0.01 | | 16,141.61 |
| Deposit | 6/12/2009 | | | Deposit | 10,203.88 | | 26,345.49 |
| Deposit | 5/22/2009 | | | Deposit | 3,978.22 | | 30,323.71 |
| General Journal | 6/2/2009 | | | La-Z-Boy refund | 1,175.00 | | 31,498.71 |
| General Journal | 6/2/2009 | 1 | | transfer to old ... | | 289.81 | 31,208.90 |
| Bill Pmt -Check | 6/2/2009 | 101 | West Coast Contain... | | | 7,844.08 | 23,364.82 |
| Check | 6/4/2009 | 102 | Mary Varela-Rodrig... | | | 62.40 | 23,302.42 |
| Check | 6/4/2009 | | Diagraph | SUNW | | 2,070.34 | 21,232.08 |
| Deposit | 6/4/2009 | | | Deposit | 4,007.56 | | 25,239.64 |
| Check | 6/5/2009 | 6007799 | Tina Placourakis | | | 1,875.00 | 23,364.64 |
| Check | 6/5/2009 | 6007800 | Lance Neill | | | 1,875.00 | 21,489.64 |
| Check | 6/5/2009 | 6007801 | Stan Walker | | | 1,463.00 | 20,026.64 |
| Check | 6/5/2009 | 6007802 | Maria Conway | | | 386.31 | 19,640.33 |
| Check | 6/5/2009 | 6007803 | Monique Munguia | | | 300.70 | 19,339.57 |
| Check | 6/5/2009 | 6007804 | Joseph Ban | | | 575.28 | 18,764.29 |
| Check | 6/5/2009 | 6007805 | Martin Bustamante | | | 596.03 | 18,168.26 |
| Check | 6/5/2009 | 6007806 | Narcisa Conway | | | 253.66 | 17,914.60 |
| Check | 6/5/2009 | 6007807 | Jake Conway | | | 317.52 | 17,597.08 |
| Check | 6/5/2009 | 6007808 | Rebecca Hernandez | | | 410.78 | 17,186.30 |
| Check | 6/5/2009 | 6007810 | Mary Varela-Rodrig... | | | 214.24 | 16,972.06 |
| Check | 6/5/2009 | 6007811 | Andrew DePasquale | | | 500.20 | 16,471.86 |
| Check | 6/5/2009 | 6007812 | Roseanne Ruiz | | | 444.00 | 16,027.86 |
| Check | 6/5/2009 | 6007813 | Tiffany Hayden | | | 511.99 | 15,515.89 |
| Deposit | 6/5/2009 | 6007814 | AMCOR | Deposit | 1,620.88 | | 17,136.77 |
| Bill Pmt -Check | 6/5/2009 | 5 | | Deposit | | 8,059.89 | 9,076.88 |
| Deposit | 6/8/2009 | | | Deposit | 3,479.49 | | 12,556.37 |
| Deposit | 6/9/2009 | | | Deposit | 3,589.42 | | 16,145.79 |
| Check | 6/9/2009 | 901 | Diagraph | Deposit | | 3,068.00 | 13,077.79 |
| Check | 6/9/2009 | 902 | American Eagle Be... | SUNW | | 3,089.22 | 9,988.57 |
| Deposit | 6/10/2009 | | | Deposit | 11,909.79 | | 21,898.36 |
| Deposit | 6/11/2009 | | | Deposit | 1,529.29 | | 23,427.65 |
| Bill Pmt -Check | 6/12/2009 | 1100 | Tina Placourakis | Deposit | | 1,975.00 | 21,452.65 |
| Check | 6/12/2009 | 1101 | Lance Neill | Deposit | | 2,174.07 | 19,278.58 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of June 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 6/12/2009 | 1102 | Stan Walker | | | 1,463.00 | 17,815.58 |
| Check | 6/12/2009 | 1103 | Jake Conway | | | 211.59 | 17,603.99 |
