# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 2:09-bk-11283-PHX-RJH
)
SUN WEST BOTTLERS, LLC, an ) **BUSINESS AND INDUSTRY**
Arizona limited liability ) **MONTHLY OPERATING REPORT**
company, )
)
) MONTH OF _____Jul-09_____
)
) DATE PETITION FILED: May 22, 2009
Debtor )
) TAX PAYER ID NO.: 72-1557509

Nature of Debtor's Business: _____Private Labeled Bottled Water_____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_ _____LEO_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

__Tina Piacentini__ _____8/14/09_____
PRINTED NAME OF RESPONSIBLE PARTY     DATE

**PREPARER:**

_[signature]_ _____CFO_____
ORIGINAL SIGNATURE OF PREPARER     TITLE

__Lance Neill__ _____8/20/09_____
PRINTED NAME OF PREPARER     DATE

PERSON TO CONTACT REGARDING THIS REPORT: Lance Neill

PHONE NUMBER: 602-462-5300

ADDRESS: 2121 W Willetta St, Phoenix, AZ 8

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 2:09-bk-11283-PHX-RJH

# CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Managers # | Operating # | Payroll # | Tax # | |
| Balance at Beginning of Period | 462.11 | 18101.61 | | | 18563.72 |
| **RECEIPTS** | | | | | |
| Cash Sales | | 94496.63 | | | 94496.63 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | 17650 | | | 17650 |
| Transfers from Other DIP Accounts | 5826.84 | | 9603.14 | | 15429.98 |
| Other (attach list) | | | | | |
| TOTAL RECEIPTS | 5826.84 | 112146.63 | 9603.14 | | 127576.61 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | 4729.2 | 110134.81 | 9467.49 | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Plant Move | 1025.99 | 5013.76 | | | |
| APS Deposit | | | | | |
| Minus Other DIP Transfers | | | | | |
| Reorganization Expenses: Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | 5755.19 | 115148.57 | 9467.49 | | 130371.25 |
| Balance at End of Month | 533.76 | 15099.67 | 135.65 | | 15769.08 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | 130371.25 |
| Less: Transfers to Other DIP Accounts | 15429.98 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 114941.27 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through July 31, 2009

| | May 23 - Jul 31, 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sun West Sales Income** | |
|   AEB Sales Income | 77,407.70 |
|   Delivery Income | 5,656.38 |
|   Gallon 4/1 Income | 5,237.20 |
|   Gallon 6/1 Income | 15,534.40 |
|   Label Revenue | 17,500.00 |
|   Print Plate Income | 2,200.00 |
|   SW .5L Revenue | 5,931.00 |
|   Sun West Sales Income - Other | 185,641.02 |
| **Total Sun West Sales Income** | 315,107.70 |
| **Total Income** | 315,107.70 |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | 99,917.89 |
|   Freight Costs | 4,271.92 |
|   Inventory Overages/Shortages | -1,058.90 |
| **Total COGS** | 103,130.91 |
| **Gross Profit** | 211,976.79 |
| **Expense** | |
|   Bank Service Charges | 257.29 |
|   Bankruptcy Fees | 975.00 |
|   Car/Truck Expense | |
|     Registration & Ticket Exp. | 1,633.11 |
|   **Total Car/Truck Expense** | 1,633.11 |
|   Delivery Fee's | |
|     Accurate Cargo | 1,236.64 |
|     R&L Carriers | 80.05 |
|     Truck Gasoline Exp. | 1,846.34 |
|   **Total Delivery Fee's** | 3,163.03 |
|   Electronics Exp. | 300.00 |
|   Employee Benefit Exp. | 7,815.40 |
|   Equipment Rental | |
|     RO DI Tanks | 129.36 |
|   **Total Equipment Rental** | 129.36 |
|   Insurance | |
|     Auto Insurance | 1,186.35 |
|     General Liability Ins. Bethany | 1,844.93 |
|     Worker's Compensation | 85.50 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through July 31, 2009

|  | May 23 - Jul 31, 09 |
|---|---:|
| Total Insurance | 3,116.78 |
| **Label Fees** | |
|   Digital Labels | 11,171.20 |
|   Labels | 2,924.84 |
|   Shipping/Freight Exp. | 491.46 |
| **Total Label Fees** | 14,587.50 |
| Late Charge/Penalty Exp. | 20.00 |
| **Office Supplies** | |
|   Paper & Stationery Exp. | 744.34 |
|   Office Supplies - Other | 103.14 |
| **Total Office Supplies** | 847.48 |
| **Payroll Expenses** | |
|   Accounting Wages | 5,115.72 |
|   Admin Salaries | 47,047.60 |
|   **Payroll Fees** | |
|     Timeclock Lease Exp. | 261.36 |
|     Payroll Fees - Other | 68.82 |
|   **Total Payroll Fees** | 330.18 |
|   **Production Wages** | |
|     Production Wage Garnishment | 629.62 |
|     Production Wages - Other | 14,913.65 |
|   **Total Production Wages** | 15,543.27 |
|   Warehouse/Shipping Wages | 11,513.10 |
| **Total Payroll Expenses** | 79,549.87 |
| **Plant Supplies** | |
|   Pallet Exp. | 1,198.40 |
|   Plant Supplies - Other | 240.76 |
| **Total Plant Supplies** | 1,439.16 |
| Postage and Shipping | 141.29 |
| **Product Packaging Exp** | |
|   Stretch Wrap Exp | 271.55 |
| **Total Product Packaging Exp** | 271.55 |
| **Professional Fees** | |
|   Engineer Consulting Exp | 14,630.00 |
| **Total Professional Fees** | 14,630.00 |
| Propane Exp. | 266.75 |
| Quality Control | |
|   Water Analysis Exp. | 733.30 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through July 31, 2009

