# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:  )
 )    CASE NO. 2:09-bk-11283-PHX-RJH
SUN WEST BOTTLERS, LLC, an  )
Arizona limited liability  )    **BUSINESS AND INDUSTRY**
company,  )    **MONTHLY OPERATING REPORT**
 )
 )    MONTH OF _____ Aug-09
 )
 )    DATE PETITION FILED: May 22, 2009
 Debtor )
 )    TAX PAYER ID NO. : 72-1557509

Nature of Debtor's Business: _____ Private Labeled Bottled Water _____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

_____          _____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY              CFO
                                                    TITLE

LANCE NEILL                               9/12/09
_____          _____
PRINTED NAME OF RESPONSIBLE PARTY                   DATE

PREPARER:

_____          _____
ORIGINAL SIGNATURE OF PREPARER                      CFO
                                                    TITLE

LANCE NEILL                               9/12/09
_____          _____
PRINTED NAME OF PREPARER                            DATE

PERSON TO CONTACT REGARDING THIS REPORT: Lance Neill

PHONE NUMBER: 602-462-5300

ADDRESS: 2121 W Willetta St, Phoenix, AZ 8

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: 2:09-bk-11283-PHX-RJH

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Managers # | Operating # | Payroll # | Tax # | |
| Balance at Beginning of Period | 533.76 | 15099.67 | 135.65 | | 15769.08 |
| **RECEIPTS** | | | | | |
| Cash Sales | | 84926.42 | | | 84926.42 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | 55000 | | | 55000 |
| Transfers from Other DIP Accounts | 8390.33 | | 31309.78 | 6800 | 46500.11 |
| Other  (attach list) | | | | | |
| TOTAL RECEIPTS | 8390.33 | 139926.42 | 31309.78 | 6800 | 186426.53 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | 7334.75 | 91952.8 | 29399.75 | 4424 | |
| Legal Fees | | 25000 | | | |
| Pre-Petition Debt | | 31339.11 | | | |
| Plant Move | | | | | |
| APS Deposit | | | | | |
| Minus Other DIP Transfers | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | 7334.75 | 148291.91 | 29399.75 | 4424 | 189450.41 |
| Balance at End of Month | 1589.34 | 6734.18 | 2045.68 | 2376 | 12745.2 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 189450.41 |
| Less: Transfers to Other DIP Accounts | 39700.11 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 149750.3 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through August 31, 2009

|  | May 23 - Aug 31, 09 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **Material Sales** | 230.00 |
| **Sun West Sales Income** |  |
| AEB Sales Income | 99,814.80 |
| Delivery Income | 8,105.14 |
| Gallon 4/1 Income | 5,393.20 |
| Gallon 6/1 Income | 20,584.00 |
| Label Revenue | 23,123.24 |
| Print Plate Income | 2,700.00 |
| SW .5L Revenue | 14,264.50 |
| SW 1 Gallon Revenue | 144.00 |
| SW 12oz Revenue | 1,256.00 |
| Sun West Sales Income - Other | 216,586.10 |
| **Total Sun West Sales Income** | 385,960.98 |
| **Total Income** | 386,190.98 |
| **Cost of Goods Sold** |  |
| Cost of Goods Sold | 131,027.64 |
| Freight Costs | 5,971.92 |
| Inventory Overages/Shortages | -1,058.90 |
| **Total COGS** | 135,940.66 |
| **Gross Profit** | 250,250.32 |
| **Expense** |  |
| Bank Service Charges | 477.50 |
| Bankruptcy Fees | 1,950.00 |
| **Car/Truck Expense** |  |
| Gas | 347.45 |
| Registration & Ticket Exp. | 1,633.11 |
| **Total Car/Truck Expense** | 1,980.55 |
| **Delivery Fee's** |  |
| Accurate Cargo | 1,482.84 |
| R&L Carriers | 60.05 |
| Truck Gasoline Exp. | 2,447.64 |
| **Total Delivery Fee's** | 3,990.53 |
| Electronics Exp. | 300.00 |
| **Employee Benefit Exp.** | 10,095.50 |
| **Equipment Rental** |  |
| RO DI Tanks | 129.36 |
| **Total Equipment Rental** | 129.36 |
| Insurance | 129.36 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through August 31, 2009

|  | May 23 - Aug 31, 09 |
|---|---:|
| Auto Insurance | 1,186.35 |
| General Liability Ins, Bethany | 1,844.93 |
| Worker's Compensation | 940.34 |
| **Total Insurance** | **3,971.62** |
| Inventory Loss/Gain Exp | 8,417.74 |
| Label Fees | |
| Digital Labels | 16,228.80 |
| Labels | 2,924.84 |
| Shipping/Freight Exp. | 782.05 |
| **Total Label Fees** | **19,935.69** |
| Late Charge/Penalty Exp. | 20.00 |
| Marketing Exp | |
| Food/Entertainment Exp | 542.56 |
| **Total Marketing Exp** | **542.56** |
| Office Supplies | |
| Paper & Stationary Exp. | 744.34 |
| Office Supplies - Other | 103.14 |
| **Total Office Supplies** | **847.48** |
| Parking Tickets | 48.00 |
| Payroll Expenses | |
| Accounting Wages | 6,229.20 |
| Admin Salaries | 59,963.20 |
| Front Office Salary/Wages | 1,095.37 |
| Management Wages | 578.59 |
| Payroll Fees | |
| Timeclock Lease Exp. | 261.36 |
| Payroll Fees - Other | 68.82 |
| **Total Payroll Fees** | **330.18** |
| Payroll Tax | |
| Federal Unemployment Tax | -1.35 |
| Social Security/Medicare Tax | -19.99 |
| State Unemployment Tax | -0.14 |
| Payroll Tax - Other | 3,273.95 |
| **Total Payroll Tax** | **3,252.46** |
| Production Wages | |
| Production Wage Garnishment | |
| Garnishment (Child Support) | -56.07 |
| Production Wage Garnishment - Other | 629.62 |
| **Total Production Wage Garnishment** | **573.55** |
| Production Wages - Other | 19,129.15 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through August 31, 2009