| Check | 6/12/2009 | 1104 | Maria Conway | | | 304.22 | 17,299.77 |
| Check | 6/12/2009 | 1105 | Narcisa Conway | | | 184.61 | 17,115.16 |
| Check | 6/12/2009 | 1106 | Rebecca Hernandez | | | 366.38 | 16,748.78 |
| Check | 6/12/2009 | 1107 | Monique Munguia | | | 238.73 | 16,510.05 |
| Check | 6/12/2009 | 1108 | Mary Varela-Rodrig… | | | 208.82 | 16,301.23 |
| Check | 6/12/2009 | 1109 | Joseph Ban | | | 625.28 | 15,675.95 |
| Check | 6/12/2009 | 1110 | Martin Bustamante | | | 576.03 | 15,099.92 |
| Check | 6/12/2009 | 1111 | Andrew DePasquale | | | 463.11 | 14,636.81 |
| Check | 6/12/2009 | 1112 | Roseanne Ruiz | | | 423.19 | 14,213.62 |
| Check | 6/12/2009 | 1113 | Tiffany Hayden | | | 499.50 | 13,714.12 |
| Deposit | 6/12/2009 | | | Deposit | 5,393.24 | | 19,107.36 |
| Bill Pmt -Check | 6/12/2009 | 1225 | Aetna | 80500905 | | 2,622.60 | 16,484.76 |
| Deposit | 6/15/2009 | | | Deposit | 3,551.03 | | 20,035.79 |
| Check | 6/15/2009 | 1114 | Diagraph | SUNW | | 1,170.70 | 18,865.09 |
| Deposit | 6/16/2009 | | | Deposit | 5,600.98 | | 24,466.07 |
| Bill Pmt -Check | 6/16/2009 | 9 | West Coast Contain… | | | 8,271.89 | 16,194.18 |
| General Journal | 6/17/2009 | | | Beverage Ind… | 4,823.75 | | 21,017.93 |
| Deposit | 6/18/2009 | | | Deposit | 15,650.00 | | 36,667.93 |
| Deposit | 6/18/2009 | | | Deposit | 1,404.90 | | 38,072.83 |
| Check | 6/18/2009 | 1115 | Tina Placourakis | | | 1,875.00 | 36,197.83 |
| Check | 6/18/2009 | 1116 | Jake Conway | | | 161.94 | 36,035.89 |
| Check | 6/18/2009 | 1119 | Maria Conway | | | 248.69 | 35,787.20 |
| Check | 6/19/2009 | 1120 | Narcisa Conway | | | 200.97 | 35,586.23 |
| Check | 6/19/2009 | 1121 | Rebecca Hernandez | | | 266.47 | 35,299.76 |
| Check | 6/19/2009 | 1122 | Mary Varela-Rodrig… | | | 82.75 | 35,217.01 |
| Check | 6/19/2009 | 1123 | Joseph Ban | | | 575.28 | 34,641.73 |
| Check | 6/19/2009 | 1124 | Martin Bustamante | | | 576.03 | 34,065.70 |
| Check | 6/19/2009 | 1125 | Andrew DePasquale | | | 503.57 | 33,562.13 |
| Check | 6/19/2009 | 1126 | Roseanne Ruiz | | | 423.19 | 33,138.94 |
| Check | 6/19/2009 | 1127 | Tiffany Hayden | | | 507.83 | 32,631.11 |
| Check | 6/19/2009 | 1128 | Lance Neill | | | 2,147.55 | 30,483.56 |
| Deposit | 6/19/2009 | 1129 | Stan Walker | | | 1,628.67 | 28,854.89 |
| Deposit | 6/19/2009 | | | Deposit | 1,407.92 | | 30,262.81 |
| Check | 6/22/2009 | 1130 | West Coast Contain… | | | 29,262.81 | 29,262.81 |
| Bill Pmt -Check | 6/22/2009 | 11 | Diagraph | SUNW | | 6,435.48 | 22,827.33 |
| Deposit | 6/22/2009 | | | Deposit | 5,667.67 | | 28,495.00 |