| | May 23 - Jul 31, 09 |
|---|---|
| Total Quality Control | 733.30 |
| Refund Exp | -572.15 |
| Rent Willetta | 4,080.00 |
| **Repairs and Maintenance** | |
|   Labeler Exp. | 278.18 |
|   RO Equipment | 366.52 |
|   Truck Repair | 10.82 |
|   Videojet Printer | 274.00 |
| **Total Repairs and Maintenance** | 929.52 |
| Returned Product Exp. | 57.49 |
| **Telephone and Fax** | |
|   **Cell Phone Exp.** | |
|     Delivery Driver Cell Exp. | 150.00 |
|     Cell Phone Exp. - Other | 1,998.99 |
|   **Total Cell Phone Exp.** | 2,148.99 |
|   Telephone and Fax - Other | 1,471.06 |
| **Total Telephone and Fax** | 3,620.05 |
| **Tenant Improvements** | |
|   Willetta Prep | 6,559.30 |
| **Total Tenant Improvements** | 6,559.30 |
| **Utilities** | |
|   Electric Exp. | 2,825.82 |
|   Trash Exp. | 384.62 |
|   Water Exp. | 1,977.71 |
| **Total Utilities** | 5,188.15 |
| **Web Hosting Exp.** | |
|   Web Domain Exp. | 37.89 |
|   Web Server Exp | 56.85 |
| **Total Web Hosting Exp.** | 94.74 |
| **Total Expense** | 149,733.97 |
| **Net Ordinary Income** | 62,242.82 |
| **Net Income** | 62,242.82 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### July 2009

|  | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Material Sales | 0.00 | 5,789.70 |
| **Sun West Sales Income** | | |
| AEB Sales Income | 31,567.95 | 185,416.60 |
| Delivery Income | 2,948.03 | 15,179.47 |
| Gallon 4/1 Income | 1,641.00 | 34,267.68 |
| Gallon 6/1 Income | 8,176.00 | 39,442.80 |
| Label Revenue | 6,860.00 | 53,650.00 |
| Print Plate Income | 950.00 | 6,100.00 |
| SW .5L Revenue | 3,306.00 | 14,521.90 |
| US Foods Income | 0.00 | 65,370.26 |
| White Water Sales income | 0.00 | 396.90 |
| Sun West Sales Income - Other | 36,147.23 | 405,813.71 |
| **Total Sun West Sales Income** | 91,596.21 | 820,159.32 |
| **Total Income** | 91,596.21 | 825,949.02 |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | 41,576.40 | 354,542.92 |
| Freight Costs | 1,975.00 | 10,770.63 |
| Inventory Overages/Shortages | -710.63 | -1,058.90 |
| Materials - Cost of Goods Sold | 0.00 | -102.20 |
| Packaging Costs | 0.00 | 6,816.40 |
| **Total COGS** | 42,840.77 | 370,968.85 |
| **Gross Profit** | 48,755.44 | 454,980.17 |
| **Expense** | | |
| A/R Loss Exp | 0.00 | 176.62 |
| Advertising Expenses | 0.00 | 25.00 |
| Bad Debt Loss | 0.00 | 1,222.81 |
| Bank Service Charges | 257.29 | 365.34 |
| Bankruptcy Fees | 975.00 | 975.00 |
| **Car/Truck Expense** | | |
| Gas | 0.00 | 25.00 |
| Mileage Reimbursement | 0.00 | 107.57 |
| Registration & Ticket Exp. | 1,633.11 | 2,605.65 |
| **Total Car/Truck Expense** | 1,633.11 | 2,738.22 |
| **Delivery Fee's** | | |
| Accurate Cargo | 524.98 | 2,238.63 |
| Central Freight | 0.00 | 168.43 |
| One Stop Logistics | 0.00 | 2,928.13 |
| R&L Carriers | 80.05 | 872.14 |
| Truck Gasoline Exp. | 997.85 | 5,614.85 |
| Delivery Fee's - Other | 0.00 | -70.00 |
| **Total Delivery Fee's** | 1,602.88 | 11,752.18 |
| Donations Exp. | 0.00 | 156.95 |
| **Electronics Exp.** | | |
| Networking Exp. | 0.00 | 99.75 |
| Electronics Exp. - Other | 300.00 | 525.00 |
| **Total Electronics Exp.** | 300.00 | 624.75 |
| Employee Benefit Exp. | 2,570.20 | 19,391.76 |
| **Equipment Rental** | | |
| Forklift Lease | 0.00 | 2,460.92 |
| RO DI Tanks | 64.68 | 404.28 |
| Truck Rental | 0.00 | 1,275.78 |
| **Total Equipment Rental** | 64.68 | 4,140.98 |
| **Insurance** | | |
| Auto Insurance | 994.18 | 1,892.82 |
| General Liability Ins. Bethany | 1,049.99 | 10,194.02 |
| General Liability Insurance | 0.00 | 165.00 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
## July 2009

| | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| Worker's Compensation | 85.50 | 11,735.23 |
| **Total Insurance** | 2,129.67 | 23,987.07 |
| Inventory Loss/Gain Exp | 0.00 | 88,666.61 |
| Janitorial/Cleaning Exp. | 0.00 | 1,100.00 |
| Label Fees | | |
|   Digital Labels | 4,876.86 | 66,229.85 |
|   Labels | 1,826.84 | 4,285.77 |
|   Shipping/Freight Exp. | 276.60 | 962.97 |
|   Label Fees - Other | 0.00 | -170.00 |
| **Total Label Fees** | 6,980.30 | 71,308.59 |
| Late Charge/Penalty Exp. | 0.00 | 105.32 |
| Licenses and Permits | 0.00 | 410.00 |
| Marketing Exp | | |
|   Brochures Exp. | 0.00 | 1,600.00 |
|   CoPacker Marketing Exp. | 0.00 | 4,745.68 |
|   Sales/Marketing Water Exp. | 0.00 | 4.60 |
| **Total Marketing Exp** | 0.00 | 6,350.28 |
| Membership/Subscription Exp. | 0.00 | 217.06 |
| Misc. Exp. | | |
|   Company Water Usage Exp. | 0.00 | 24.70 |
|   Misc. Exp. - Other | 0.00 | 2,787.55 |
| **Total Misc. Exp.** | 0.00 | 2,812.25 |
| Office Supplies | | |
|   Paper & Stationary Exp. | 442.68 | 2,169.20 |
|   Office Supplies - Other | 103.14 | 103.14 |
| **Total Office Supplies** | 545.82 | 2,272.34 |
| Payroll Expenses | | |
|   Accounting Wages | 2,580.75 | 30,757.01 |
|   Admin Salaries | 23,611.57 | 126,009.17 |
|   Front Office Salary/Wages | 0.00 | 17,988.43 |
|   Management Wages | 0.00 | 26,385.25 |
|   Payroll Fees | | |
|     Timeclock Lease Exp. | 0.00 | 783.36 |
|     Payroll Fees - Other | 68.82 | 1,228.90 |
|   **Total Payroll Fees** | 68.82 | 2,012.26 |
|   Payroll Tax | | |
|     AZ Training Tax | 0.00 | 99.15 |
|     Federal Unemployment Tax | 0.00 | 979.98 |
|     Social Security/Medicare Tax | 0.00 | 12,612.52 |
|     State Unemployment Tax | 0.00 | 2,010.37 |
|     Payroll Tax - Other | 0.00 | 5,336.88 |
|   **Total Payroll Tax** | 0.00 | 21,038.90 |
|   Production Wages | | |
|     Production Wage Garnishment | | |
|       Garnishment (Child Support) | 0.00 | 2,305.93 |
|       Production Wage Garnishment - Other | 629.62 | -467.13 |
|     **Total Production Wage Garnishment** | 629.62 | 1,838.80 |
|     Production Wages - Other | 7,485.94 | 91,902.60 |
|   **Total Production Wages** | 8,115.56 | 93,741.40 |
|   Sales Wages | 0.00 | 6,462.04 |
|   Warehouse/Shipping Wages | 5,756.55 | 43,090.25 |
|   Payroll Expenses - Other | 0.00 | 109.82 |
| **Total Payroll Expenses** | 40,133.25 | 367,594.53 |
| Pest Control | 0.00 | 1,597.03 |
| Plant Supplies | | |
|   Pallet Exp. | 0.00 | 5,333.00 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### July 2009

| | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| Plant Supplies - Other | 75.09 | 3,909.82 |
| **Total Plant Supplies** | 75.09 | 9,242.82 |
| Postage and Shipping | 141.29 | 1,643.62 |
| Product Packaging Exp | | |
|   Shrink Wrap Exp | 0.00 | 5,951.03 |
|   Stretch Wrap Exp | 271.55 | 1,681.55 |
| **Total Product Packaging Exp** | 271.55 | 7,632.58 |
| Professional Fees | | |
|   Accounting Fees | 0.00 | 1,800.00 |
|   Engineer Consulting Exp | 7,315.00 | 27,271.00 |
|   Legal Fees | 0.00 | 15,000.00 |
|   Professional Fees - Other | 0.00 | 600.00 |
| **Total Professional Fees** | 7,315.00 | 44,671.00 |
| Propane Exp. | 266.43 | 1,608.94 |
| Quality Control | | |
|   Water Analysis Exp. | 265.31 | 2,017.80 |
| **Total Quality Control** | 265.31 | 2,017.80 |
| Refund Exp | 0.00 | -672.15 |
| Rent Bethany | 0.00 | 71,341.20 |
| Rent Willetta | 0.00 | 14,955.60 |
| Repairs and Maintenance | | |
|   Building Maint. | 0.00 | 200.00 |
|   Equipment Repairs | 0.00 | 3,754.15 |
|   Filler Equipment | 0.00 | 5,471.30 |
|   Fork Lift Maint.Exp. | 0.00 | 1,403.43 |
|   Labeler Exp. | 278.18 | 278.18 |
|   RO Equipment | 0.00 | 1,113.04 |
|   Truck Repair | 10.82 | 428.14 |
|   Videojet Printer | 0.00 | 1,135.50 |
|   Repairs and Maintenance - Other | 0.00 | 467.05 |
| **Total Repairs and Maintenance** | 289.00 | 14,250.79 |
| Returned Prodcut Exp. | 57.49 | 57.49 |
| Storage Unit Exp. | 0.00 | 247.65 |
| Telephone and Fax | | |
|   Cell Phone Exp. | | |
|     Delivery Driver Cell Exp. | 100.00 | 350.00 |
|     Cell Phone Exp. - Other | 1,426.00 | 5,298.35 |
|   **Total Cell Phone Exp.** | 1,526.00 | 5,648.35 |
|   Telephone and Fax - Other | 782.96 | 4,954.48 |
| **Total Telephone and Fax** | 2,308.96 | 10,602.83 |
| Tenant Improvements | | |
|   Willetta Prep | 6,559.30 | 6,559.30 |
|   Tenant Improvements - Other | 0.00 | -986.00 |
| **Total Tenant Improvements** | 6,559.30 | 5,573.30 |
| Tenant Improvements - Bethany | 0.00 | 2,757.38 |
| Travel & Entertainment | | |
|   Meals | 0.00 | 344.38 |
|   Travel | 0.00 | 649.26 |
| **Total Travel & Entertainment** | 0.00 | 993.64 |
| Utilities | | |
|   Electric Exp. | 2,825.82 | 26,179.18 |
|   Trash Exp. | 198.17 | 1,377.38 |
|   Water Exp. | | |
|     Spring Water Exp. | 0.00 | 3,745.00 |
|     Water Exp. - Other | 0.00 | 6,896.84 |
|   **Total Water Exp.** | 0.00 | 10,641.84 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
July 2009