| | May 23 - Aug 31, 09 |
|---|---|
| Total Production Wages | 19,702.70 |
| Warehouse/Shipping Wages | 16,236.98 |
| **Total Payroll Expenses** | **107,386.68** |
| **Plant Supplies** | |
| Pallet Exp. | 2,396.80 |
| Plant Supplies - Other | 350.53 |
| **Total Plant Supplies** | **2,747.33** |
| **Product Packaging Exp** | |
| Postage and Shipping | 300.95 |
| Stretch Wrap Exp | |
| **Total Product Packaging Exp** | **2,800.09** |
| **Professional Fees** | |
| Engineer Consulting Exp | 20,482.00 |
| Legal Fees | 25,000.00 |
| **Total Professional Fees** | **45,482.00** |
| Propane Exp. | 497.45 |
| **Quality Control** | |
| Water Analysis Exp. | 813.30 |
| **Total Quality Control** | **813.30** |
| Refund Exp | -872.15 |
| Rent Bethany | 31,339.11 |
| Rent Willetta | 4,080.00 |
| **Repairs and Maintenance** | |
| Equipment Repairs | 17.06 |
| Labeler Exp. | 276.18 |
| RO Equipment | 366.52 |
| Truck Repair | 10.82 |
| Videojet Printer | 274.00 |
| **Total Repairs and Maintenance** | **946.58** |
| Returned Product Exp. | 57.49 |
| **Telephone and Fax** | |
| Cell Phone Exp. | |
| Delivery Driver Cell Exp. | 150.00 |
| Cell Phone Exp. - Other | 1,998.99 |
| **Total Cell Phone Exp.** | **2,148.99** |
| Telephone and Fax - Other | 1,547.82 |
| **Total Telephone and Fax** | **3,696.81** |
| Tenant Improvements | |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through August 31, 2009

|  | May 23 - Aug 31, 09 |
|---|---|
| Willetta Prep | 9,034.06 |
| Total Tenant Improvements | 9,034.06 |
| Utilities |  |
|   Electric Exp. | 3,372.95 |
|   Trash Exp. | 584.73 |
|   Water Exp. | 1,977.71 |
| Total Utilities | 5,935.39 |
| Web Hosting Exp. |  |
|   Web Domain Exp. | 37.89 |
|   Web Server Exp | 75.80 |
| Total Web Hosting Exp. | 113.69 |
| Total Expense | 267,267.72 |
| Net Ordinary Income | -17,017.40 |
| Net Income | -17,017.40 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
### August 2009

|  | Aug 09 | Jan ~ Aug 09 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Material Sales** | 230.00 | 6,019.70 |
| **Sun West Sales Income** | | |
| AEB Sales Income | 16,407.10 | 201,823.70 |
| Delivery Income | 2,448.76 | 17,628.23 |
| Gallon 4/1 Income | 156.00 | 34,423.68 |
| Gallon 6/1 Income | 5,049.60 | 44,492.40 |
| Label Revenue | 5,623.24 | 59,273.24 |
| Print Plate Income | 500.00 | 6,600.00 |
| SW .5L Revenue | 8,333.50 | 22,855.40 |
| SW 1 Gallon Revenue | 144.00 | 144.00 |
| SW 12oz Revenue | 1,266.00 | 1,266.00 |
| US Foods Income | 0.00 | 66,186.26 |
| White Water Sales income | 0.00 | 396.90 |
| Sun West Sales Income - Other | 30,925.08 | 435,922.79 |
| **Total Sun West Sales Income** | 70,853.28 | 891,012.60 |
| **Total Income** | 71,083.28 | 897,032.30 |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | 31,109.75 | 385,654.16 |
| Freight Costs | 1,700.00 | 12,470.63 |
| Inventory Overages/Shortages | 0.00 | -1,058.90 |
| Materials - Cost of Goods Sold | 0.00 | -102.20 |
| Packaging Costs | 0.00 | 6,816.40 |
| **Total COGS** | 32,809.75 | 403,780.09 |
| **Gross Profit** | 38,273.53 | 493,252.21 |
| **Expense** | | |
| A/R Loss Exp | 0.00 | 176.62 |
| Advertising Expenses | 0.00 | 25.00 |
| Bad Debt Loss | 0.00 | 1,222.81 |
| Bank Service Charges | 220.61 | 585.95 |
| Bankruptcy Fees | 975.00 | 1,950.00 |
| **Car/Truck Expense** | | |
| Gas | 347.45 | 372.45 |
| Mileage Reimbursement | 0.00 | 107.57 |
| Registration & Ticket Exp. | 0.00 | 2,605.65 |
| **Total Car/Truck Expense** | 347.45 | 3,085.67 |
| **Delivery Fee's** | | |
| Accurate Cargo | 226.20 | 2,464.83 |
| Central Freight | 0.00 | 168.43 |
| One Stop Logistics | 0.00 | 2,928.13 |
| R&L Carriers | 0.00 | 872.14 |
| Truck Gasoline Exp. | 601.30 | 6,216.15 |
| Delivery Fee's - Other | 0.00 | -70.00 |
| **Total Delivery Fee's** | 827.50 | 12,579.68 |
| Donations Exp. | 0.00 | 156.95 |
| **Electronics Exp.** | | |
| Networking Exp. | 0.00 | 99.75 |
| Electronics Exp. - Other | 0.00 | 525.00 |
| **Total Electronics Exp.** | 0.00 | 624.75 |
| Employee Benefit Exp. | 1,681.30 | 21,671.86 |
| **Equipment Rental** | | |
| Forklift Lease | 0.00 | 2,460.92 |
| RO DI Tanks | 0.00 | 404.28 |
| Truck Rental | 0.00 | 1,275.78 |
| **Total Equipment Rental** | 0.00 | 4,140.98 |
| **Insurance** | | |
| Auto Insurance | 0.00 | 1,892.82 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
### August 2009