| Check | 6/22/2009 | 1131 | Talt-Ritter | SUNW | | 12,240.00 | 16,255.00 |
| Check | 6/23/2009 | 1132 | Diagraph | | | 1,298.16 | 14,956.84 |
| Deposit | 6/23/2009 | | | Deposit | 1,739.95 | | 16,695.79 |
| General Journal | 6/24/2009 | | | 2.5 Gal | 1,929.90 | | 18,625.69 |
| Deposit | 6/24/2009 | | | 2.5 Gal Sale | 10,000.00 | | 28,625.69 |
| General Journal | 6/25/2009 | | | Deposit | 1,758.33 | | 30,384.02 |
| Deposit | 6/25/2009 | | | Cell Phones / … | | 572.98 | 29,811.03 |
| Check | 6/26/2009 | 1133 | Tina Placourakis | | | 1,875.00 | 27,936.03 |
| Check | 6/26/2009 | 1134 | Lance Neill | | | 2,011.00 | 25,925.03 |
| Check | 6/26/2009 | 1135 | Stan Walker | | | 1,463.00 | 24,462.03 |
| Check | 6/26/2009 | 1136 | Jake Conway | | | 255.04 | 24,206.99 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of June 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 6/26/2009 | 1137 | Maria Conway | | | 305.63 | 23,900.36 |
| Check | 6/26/2009 | 1138 | Narcisa Conway | | | 248.00 | 23,652.36 |
| Check | 6/26/2009 | 1139 | Rebecca Hernandez | | | 353.42 | 23,288.94 |
| Check | 6/26/2009 | 1140 | Mary Varela-Rodrig… | | | 187.20 | 23,101.74 |
| Check | 6/26/2009 | 1141 | Joseph Ban | | | 575.28 | 22,526.46 |
| Check | 6/26/2009 | 1142 | Martin Bustamante | | | 576.03 | 21,950.43 |
| Check | 6/26/2009 | 1143 | Andrew DelPasquale | | | 530.54 | 21,419.89 |
| Check | 6/26/2009 | 1144 | Roseanne Ruiz | | | 426.66 | 20,993.23 |
| Check | 6/26/2009 | 1145 | Tiffany Hayden | | | 489.50 | 20,503.73 |
| Bill Pmt -Check | 6/26/2009 | 10 | West Coast Contain… | | | 8,592.63 | 11,901.10 |
| Deposit | 6/26/2009 | | | Deposit | 1,822.31 | | 13,723.41 |
| Check | 6/26/2009 | 1146 | Diagraph | SUNW | | 1,000.00 | 12,723.41 |
| Deposit | 6/29/2009 | | | Deposit | 14,752.14 | | 27,475.55 |
| General Journal | 6/29/2009 | | | Managers Tra… | | 500.00 | 26,975.55 |
| Check | 6/29/2009 | 1148 | APS 433366285 | Time Clock Exp | | 130.68 | 26,844.87 |
| Check | 6/29/2009 | 1149 | | 701916281 | | 5,745.00 | 21,099.87 |
| Bill Pmt -Check | 5/29/2009 | 1150 | Aetna | 80530905 | | 2,622.60 | 18,477.27 |
| Bill Pmt -Check | 5/29/2009 | 1151 | Compass Insurance | | | 404.34 | 18,072.93 |
| Deposit | 6/30/2009 | | Travelers | 3444C7132 | | 794.94 | 17,277.99 |
| | | | | Deposit | 823.62 | | 18,101.61 |
| **Total BR Operating** | | | | | 143,418.51 | 125,316.90 | 18,101.61 |
| **TOTAL** | | | | | 143,418.51 | 125,316.90 | 18,101.61 |

**SUN WEST BOTTLERS LLC**

1276

U.S. Trustee

7/29/2009

Period May 23, 2009 - June 30, 2009

975.00

BR Operating

975.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com