|  | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| Total Utilities | 3,023.99 | 38,198.40 |
| Web Hosting Exp. |  |  |
|   Web Domain Exp. | 0.00 | 48.52 |
|   Web Server Exp | 56.85 | 151.60 |
| Total Web Hosting Exp. | 56.85 | 200.12 |
| **Total Expense** | 77,822.46 | 833,313.70 |
| **Net Ordinary Income** | -29,067.02 | -378,333.53 |
| Other Income/Expense |  |  |
|   Other Income |  |  |
|     Other Income | 0.00 | 740.83 |
|   Total Other Income | 0.00 | 740.83 |
| **Net Other Income** | 0.00 | 740.83 |
| **Net Income** | -29,067.02 | -377,592.70 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 827.87 | 15837.45 | 18563.72 |
| Restricted Cash | | | |
| Total Cash | 827.87 | 15837.45 | 18563.72 |
| Accounts Receivable (net) | 67472.05 | 161053.3 | 179232.18 |
| Inventory | 5000 | 8756.36 | 11568.25 |
| Notes Receivable | | | |
| APS Security Deposit | 12695 | 12695 | 12695 |
| Willetta Security Deposit | | 8160 | |
| Total Current Assets | | | |
| Property, Plant & Equipment | 181625 | 91625 | 181625 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Trucks | 25000 | 25000 | 25000 |
| Office Furn,supplies, electronics | 1800 | 1800 | 1800 |
| TOTAL ASSETS | 295247.79 | 338964.56 | 449047.87 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | 78000 | 78000 | 78000 |
| Unsecured Debt | 204041.77 | 204041.77 | 204041.77 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 282041.77 | 282041.77 | 282041.77 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

| Case Number: 2:09-bk-11283-PHX-RJH | | | | |
|---|---|---|---|---|

**STATUS OF ASSETS**

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 161053.3 | 70510.22 | 85674 | 4869.08 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 161053.3 | 70510.22 | 85674 | 4869.08 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | 11568.25 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | 8756.36 |

Date Last Inventory was taken: 18-May-09

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 181625 | | | 91625 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | 25000 | | | 25000 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Case Number: 2:09-bk-11283-PHX-RJH

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 18459.52 | 18335.53 | 123.99 | 0 | 0 |
| Taxes Payable | 2310.38 | 2310.38 | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | 20769.9 | 20645.91 | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

# SUN WEST BOTTLERS, LLC
## A/P Aging Summary
### As of July 31, 2009

|  | Current | 1 - 30 | > 30 | TOTAL |
|---|---:|---:|---:|---:|
| Accurate Cargo | 524.98 | 498.71 | 0.00 | 1,023.69 |
| Advertising Specialty Institute | 0.00 | 0.00 | 0.00 | 0.00 |
| Aetna | 2,570.20 | 0.00 | 0.00 | 2,570.20 |
| Allied Packaging | 0.00 | 0.00 | 0.00 | 0.00 |
| Alltel | 0.00 | 674.94 | 0.00 | 674.94 |
| Ambassador Packaging, L.L.C. | 226.07 | 0.00 | 0.00 | 226.07 |
| American Eagle Beverages | 4,143.87 | 989.12 | 0.00 | 5,132.99 |
| APS 433366285 | 0.00 | 0.00 | 0.00 | 0.00 |
| Arizona Dept of Revenue | 0.00 | 2,310.38 | 0.00 | 2,310.38 |
| Central Freight | 0.00 | 0.00 | 0.00 | 0.00 |
| City Of Phoenix | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearwater Beverages Group | 0.00 | 0.00 | 0.00 | 0.00 |
| Compass Insurance | 994.18 | 0.00 | 0.00 | 994.18 |
| Cybermetrics Corporation | 0.00 | 0.00 | 0.00 | 0.00 |
| Diagraph | 0.00 | 0.00 | 0.00 | 0.00 |
| DL Sales | 0.00 | 0.00 | 0.00 | 0.00 |
| Employers Compensation Ins Co | 0.00 | 0.00 | 0.00 | 0.00 |
| Ferrellgas | 0.00 | 0.00 | 0.00 | 0.00 |
| Filler Specialties, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| Grainger | 0.00 | 0.00 | 0.00 | 0.00 |
| Hach Company | 65.31 | 0.00 | 0.00 | 65.31 |
| Latino Perspectives Magazine | 0.00 | 0.00 | 0.00 | 0.00 |
| Legacy Propane | 255.86 | 0.00 | 123.99 | 379.85 |
| Legend | 200.00 | 192.00 | 0.00 | 392.00 |
| McCandless Idealease | 0.00 | 0.00 | 0.00 | 0.00 |
| MCL Technology Corp | 236.68 | 0.00 | 0.00 | 236.68 |
| Motor Vehicle Division | 0.00 | 1,633.11 | 0.00 | 1,633.11 |
| Naumann Hobbs | 0.00 | 0.00 | 0.00 | 0.00 |
| Nettronics | 200.00 | 100.00 | 0.00 | 300.00 |
| One Stop Logistics | 0.00 | 0.00 | 0.00 | 0.00 |
| Packaging Corporation of America | 0.00 | 0.00 | 0.00 | 0.00 |
| Quill Corporation | 312.82 | 0.00 | 0.00 | 312.82 |
| Qwest 4131 | 0.00 | 450.85 | 0.00 | 450.85 |
| Qwest 5300 | 182.11 | 0.00 | 0.00 | 182.11 |
| R&L Carriers | 0.00 | 80.05 | 0.00 | 80.05 |
| Schendel Pest Services | 0.00 | 0.00 | 0.00 | 0.00 |
| Southwest Label and Printing Corp. | 0.00 | 0.00 | 0.00 | 0.00 |
| SunStrike Communications & Data | 150.00 | 0.00 | 0.00 | 150.00 |
| Tait-Ritter | 0.00 | 0.00 | 0.00 | 0.00 |
| THARCO Containers | 294.30 | 0.00 | 0.00 | 294.30 |
| The Business Journal | 0.00 | 0.00 | 0.00 | 0.00 |
| Toshiba Busniess Solutions | 0.00 | 0.00 | 0.00 | 0.00 |
| Travelers | 1,049.99 | 0.00 | 0.00 | 1,049.99 |
| Wells Fargo Financial Capital Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| West Coast Containers | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 11,406.37 | 6,929.16 | 123.99 | 18,459.52 |

| Case Number: 2:09-bk-11283-PHX-RJH | | CASE STATUS |

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explanation of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: 14