| | Aug 09 | Jan - Aug 09 |
|---|---|---|
| General Liability Ins. Bethany | 0.00 | 10,194.02 |
| General Liability Insurance | 0.00 | 165.00 |
| Worker's Compensation | 854.84 | 12,590.07 |
| Total Insurance | 854.84 | 24,841.91 |
| Inventory Loss/Gain Exp | 8,417.74 | 97,084.35 |
| Janitorial/Cleaning Exp. | 0.00 | 1,100.00 |
| Label Fees | | |
| Digital Labels | 5,057.60 | 71,287.45 |
| Labels | 0.00 | 4,285.77 |
| Shipping/Freight Exp. | 290.59 | 1,253.56 |
| Label Fees - Other | 0.00 | -170.00 |
| Total Label Fees | 5,348.19 | 76,656.78 |
| Late Charge/Penalty Exp. | 0.00 | 105.32 |
| Licenses and Permits | 0.00 | 410.00 |
| Marketing Exp | | |
| Brochures Exp. | 0.00 | 1,600.00 |
| CoPacker Marketing Exp. | 0.00 | 4,745.68 |
| Food/Entertainment Exp | 542.56 | 542.56 |
| Sales/Marketing Water Exp. | 0.00 | 4.60 |
| Total Marketing Exp | 542.56 | 6,892.84 |
| Membership/Subscription Exp. | 0.00 | 217.06 |
| Misc. Exp. | | |
| Company Water Usage Exp. | 0.00 | 24.70 |
| Misc. Exp. - Other | 0.00 | 2,787.55 |
| Total Misc. Exp. | 0.00 | 2,812.25 |
| Office Supplies | | |
| Paper & Stationary Exp. | 0.00 | 2,169.20 |
| Office Supplies - Other | 0.00 | 103.14 |
| Total Office Supplies | 0.00 | 2,272.34 |
| Parking Tickets | 48.00 | 48.00 |
| Payroll Expenses | | |
| Accounting Wages | 1,113.48 | 31,870.49 |
| Admin Salaries | 12,915.60 | 138,924.77 |
| Front Office Salary/Wages | 1,095.37 | 19,083.80 |
| Management Wages | 578.59 | 26,963.84 |
| Payroll Fees | | |
| Timeclock Lease Exp. | 0.00 | 783.36 |
| Payroll Fees - Other | 0.00 | 1,228.90 |
| Total Payroll Fees | 0.00 | 2,012.26 |
| Payroll Tax | | |
| AZ Training Tax | 0.00 | 99.15 |
| Federal Unemployment Tax | -1.36 | 978.62 |
| Social Security/Medicare Tax | -19.99 | 12,592.53 |
| State Unemployment Tax | -0.14 | 2,010.23 |
| Payroll Tax - Other | 3,273.95 | 8,610.83 |
| Total Payroll Tax | 3,252.46 | 24,291.36 |
| Production Wages | | |
| Production Wage Garnishment | | |
| Garnishment (Child Support) | -56.07 | 2,249.86 |
| Production Wage Garnishment - Other | 0.00 | -467.13 |
| Total Production Wage Garnishment | -56.07 | 1,782.73 |
| Production Wages - Other | 4,215.50 | 96,118.10 |
| Total Production Wages | 4,159.43 | 97,900.83 |
| Sales Wages | 0.00 | 6,462.04 |
| Warehouse/Shipping Wages | 4,723.88 | 47,814.13 |
| Payroll Expenses - Other | 0.00 | 109.82 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### August 2009