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Hartford | Workers Comp | 5/15/09 - 1/7/10 | Monthly |
| Travelers 6808980L285 | General Liability | 1/7/09 - 1/7/10 | Monthly |
| Travelers CUP8710Y489 | Umbrella Liability | 1/7/09 - 1/7/10 | Monthly |
| Valley Forge Insurance | Automobile | 5/29/09 - 5/29/10 | Monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

**Identify any matters that are delaying the filing of a plan of reorganization:**

Page 7

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of July 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Operating** | | | | | | | |
| Check | 7/1/2009 | | | | | | 18,101.61 |
| Deposit | 7/1/2009 | 1147 | Diagraph | SUNW | 668.76 | | 17,432.85 |
| General Journal | 7/2/2009 | | | Deposit | 3,767.73 | | 21,200.58 |
| General Journal | 7/2/2009 | | | Income from... | 342.00 | | 21,542.58 |
| Deposit | 7/2/2009 | | | Donation sal... | 44.00 | | 21,586.58 |
| General Journal | 7/2/2009 | | | Deposit | 30.00 | | 21,616.58 |
| Deposit | 7/2/2009 | | | Deposit | 160.38 | | 21,776.96 |
| Check | 7/2/2009 | 1153 | Tina Placourakis | | | 1,875.00 | 19,901.96 |
| Check | 7/2/2009 | 1154 | Lance Neill | | | 1,875.00 | 18,026.96 |
| Check | 7/2/2009 | 1155 | Stan Walker | | | 1,463.00 | 16,563.96 |
| Check | 7/2/2009 | 1156 | Jake Conway | | | 226.08 | 16,337.88 |
| Check | 7/2/2009 | 1157 | Maria Conway | | | 323.54 | 16,014.34 |
| Check | 7/2/2009 | 1158 | Narcisa Conway | | | 264.35 | 15,749.99 |
| Check | 7/2/2009 | 1159 | Rebecca Hernandez | | | 369.34 | 15,380.65 |
| Check | 7/2/2009 | 1160 | Steven Tschappat | | | 170.63 | 15,210.02 |
| Check | 7/2/2009 | 1161 | Mary Varela-Rodrig... | | | 134.97 | 15,075.05 |
| Check | 7/2/2009 | 1162 | Joseph Ban | | | 575.28 | 14,499.77 |
| Check | 7/2/2009 | 1163 | Martin Bustamante | | | 576.03 | 13,923.74 |
| Check | 7/2/2009 | 1164 | Andrew DePasquale | | | 503.57 | 13,420.17 |
| Check | 7/2/2009 | 1165 | Roseanne Ruiz | | | 461.34 | 12,958.83 |
| Check | 7/2/2009 | 1166 | Tiffany Hayden | | | 532.80 | 12,426.03 |
| Check | 7/2/2009 | 1167 | Joseph Ban | | | 50.00 | 12,376.03 |
| Check | 7/2/2009 | 1168 | Diagraph | | | 1,000.00 | 11,376.03 |
| Deposit | 7/2/2009 | 1170 | | SUNW Deposit | 21,443.50 | | 32,819.53 |
| Check | 7/6/2009 | 1169 | United States Post... | | | 126.00 | 32,693.53 (approx) |
| Bill Pmt -Check | 7/6/2009 | 1173 | THARCO Containers | | | 2,943.00 | ... |
| Bill Pmt -Check | 7/6/2009 | 1172 | Accurate Cargo | | | 143.65 | 22,737.48 |
| Check | 7/6/2009 | 1171 | Diagraph | SUNW | | 1,274.35 | 22,881.13 |
| Bill Pmt -Check | 7/6/2009 | 114 | West Coast Contain... | | | 8,664.05 | 24,155.48 |
| Deposit | 7/7/2009 | | | Deposit | 862.08 | | 20,530.56 |
| Transfer | 7/7/2009 | | | Funds Transfer | | 500.00 | 20,030.56 |
| General Journal | 7/7/2009 | | | Transfer Clos... | | 129.86 | 20,045.98 |
| General Journal | 7/7/2009 | | | Deluxe Busin... | 15.42 | | 19,916.12 |
| Bill Pmt -Check | 7/7/2009 | | | ADP Workm... | | 85.50 | 19,830.62 |
| Bill Pmt -Check | 7/7/2009 | | | ADP Payroll... | | 362.17 | 19,761.80 |
| General Journal | 7/7/2009 | | | Transfer | 0.01 | | 19,761.81 |
| Deposit | 7/8/2009 | | | Deposit | 1,428.11 | | 21,189.92 |
| Deposit | 7/9/2009 | | | Deposit | 2,107.26 | | 23,297.18 |
| Transfer | 7/10/2009 | | | Funds Transfer | | 800.00 | 22,497.18 |
| Check | 7/10/2009 | 1176 | Tina Placourakis | | | 1,875.00 | 20,622.18 |
| Check | 7/10/2009 | 1177 | Lance Neill | | | 2,037.57 | 18,584.61 |
| Check | 7/10/2009 | 1178 | Stan Walker | | | 1,662.85 | 16,921.76 |
| Check | 7/10/2009 | 1179 | Jake Conway | | | 265.38 | 16,656.38 |
| Check | 7/10/2009 | 1180 | Maria Conway | | | 362.17 | 16,294.21 |
| Check | 7/10/2009 | 1181 | Narcisa Conway | | | 297.07 | 15,997.14 |
| Check | 7/10/2009 | 1182 | Rebecca Hernandez | | | 446.29 | 15,550.85 |
| Check | 7/10/2009 | 1183 | Steven Tschappat | | | 261.25 | 15,289.60 |