| | Aug 09 | Jan - Aug 09 |
|---|---|---|
| Total Payroll Expenses | 27,838.81 | 395,433.34 |
| Pest Control | 0.00 | 1,597.03 |
| **Plant Supplies** | | |
|   Pallet Exp. | 1,198.40 | 6,531.40 |
|   Plant Supplies - Other | 109.77 | 4,019.59 |
| Total Plant Supplies | 1,308.17 | 10,550.99 |
| Postage and Shipping | 159.66 | 1,803.28 |
| **Product Packaging Exp** | | |
|   Shrink Wrap Exp | 0.00 | 5,951.03 |
|   Stretch Wrap Exp | 2,528.54 | 4,210.09 |
| Total Product Packaging Exp | 2,528.54 | 10,161.12 |
| **Professional Fees** | | |
|   Accounting Fees | 0.00 | 1,800.00 |
|   Engineer Consulting Exp | 5,852.00 | 33,123.00 |
|   Legal Fees | 25,000.00 | 40,000.00 |
|   Professional Fees - Other | 0.00 | 600.00 |
| Total Professional Fees | 30,852.00 | 75,523.00 |
| Propane Exp. | 230.70 | 1,839.64 |
| **Quality Control** | | |
|   Water Analysis Exp. | 80.00 | 2,097.80 |
| Total Quality Control | 80.00 | 2,097.80 |
| Refund Exp | 0.00 | -672.15 |
| Rent Bethany | 31,339.11 | 102,680.31 |
| Rent Willetta | 0.00 | 14,955.60 |
| **Repairs and Maintenance** | | |
|   Building Maint. | 0.00 | 200.00 |
|   Equipment Repairs | 17.06 | 3,771.21 |
|   Filler Equipment | 0.00 | 5,471.30 |
|   Fork Lift Maint.Exp. | 0.00 | 1,403.43 |
|   Labeler Exp. | 0.00 | 278.18 |
|   RO Equipment | 0.00 | 1,113.04 |
|   Truck Repair | 0.00 | 428.14 |
|   Videojet Printer | 0.00 | 1,135.50 |
|   Repairs and Maintenance - Other | 0.00 | 467.05 |
| Total Repairs and Maintenance | 17.06 | 14,267.85 |
| Returned Prodcut Exp. | 0.00 | 57.49 |
| Storage Unit Exp. | 0.00 | 247.65 |
| **Telephone and Fax** | | |
|   **Cell Phone Exp.** | | |
|     Delivery Driver Cell Exp. | 0.00 | 350.00 |
|     Cell Phone Exp. - Other | 0.00 | 5,298.35 |
|   Total Cell Phone Exp. | 0.00 | 5,648.35 |
|   Telephone and Fax - Other | 76.76 | 5,031.24 |
| Total Telephone and Fax | 76.76 | 10,679.59 |
| **Tenant Improvements** | | |
|   Willetta Prep | 2,474.76 | 9,034.06 |
|   Tenant Improvements - Other | 0.00 | -986.00 |
| Total Tenant Improvements | 2,474.76 | 8,048.06 |
| Tenant Improvements - Bethany | 0.00 | 2,757.38 |
| **Travel & Entertainment** | | |
|   Meals | 0.00 | 344.38 |
|   Travel | 0.00 | 649.26 |
| Total Travel & Entertainment | 0.00 | 993.64 |
| **Utilities** | | |
|   Electric Exp. | 547.13 | 26,726.31 |
|   Trash Exp. | 200.11 | 1,577.49 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### August 2009

|  | Aug 09 | Jan - Aug 09 |
|---|---|---|
| Water Exp. |  |  |
| Spring Water Exp. | 0.00 | 3,745.00 |
| Water Exp. - Other | 0.00 | 6,896.84 |
| Total Water Exp. | 0.00 | 10,641.84 |
| Total Utilities | 747.24 | 38,945.84 |
| Web Hosting Exp. |  |  |
| Web Domain Exp. | 0.00 | 48.52 |
| Web Server Exp | 18.95 | 170.55 |
| Total Web Hosting Exp. | 18.95 | 219.07 |
| Total Expense | 116,934.95 | 950,847.45 |
| Net Ordinary Income | -78,661.42 | -457,595.24 |
| Other Income/Expense |  |  |
| Other Income |  |  |
| Other Income | 0.00 | 740.83 |
| Total Other Income | 0.00 | 740.83 |
| Net Other Income | 0.00 | 740.83 |
| Net Income | -78,661.42 | -456,854.41 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT¹ | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 827.87 | 12745.2 | 15837.45 |
| Restricted Cash | | | |
| Total Cash | 827.87 | 12745.2 | 15837.45 |
| Accounts Receivable (net) | 67472.05 | 100464.35 | 161053.3 |
| Inventory | 5000 | 6852.36 | 8756.36 |
| Notes Receivable | | | |
| APS Security Deposit | 12695 | 0 | 12695 |
| Willetta Security Deposit | | 8160 | 8160 |
| Total Current Assets | | | |
| Property, Plant & Equipment | 181625 | 91625 | 91625 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Trucks | 25000 | 25000 | 25000 |
| Office Furn,supplies, electronics | 1800 | 1800 | 1800 |
| TOTAL ASSETS | 295247.79 | | 340764.56 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | 78000 | 78000 | 78000 |
| Unsecured Debt | 204041.77 | 204041.77 | 204041.77 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 282041.77 | 282041.77 | 282041.77 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

¹ This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 100464.35 | 52298.37 | 19002.09 | 29163.89 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 100464.35 | 52298.37 | 19002.09 | 29163.89 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | 8756.36 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | 6852.36 |