| Check | 7/10/2009 | 1184 | Mary Varela-Rodrig... | | | 14.31 | 15,255.29 |
| Check | 7/10/2009 | 1185 | Joseph Ban | | | 575.28 | 14,680.01 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of July 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 7/10/2009 | 1186 | Martin Bustamante | | | 576.03 | 14,103.98 |
| Check | 7/10/2009 | 1187 | Andrew DePasquale | | | 500.20 | 13,603.78 |
| Check | 7/10/2009 | 1188 | Roseanne Ruiz | | | 457.88 | 13,145.90 |
| Check | 7/10/2009 | 1189 | Tiffany Hayden | | | 499.50 | 12,646.40 |
| Deposit | 7/10/2009 | | | Deposit | 3,731.28 | | 16,377.68 |
| Bill Pmt -Check | 7/10/2009 | 1191 | City of Glendale | | | 1,977.71 | 14,399.97 |
| Check | 7/10/2009 | 1192 | Scott Fann | | | 960.00 | 13,439.97 |
| Bill Pmt -Check | 7/10/2009 | 1193 | Ace Packaging | | | 271.55 | 13,168.42 |
| Check | 7/10/2009 | | | | | 257.29 | 12,911.13 |
| General Journal | 7/10/2009 | | | Bank Fees | | 1,000.00 | 11,911.13 |
| Check | 7/10/2009 | 1175 | Diagraph | SUNW | | 2,825.82 | 9,085.31 |
| Bill Pmt -Check | 7/11/2009 | 1207 | APS 4333662B5 | 701916281 | | | 9,085.31 |
| Deposit | 7/13/2009 | | | Deposit | 8,257.83 | | 17,343.14 |
| Deposit | 7/14/2009 | | | Deposit | 17,650.00 | | 34,993.14 |
| Deposit | 7/14/2009 | | | Deposit | 1,365.66 | | 36,358.80 |
| Bill Pmt -Check | 7/14/2009 | 12 | West Coast Contain... | | | 7,861.26 | 28,497.54 |
| Bill Pmt -Check | 7/15/2009 | 1194 | American Eagle Be... | | | 1,505.04 | 26,992.50 |
| Bill Pmt -Check | 7/15/2009 | 1195 | Accurate Cargo | | | 140.80 | 26,851.70 |
| Bill Pmt -Check | 7/15/2009 | 1196 | Lang Printing & Mail... | | | 248.52 | 26,603.18 |
| Bill Pmt -Check | 7/15/2009 | 1197 | Legacy Propane | | | 173.57 | 26,429.61 |
| Bill Pmt -Check | 7/15/2009 | 1198 | Legend | | | 152.00 | 26,277.61 |
| Bill Pmt -Check | 7/15/2009 | 1199 | MCL Technology C... | 00-0991451 | | 495.88 | 25,781.73 |
| Bill Pmt -Check | 7/15/2009 | 1201 | Qwest 4131 | | | 306.50 | 25,475.23 |
| Bill Pmt -Check | 7/15/2009 | 1202 | Qwest 5300 | 602-462-530... | | 198.94 | 25,276.29 |
| Bill Pmt -Check | 7/15/2009 | 1203 | Southwest Industria... | | | 274.00 | 25,002.29 |
| Bill Pmt -Check | 7/15/2009 | 1204 | Uline | | | 35.55 | 24,966.74 |
| Bill Pmt -Check | 7/15/2009 | 1205 | Unisource | | | 29.67 | 24,937.07 |
| Bill Pmt -Check | 7/15/2009 | 1206 | Waste Management | 571-0084883... | | 384.62 | 24,552.45 |
| Transfer | 7/15/2009 | | | Funds Transfer | | 300.00 | 24,252.45 |
| Transfer | 7/15/2009 | | | Funds Transfer | | 700.00 | 23,552.45 |
| Deposit | 7/15/2009 | | | Deposit | 3,157.44 | | 26,709.89 |
| Check | 7/16/2009 | 1210 | Diagraph | SUNW | | 1,382.25 | 25,327.64 |
| Check | 7/16/2009 | 1211 | Scott Fann | | | 1,280.00 | 24,047.64 |
| Deposit | 7/16/2009 | | | Deposit | 3,261.02 | | 27,308.66 |
| Check | 7/16/2009 | 1212 | Tina Marie | | | 1,875.00 | 25,433.66 |
| Check | 7/16/2009 | 1213 | Lance Neill | | | 1,875.00 | 23,558.66 |
| Check | 7/16/2009 | 1214 | Stan Walker | | | 1,463.00 | 22,095.66 |
| Check | 7/16/2009 | 1215 | Jake Conway | | | 267.45 | 21,828.21 |
| Check | 7/16/2009 | 1216 | Maria Conway | | | 350.09 | 21,478.12 |
| Check | 7/16/2009 | 1217 | Narcisa Conway | | | 284.80 | 21,193.32 |
| Check | 7/16/2009 | 1218 | Rebecca Hernandez | | | 360.46 | 20,832.86 |
| Check | 7/16/2009 | 1219 | Steven Tschappat | | | 288.75 | 20,544.11 |
| Check | 7/16/2009 | 1220 | Joseph Ban | | | 575.28 | 19,968.83 |
| Check | 7/16/2009 | 1221 | Martin Bustamante | | | 576.03 | 19,392.80 |
| Check | 7/16/2009 | 1222 | Andrew DePasquale | | | 503.57 | 18,889.23 |
| Check | 7/16/2009 | 1223 | Roseanne Ruiz | | | 444.00 | 18,445.23 |
| Check | 7/16/2009 | 1224 | Tiffany Hayden | | | 516.15 | 17,929.08 |
| General Journal | 7/17/2009 | | | Payroll Checks | | 103.14 | 17,825.94 |
| Deposit | 7/17/2009 | | | Deposit | 1,128.59 | | 18,954.53 |