Date Last Inventory was taken: _____ 18-May-09 _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 181625 | | | 91625 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | 25000 | | | 25000 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 15083.24 | 12055.09 | 2904.16 | 123.99 | 0 |
| Taxes Payable | 4142.36 | 1831.98 | 2310.38 | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | 19225.6 | 13887.07 | 5214.54 | 123.99 | 0 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | |
|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

# SUN WEST BOTTLERS, LLC
## A/P Aging Summary
### As of August 31, 2009

| | Current | 1 - 30 | 31 - 60 | > 60 | TOTAL |
|---|---|---|---|---|---|
| Accurate Cargo | 226.20 | 524.98 | 498.71 | 0.00 | 1,249.89 |
| Advertising Specialty Institute | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aetna | 1,796.20 | 3,169.00 | 0.00 | 0.00 | 4,965.20 |
| Allied Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ambassador Packaging, L.L.C. | 0.00 | 226.07 | 0.00 | 0.00 | 226.07 |
| American Eagle Beverages | 1,058.41 | 3,017.72 | 0.00 | 0.00 | 4,076.13 |
| APS 433386285 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Central Freight | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City Of Phoenix | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearwater Beverages Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cybermetrics Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Diagraph | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DL Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employers Compensation Ins Co | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ferrellgas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Filler Specialties, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grainger | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hach Company | 0.00 | 65.31 | 0.00 | 0.00 | 65.31 |
| Latino Perspectives Magazine | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legacy Propane | 230.70 | 255.86 | 0.00 | 123.99 | 610.55 |
| Legend | 80.00 | 200.00 | 192.00 | 0.00 | 472.00 |
| McCandless Idealease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MCL Technology Corp | 64.68 | 236.68 | 0.00 | 0.00 | 301.36 |
| Motor Vehicle Division | 0.00 | 0.00 | 1,633.11 | 0.00 | 1,633.11 |
| Naumann Hobbs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nettronics | 0.00 | 200.00 | 100.00 | 0.00 | 300.00 |
| One Stop Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Packaging Corporation of America | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Qwest 4131 | 0.00 | 26.76 | 400.29 | 0.00 | 427.05 |
| Qwest 5300 | 0.00 | 182.11 | 0.00 | 0.00 | 182.11 |
| R&L Carriers | 0.00 | 0.00 | 80.05 | 0.00 | 80.05 |
| Schendel Pest Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Southwest Label and Printing Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tait-Ritter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| THARCO Containers | 0.00 | 294.30 | 0.00 | 0.00 | 294.30 |
| The Business Journal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Toshiba Busniess Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Waste Management | 0.00 | 200.11 | 0.00 | 0.00 | 200.11 |
| Wells Fargo Financial Capital Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| West Coast Containers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 3,456.19 | 8,598.90 | 2,904.16 | 123.99 | 15,083.24 |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

Current number of employees:          11

### INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Hartford | Workers Comp | 5/15/09 - 1/7/10 | Monthly |
| Travelers 6808980L285 | General Liability | 1/7/09 - 1/7/10 | Monthly |
| Travelers CUP8710Y489 | Umbrella Liability | 1/7/09 - 1/7/10 | Monthly |
| Valley Forge Insurance | Automobile | 5/29/09 - 5/29/10 | Monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