| General Journal | 7/17/2009 | | | Alltel Bill Dat... | | 701.06 | 18,253.47 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of July 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 7/17/2009 | 1209 | Diagraph | | | 1,000.00 | 17,253.47 |
| Deposit | 7/20/2009 | | | SUNW | 14,011.40 | | 31,264.87 |
| Deposit | 7/21/2009 | | | Deposit | 1,337.63 | | 32,602.50 |
| Bill Pmt -Check | 7/22/2009 | 1226 | Western Pallets | Deposit | | 1,198.40 | 31,404.10 |
| Deposit | 7/22/2009 | | | Deposit | 866.92 | | 32,271.02 |
| Bill Pmt -Check | 7/22/2009 | 1227 | Ace Packaging | | | 863.54 | 31,407.48 |
| Bill Pmt -Check | 7/22/2009 | 13 | West Coast Contain... | | | 14,470.89 | 16,936.59 |
| Deposit | 7/23/2009 | | | Deposit | 2,228.82 | | 19,165.41 |
| Check | 7/23/2009 | 1228 | Scott Fann | | | 1,280.00 ** | 17,885.41 |
| Check | 7/23/2009 | 1230 | Tiffany Hayden | | | 516.15 | 17,369.26 |
| Check | 7/24/2009 | 1231 | Tina Placourakis | | | 1,875.00 | 15,494.26 |
| Check | 7/24/2009 | 1232 | Lance Neill | | | 1,875.00 | 13,619.26 |
| Check | 7/24/2009 | 1233 | Stan Walker | | | 1,463.00 | 12,156.26 |
| Check | 7/24/2009 | 1234 | Jake Conway | | | 298.49 | 11,857.77 |
| Check | 7/24/2009 | 1235 | Maria Conway | | | 408.04 | 11,449.73 |
| Check | 7/24/2009 | 1236 | Narcisa Conway | | | 323.65 | 11,126.08 |
| Check | 7/24/2009 | 1237 | Rebecca Hernandez | | | 495.13 | 10,630.95 |
| Check | 7/24/2009 | 1238 | Steven Tschappat | | | 316.88 | 10,314.07 |
| Check | 7/24/2009 | 1239 | Joseph Ban | | | 625.28 | 9,688.79 |
| Check | 7/24/2009 | 1240 | Martin Bustamante | | | 576.03 | 9,112.76 |
| Check | 7/24/2009 | 1241 | Andrew DePasquale | | | 520.43 | 8,592.33 |
| Check | 7/24/2009 | 1242 | Roseanne Ruiz | | | 485.63 | 8,106.70 |
| Bill Pmt -Check | 7/24/2009 | 1243 | Qwest 5300 | 602-462-530... | | 182.66 | 7,924.04 |
| Check | 7/24/2009 | 1244 | Kyle Walker | | | 150.00 | 7,774.04 |
| Deposit | 7/24/2009 | | | Deposit | 2,863.56 | | 10,637.60 |
| Check | 7/27/2009 | 1229 | Diagraph | SUNW | | 1,000.00 | 9,637.60 |
| Transfer | 7/27/2009 | | | Funds Transfer | | 1,400.00 | 8,237.60 |
| Deposit | 7/28/2009 | | | Deposit | 18,910.30 | | 27,147.90 |
| Deposit | 7/28/2009 | | | Deposit | 1,986.38 | | 29,134.28 |
| Transfer | 7/28/2009 | | | Funds Transfer | | 1,826.84 | 27,307.44 |
| Deposit | 7/29/2009 | | | Deposit | 541.06 | | 27,848.50 |
| Check | 7/29/2009 | 1276 | U.S. Trustee | | | 975.00 ** | 26,873.50 |
| General Journal | 7/30/2009 | | | Payroll accou... | | 9,500.00 ** | 17,373.50 |
| Transfer | 7/30/2009 | | | Funds Transfer | | 300.00 | 17,073.50 |
| General Journal | 7/30/2009 | | | Inglish Physi... | 648.25 | | 17,721.75 |
| Check | 7/31/2009 | 1245 | Scott Fann | | | 1,200.00 ** | 16,521.75 |
| Check | 7/31/2009 | 1246 | Joseph Ban | | | 10.82 | 16,510.93 |
| Check | 7/31/2009 | 1247 | Lance Neill | | | 50.00 | 16,460.93 |
| Check | 7/31/2009 | 1248 | Stan Walker | | | 293.76 ** | 16,167.17 |
| Check | 7/31/2009 | 1249 | Diagraph | SUNW | | 1,000.00 | 15,167.17 |
| Check | 7/31/2009 | 1272 | Steven Tschappat | | | 67.50 | 15,099.67 |
| **Total BR Operating** | | | | | **112,146.63** | **115,148.57** | **15,099.67** |
| **TOTAL** | | | | | **112,146.63** | **115,148.57** | **15,099.67** |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of July 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Managers** | | | | | | | |
| General Journal | 7/7/2009 | | | Antel Media ... | | 18.95 | 462.11 |
| General Journal | 7/7/2009 | | | Antel Media ... | | 18.95 | 443.16 |
| General Journal | 7/7/2009 | | | Antel Media ... | | 18.95 | 424.21 |
| Transfer | 7/7/2009 | | | Funds Transfer | 500.00 | | 405.26 |
| General Journal | 7/7/2009 | | | Harrington In... | | 112.71 * | 905.26 |
| General Journal | 7/7/2009 | | | Quiktrip Gas | | 151.88 | 792.55 |
| General Journal | 7/8/2009 | | | Home Depot | | 49.81 | 640.87 |