**Identify any matters that are delaying the filing of a plan of reorganization:**

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of August 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Operating** | | | | | | | 15,099.67 |
| Bill Pmt -Check | 8/3/2009 | 14 | West Coast Containers | Label Order Transfer | | 7,774.18 | 7,325.49 |
| General Journal | 8/3/2009 | | | Black Tanks | | 1,581.87 | 5,743.62 |
| General Journal | 8/3/2009 | | | | 1,000.00 | | 6,743.62 |
| Bill Pmt -Check | 8/4/2009 | 1250 | Ace Packaging | Transfer | | 2,528.54 | 4,215.08 |
| General Journal | 8/4/2009 | | | Deposit | | 100.00 | 4,115.08 |
| General Journal | 8/4/2009 | | | Deposit | 627.75 | | 4,742.83 |
| Deposit | 8/4/2009 | | | Deposit | 10,333.15 | | 15,075.98 |
| Deposit | 8/5/2009 | | | Deposit | 5,931.98 | | 21,007.96 |
| Deposit | 8/6/2009 | | | Deposit | 4,856.60 | | 25,864.56 |
| Transfer | 8/6/2009 | | | Funds Transfer | | 8,741.68 | 17,122.88 |
| Transfer | 8/6/2009 | | | Funds Transfer | | 500.00 | 16,622.88 |
| Check | 8/7/2009 | 1261 | Scott Fant | | | 640.00 | 15,982.88 |
| Deposit | 8/7/2009 | | | Deposit | 1,471.99 | | 17,454.87 |
| Deposit | 8/7/2009 | | | SUNW | | 1,000.00 | 16,454.87 |
| Check | 8/7/2009 | 1252 | Diagraph | Deposit From Bev Industries 3... | 55,000.00 | | 71,454.87 |
| Deposit | 8/7/2009 | | | Monies Retained by Collins May | | 25,000.00 | 46,454.87 |
| General Journal | 8/7/2009 | | | | | | 46,454.87 |
| Bill Pmt -Check | 8/7/2009 | 1256 | City Of Phoenix - Parking | | | 16.00 | 46,438.87 |
| Bill Pmt -Check | 8/7/2009 | 1257 | City Of Phoenix - Parking | | | 16.00 | 46,422.87 |
| Bill Pmt -Check | 8/7/2009 | 1258 | City Of Phoenix - Parking | | | 16.00 | 46,406.87 |
| Bill Pmt -Check | 8/10/2009 | 1253 | West Coast Containers | | | 6,604.52 | 39,802.35 |
| Check | 8/10/2009 | 15 | Filler Specialties, Inc. | | | 1,750.00 | 38,052.35 |
| Bill Pmt -Check | 8/10/2009 | 1254 | United States Post Office | | | 132.00 | 37,920.35 |
| Deposit | 8/10/2009 | | | Deposit | 5,100.35 | | 43,020.70 |
| Check | 8/10/2009 | 1200 | Quest 4131 | 623-842-4131 499B | | 50.56 | 42,970.14 |
| Bill Pmt -Check | 8/11/2009 | 1255 | DL Sales | Check | | 109.77 | 42,860.37 |
| Deposit | 8/11/2009 | | | Deposit | 238.35 | | 43,098.73 |
| General Journal | 8/11/2009 | | | AP5 Refund Acct# 433366285 | 5,197.67 | | 48,296.40 |
| Transfer | 8/12/2009 | | | Funds Transfer | | 1,404.00 | 46,892.60 |
| Deposit | 8/12/2009 | | | Deposit | 1,444.69 | | 48,337.29 |
| General Journal | 8/12/2009 | | | Bank Fees | | 220.61 | 48,116.68 |
| Transfer | 8/13/2009 | | | Funds Transfer | | 8,700.00 | 39,416.68 |
| Deposit | 8/13/2009 | | | Deposit | 3,626.79 | | 43,043.47 |
| General Journal | 8/14/2009 | | | PR Tax 6/1 - 8/14 | | 6,700.00 | 36,343.47 |
| Check | 8/14/2009 | 1259 | Diagraph | SUNW | | 1,000.00 | 35,343.47 |
| Check | 8/14/2009 | 1260 | Filler Specialties, Inc. | | | 250.00 | 35,093.47 |
| Check | 8/14/2009 | 1261 | Stan Walker | | | 595.94 | 34,497.53 |
| Deposit | 8/14/2009 | | | Deposit | 738.97 | | 35,236.50 |
| Check | 8/14/2009 | 1263 | Compass Insurance | 300513/7208 | | 954.16 | 34,282.34 |
| Bill Pmt -Check | 8/14/2009 | 1264 | Travelers | 3444C/7132 | | 1,049.99 | 33,232.35 |
| Bill Pmt -Check | 8/14/2009 | 1265 | Clearwater Beverages G... | | | 31,339.11 | 1,893.24 |
| Deposit | 8/17/2009 | | | Deposit | 3,721.27 | | 5,614.51 |
| Check | 8/17/2009 | 1262 | Tiffany Hayden | | | 144.00 | 5,470.51 |
| General Journal | 8/18/2009 | | | Managers Transfer | | 250.00 | 5,220.51 |
| Bill Pmt -Check | 8/18/2009 | 81809 | West Coast Containers | | | 6,934.06 | -1,713.55 |
| General Journal | 8/19/2009 | | | Deposit | 435.38 | | -1,278.17 |
| Check | 8/19/2009 | 1266 | Western Pallets | Deposit | | 1,149.00 | -2,427.17 |
| General Journal | 8/19/2009 | | | Diagraph Transfer | | 1,156.40 | -3,583.57 |
| Bill Pmt -Check | 8/19/2009 | 1267 | Quill Corporation | Diagraph Transfer | | 312.82 | -3,896.39 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of August 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Deposit | 8/19/2009 | | | Deposit | 5,295.23 | | 1,316.82 |
| General Journal | 8/20/2009 | | | Payroll Transfer 8/17 -8/21 | | 8,258.10 | -6,951.28 |
| Deposit | 8/20/2009 | | | Deposit | 9,771.16 | | 2,819.88 |