| General Journal | 7/9/2009 | | | Harrington In... | | 84.75 * | 591.06 |
| Transfer | 7/10/2009 | | | Funds Transfer | 800.00 | | 506.31 |
| General Journal | 7/10/2009 | | | Home Depot | | 411.03 * | 1,306.31 |
| General Journal | 7/10/2009 | | | Harrington In... | | 51.79 * | 895.28 |
| General Journal | 7/13/2009 | | | Quiktrip Gas | | 156.77 | 843.49 |
| Bill Pmt -Check | 7/14/2009 | cc01 | West Coast Contain... | | | 66.92 | 686.72 |
| Transfer | 7/15/2009 | | | Funds Transfer | 300.00 | | 619.80 |
| Transfer | 7/15/2009 | | | Funds Transfer | 700.00 | | 919.80 |
| General Journal | 7/15/2009 | | | Quiktrip Gas | | 133.06 | 1,619.80 |
| General Journal | 7/17/2009 | | | Amerigas Pro... | | 10.57 | 1,486.74 |
| General Journal | 7/17/2009 | | | Home Depot | | 21.54 * | 1,476.17 |
| General Journal | 7/20/2009 | | | Circle K Gas | | 55.00 | 1,454.63 |
| General Journal | 7/21/2009 | | | Home Depot | | 91.58 * | 1,399.63 |
| General Journal | 7/22/2009 | | | Quiktrip Gas | | 134.30 | 1,308.05 |
| General Journal | 7/22/2009 | | | Home Depot | | 17.53 * | 1,173.75 |
| General Journal | 7/22/2009 | | | Ace Hardware | | 19.68 * | 1,156.22 |
| General Journal | 7/23/2009 | | | Diagraph | | 680.86 | 1,136.54 |
| General Journal | 7/24/2009 | | | Walmart | | 14.79 * | 455.68 |
| General Journal | 7/24/2009 | | | Walmart | | 24.68 * | 440.89 |
| General Journal | 7/27/2009 | | | USPS Forwa... | | 1.00 | 416.21 |
| Transfer | 7/27/2009 | | | Funds Transfer | 1,400.00 | | 415.21 |
| General Journal | 7/27/2009 | | | FedEx to: Ho... | | 14.29 * | 1,815.21 |
| General Journal | 7/27/2009 | | | Home Depot | | 17.66 * | 1,800.92 |
| General Journal | 7/27/2009 | | | Spalding Saf... | | 39.54 | 1,783.26 |
| General Journal | 7/27/2009 | | | Harbor Freig... | | 106.14 * | 1,743.72 |
| General Journal | 7/27/2009 | | | Quiktrip Gas | | 154.47 | 1,637.58 |
| Transfer | 7/28/2009 | | | Funds Transfer | 1,826.84 | | 1,483.11 |
| General Journal | 7/28/2009 | | | Quadrel Labe... | | 52.11 * | 3,309.95 |
| General Journal | 7/28/2009 | | | Diagraph 7/2... | | 1,147.24 | 3,257.84 |
| Transfer | 7/29/2009 | | | Funds Transfer | 300.00 | | 2,110.60 |
| General Journal | 7/30/2009 | | | Circle K Gas | | 50.00 | 2,410.60 |
| General Journal | 7/30/2009 | | | Southwest La... | | 1,826.84 | 2,360.60 |
| **Total BR Managers** | | | | | 5,826.84 | 5,755.19 | 533.76 |
| **TOTAL** | | | | | 5,826.84 | 5,755.19 | 533.76 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of July 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Payroll** | | | | | | | 0.00 |
| General Journal | 7/16/2009 | | | Payroll Checks | 103.14 | | 103.14 |
| General Journal | 7/21/2009 | | | Payroll Checks | | 103.14 | 0.00 |
| General Journal | 7/30/2009 | | | Payroll accou... | 9,500.00 | | 9,500.00 |
| Check | 7/31/2009 | 1001 | Jake Conway | | | 363.66 | 9,136.34 |
| Check | 7/31/2009 | 1002 | Maria Conway | | | 381.48 | 8,754.86 |
| Check | 7/31/2009 | 1003 | Narcisa Conway | | | 313.43 | 8,441.43 |
| Check | 7/31/2009 | 1004 | Rebecca Hernandez | | | 440.37 | 8,001.06 |
| Check | 7/31/2009 | 1005 | Joseph Ban | | | 575.28 | 7,425.78 |
| Check | 7/31/2009 | 1006 | Martin Bustamante | | | 576.03 | 6,849.75 |
| Check | 7/31/2009 | 1007 | Andrew DePasquale | | | 530.54 | 6,319.21 |
| Check | 7/31/2009 | 1008 | Rosearnne Ruiz | | | 454.41 | 5,864.80 |
| Check | 7/31/2009 | 1009 | Tiffany Hayden | | | 516.15 | 5,348.65 |
| Check | 7/31/2009 | 1010 | Tina Placourakis | | | 1,875.00 | 3,473.65 |
| Check | 7/31/2009 | 1011 | Lance Neil | | | 1,875.00 | 1,598.65 |
| Check | 7/31/2009 | 1012 | Stan Walker | | | 1,463.00 | 135.65 |
| **Total BR Payroll** | | | | | 9,603.14 | 9,467.49 | 135.65 |
| **TOTAL** | | | | | 9,603.14 | 9,467.49 | 135.65 |

**SUN WEST BOTTLERS LLC**
   U.S. Trustee

Period July1, 2009 - July 31, 2009

8/24/2009

1283

975.00

BR Operating

975.00

Deluxe Corp 1-800-328-0304 www.deluxeforms.com