| Deposit | 8/21/2009 | | | Deposit | 654.38 | | 3,474.26 |
| Bill Pmt -Check | 8/24/2009 | 824C9 | Alltel | | | 574.94 | 2,799.32 |
| Deposit | 8/24/2009 | | | 830236840-398 | 4,110.27 | | 6,909.59 |
| Bill Pmt -Check | 8/24/2009 | 1288 | SunStrike Communicatio... | | | 200.00 | 6,709.59 |
| Check | 8/24/2009 | 1283 | U.S. Trustee | | | 975.00 | 5,734.59 |
| General Journal | 8/25/2009 | | | Diagraph/Bosch Corres | | 1,888.46 | 3,846.13 |
| Deposit | 8/25/2009 | | | Deposit | 465.60 | | 4,311.73 |
| Bill Pmt -Check | 8/26/2009 | 1270 | American Eagle Beverag... | | | 2,115.27 | 2,196.46 |
| Deposit | 8/26/2009 | | | Deposit | 10,840.96 | | 13,037.42 |
| General Journal | 8/27/2009 | | | Payroll Aug 24 - 28 | | 5,600.00 | 7,437.42 |
| Deposit | 8/27/2009 | | | Deposit | 3,253.42 | | 10,690.84 |
| Bill Pmt -Check | 8/28/2009 | 082708 | West Coast Containers | | | 6,699.91 | 3,990.93 |
| Deposit | 8/28/2009 | | | Deposit | 3,086.76 | | 7,077.69 |
| Check | 8/28/2009 | 1273 | Diagraph | SUNW | | 1,000.00 | 6,077.69 |
| Check | 8/28/2009 | 1274 | Filler Specialties, Inc. | | | 250.00 | 5,827.69 |
| General Journal | 8/28/2009 | | | | | 1,367.00 | 4,460.69 |
| General Journal | 8/31/2009 | | | Diagraph Transfer | | 250.00 | 4,210.69 |
| Check | 8/31/2009 | 1271 | Scott Fann | Transfer | | 200.00 | 4,010.69 |
| Deposit | 8/31/2009 | | | Deposit | 2,723.49 | | 6,734.18 |
| Total BR Operating | | | | | 139,926.42 | 148,291.91 | 6,734.18 |
| TOTAL | | | | | 139,926.42 | 148,291.91 | 6,734.18 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
## As of August 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **BR Managers** | | | | | | | |
| General Journal | 8/3/2009 | | | Label Order Transfer | 1,581.87 | | 553.76 |
| General Journal | 8/3/2009 | | | Quiktrip Gas | | 42.58 | 2,115.63 |
| General Journal | 8/3/2009 | | | Quiktrip Gas | | 2,073.05 | 2,073.05 |
| General Journal | 8/3/2009 | | | Antel Media | | 191.41 | 1,881.64 |
| General Journal | 8/3/2009 | | | Digraph Label Order 7/29/09 | | 18.95 | 1,862.69 |
| General Journal | 8/4/2009 | | | Ace Hardware | | 1,572.47 | 290.22 |
| General Journal | 8/4/2009 | | | Funds Transfer | | 7.99 | 282.23 |
| Transfer | 8/6/2009 | | | Quiktrip Gas | 500.00 | | 782.23 |
| General Journal | 8/10/2009 | | | Evergreen Hardware | | 188.26 | 593.98 |
| Transfer | 8/10/2009 | | | Funds Transfer | | 175.12 | 418.86 |
| General Journal | 8/12/2009 | | | 8/5/09 Label Order | 1,404.00 | | 1,822.86 |
| General Journal | 8/13/2009 | | | Bearing Belt & Chain | | 1,404.00 | 418.86 |
| General Journal | 8/14/2009 | | | Circle K Gas | | 17.06 | 401.80 |
| General Journal | 8/14/2009 | | | QuikTrip Gasoline | | 42.32 | 359.48 |
| General Journal | 8/17/2009 | | | Managers Transfer | 250.00 | 136.74 | 222.74 |
| General Journal | 8/16/2009 | | | Digraph Transfer | | | 472.74 |
| General Journal | 8/19/2009 | | | Digraph Labels | 1,149.00 | 1,149.00 | 1,521.74 |
| General Journal | 8/20/2009 | | | Label Shipping credit Digraph | | 36.61 | 472.74 |
| General Journal | 8/20/2009 | | | Label Shipping credit Digraph | | 36.61 | 438.13 |
| General Journal | 8/20/2009 | | | Harrington Willetta Supplies | | 52.07 | 399.52 |
| General Journal | 8/24/2009 | | | Truck Gasoline | | 185.05 | 347.45 |
| General Journal | 8/25/2009 | | | Digraph/ Bosch Corners | 1,888.46 | | 162.40 |
| General Journal | 8/26/2009 | | | Digraph Order | | 1,149.50 | 2,050.86 |
| General Journal | 8/28/2009 | | | Pacific Integrated Handling (B... | | 738.96 | 801.36 |
| General Journal | 8/31/2009 | | | Digraph Transfer | 1,367.00 | | 162.40 |
| General Journal | 8/31/2009 | | | Gasoline | | 1,367.00 | 1,529.40 |
| Transfer | 8/31/2009 | | | Transfer | 250.00 | 162.40 | 1,367.00 |
| General Journal | 8/31/2009 | | | Fed Ex | | 27.65 | 1,617.00 |
| | | | | | | | 1,589.34 |
| **Total BR Managers** | | | | | 8,390.33 | 7,334.75 | 1,589.34 |
| **TOTAL** | | | | | 8,390.33 | 7,334.76 | 1,589.34 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of August 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **BR Tax** | | | | | | | |
| General Journal | 8/4/2009 | | | Transfer | 100.00 | | 0.00 |
| General Journal | 8/4/2009 | | | | | | 100.00 |
| General Journal | 8/14/2009 | | | PR Tax 8/1 - 8/14 | 6,700.00 | 31.50 | 68.50 |
| General Journal | 8/17/2009 | | | Payroll Tax 6/1-6/30 | | 3,569.16 | 6,768.50 |
| General Journal | 8/18/2009 | | | Worker Comp | | 823.34 | 3,199.34 |
| | | | | | | | 2,376.00 |
| **Total BR Tax** | | | | | 6,800.00 | 4,424.00 | 2,376.00 |
| **TOTAL** | | | | | 6,800.00 | 4,424.00 | 2,376.00 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of August 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Payroll** | | | | | | | |
| | | | | | | | 135.65 |
| Transfer | 8/6/2008 | | | Funds Transfer | 8,741.68 | | 8,877.33 |
| Check | 8/7/2008 | 1013 | Tina Placourakis | | | 1,875.00 | 7,002.33 |
| Check | 8/7/2008 | 1014 | Lance Neill | | | 1,682.69 | 5,319.64 |
| Check | 8/7/2008 | 1015 | Stan Walker | | | 1,463.00 | 3,855.64 |
| Check | 8/7/2008 | 1016 | Jake Conway | | | 176.30 | 3,680.34 |
| Check | 8/7/2008 | 1017 | Maria Conway | | | 296.98 | 3,383.36 |
| Check | 8/7/2008 | 1018 | Narcisa Conway | | | 266.40 | 3,116.96 |
| Check | 8/7/2009 | 1019 | Rebecca Hernandez | | | 322.03 | 2,794.93 |
| Check | 8/7/2009 | 1020 | Joseph Ban | | | 562.15 | 2,232.78 |
| Check | 8/7/2009 | 1021 | Martin Bustamante | | | 576.03 | 1,656.75 |
| Check | 8/7/2009 | 1022 | Andrew DePasquale | | | 680.79 | 975.96 |
| Check | 8/7/2009 | 1023 | Roseanne Ruiz | | | 440.45 | 535.51 |
| Check | 8/7/2009 | 1024 | Tiffany Hayden | | | 484.74 | 50.77 |
| Transfer | 8/13/2009 | | | Funds Transfer | 8,700.00 | | 8,750.77 |
| Check | 8/14/2009 | 1025 | Tiffany Hayden | | | 484.74 | 8,266.03 |
| Check | 8/14/2009 | 1026 | Roseanne Ruiz | | | 541.04 | 7,724.99 |
| Check | 8/14/2009 | 1037 | Andrew DePasquale | | | 580.25 | 7,144.74 |
| Check | 8/14/2009 | 1028 | Martin Bustamante | | | 576.03 | 6,568.71 |
| Check | 8/14/2009 | 1029 | Joseph Ban | | | 562.15 | 6,006.56 |
| Check | 8/14/2009 | 1030 | Rebecca Hernandez | | | 239.16 | 5,767.40 |
| Check | 8/14/2009 | 1031 | Narcisa Conway | | | 239.16 | 5,528.24 |
| Check | 8/14/2009 | 1032 | Maria Conway | | | 243.86 | 5,284.38 |
| Check | 8/14/2009 | 1033 | Jake Conway | | | 163.89 | 5,120.49 |
| Check | 8/14/2009 | 1034 | Stan Walker | | | 1,463.00 | 3,657.49 |
| Check | 8/14/2009 | 1035 | Lance Neill | | | 1,682.69 | 1,974.80 |
| Check | 8/14/2009 | 1036 | Tina Maria | | | 1,875.00 | 99.80 |
| General Journal | 8/20/2009 | | | Payroll Trans... | 8,268.10 | | 8,367.90 |
| Check | 8/21/2009 | 1038 | Tina Placourakis | | | 1,875.00 | 6,492.90 |
| Check | 8/21/2009 | 1039 | Lance Neill | | | 1,682.69 | 4,810.21 |
| Check | 8/21/2009 | 1040 | Stan Walker | | | 1,463.00 | 3,347.21 |
| Check | 8/21/2009 | 1041 | Jake Conway | | | 203.00 | 3,144.21 |
| Check | 8/21/2009 | 1042 | Maria Conway | | | 304.19 | 2,840.02 |
| Check | 8/21/2009 | 1043 | Rebecca Hernandez | | | 248.52 | 2,591.50 |
| Check | 8/21/2009 | 1044 | Narcisa Conway | | | 292.44 | 2,299.06 |
| Check | 8/21/2009 | 1045 | Joseph Ban | | | 562.09 | 1,736.97 |
| Check | 8/21/2009 | 1046 | Martin Bustamante | | | 576.03 | 1,160.94 |
| Check | 8/21/2009 | 1047 | Andrew DePasquale | | | 578.59 | 582.35 |
| Check | 8/21/2009 | 1048 | Roseanne Ruiz | | | 540.37 | 41.98 |
| General Journal | 8/27/2009 | 1049 | Jake Conway | Payroll Aug 2... | 5,600.00 | | 5,641.98 |
| Check | 8/28/2009 | 1050 | Maria Conway | | | 182.32 | 5,459.66 |
| Check | 8/28/2009 | 1051 | Narcisa Conway | | | 280.04 | 5,179.62 |
| Check | 8/28/2009 | 1052 | Rebecca Hernandez | | | 228.07 | 4,951.55 |
| Check | 8/28/2009 | 1053 | Joseph Ban | | | 269.95 | 4,681.60 |
| Check | 8/28/2009 | 1054 | Martin Bustamante | | | 562.08 | 4,120.52 |
| Check | | | | | | 576.03 | 3,544.49 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of August 31, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Check | 8/28/2009 | 1055 | Roseanne Ruiz | | | 498.81 | 3,045.68 |
| Check | 8/28/2009 | 1056 | Stan Walker | | | 1,000.00 | 2,045.68 |
| Total BR Payroll | | | | | 31,309.78 | 29,369.76 | 2,045.68 |
| TOTAL | | | | | 31,309.78 | 29,399.75 | 2,045.68 |

**SUN WEST BOTTLERS LLC**                                                 1277

U.S. Trustee                                            9/11/2009

Aug 2009 Fees                                                        975.00

BR Operating                                                        975.00

DELUXE CORP 1-800-328-0304  www.deluxeforms.com