# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

SUN WEST BOTTLERs,LLC, an
Arizona limited liability
company,

Debtor )

CASE NO.  2:09-bk-11283-PHX-RJH

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF  Sep-09

DATE PETITION FILED:  May 22, 2009

TAX PAYER ID NO. :  72-1557509

Nature of Debtor's Business: _____Private Labeled Bottled Water_____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

_CEO_
TITLE

Tina Placowrakis
PRINTED NAME OF RESPONSIBLE PARTY

10/25/09
DATE

**PREPARER:**

_____
ORIGINAL SIGNATURE OF PREPARER

CFO
TITLE

LANCE NEILL
PRINTED NAME OF PREPARER

10/25/09
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**  Lance Neill

PHONE NUMBER: 602-462-5300

ADDRESS: 2121 W Willetta St, Phoenix, AZ 8

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

Case Number: 2:09-bk-11283-PHX-RJH

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Managers # | Operating # | Payroll # | Tax # | Total |
| Balance at Beginning of Period | 1569.24 | 6784.19 | 2045.68 | 2376 | 10369.2 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | 82041.74 | | | 82041.74 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | 3376.32 | | 16260 | 1701.58 | 21337.9 |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | 3376.32 | 82041.74 | 16260 | 1701.58 | 103379.64 |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | 4646.06 | 73004.6 | 18262.95 | 3782.67 | |
| Legal Fees | | | | | |
| Pre-Petition Debt | | 1000 | | | |
| Plant Move | | | | | |
| APS Deposit | | | | | |
| | | | | | |
| Minus Other DIP Transfers | | | | | |
| Reorganization Expenses: Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | 975 | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | 4646.06 | 74979.6 | 18262.95 | 3782.67 | 101671.28 |

| Balance at End of Month | 319.6 | 13796.32 | 42.73 | 294.91 | 12077.56 |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | 101671.28 |
| Less: Transfers to Other DIP Accounts | 19636.32 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 82034.96 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through September 30, 2009

| | May 23 - Sep 30, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Material Sales** | 322.00 |
| **Sun West Sales Income** | |
| AEB Sales Income | 112,703.40 |
| Delivery Income | 10,602.01 |
| Gallon 4/1 Income | 5,405.20 |
| Gallon 6/1 Income | 24,476.48 |
| Label Revenue | 28,951.24 |
| Print Plate Income | 3,250.00 |
| SW .5L Revenue | 21,787.20 |
| SW 1 Gallon Revenue | 288.00 |
| SW 12oz Revenue | 3,139.00 |
| Sun West Sales Income - Other | 239,234.02 |
| **Total Sun West Sales Income** | 450,835.55 |
| **Total Income** | 451,157.55 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 161,041.90 |
| Freight Costs | 7,471.92 |
| Inventory Overages/Shortages | -1,058.90 |
| **Total COGS** | 167,454.92 |
| **Gross Profit** | 283,702.63 |
| **Expense** | |
| Bank Service Charges | 477.90 |
| Bankruptcy Fees | 2,925.00 |
| **Car/Truck Expense** | |
| Gas | 804.08 |
| Registration & Ticket Exp. | 1,633.11 |
| Repairs & Maintenance | 11.36 |
| **Total Car/Truck Expense** | 2,448.55 |
| **Delivery Fee's** | |
| Accurate Cargo | 2,306.14 |
| R&L Carriers | 506.97 |
| Truck Gasoline Exp. | 2,697.50 |
| **Total Delivery Fee's** | 5,510.61 |
| Electronics Exp. | 300.00 |
| Employee Benefit Exp. | 10,095.50 |
| **Equipment Rental** | |
| RO DI Tanks | 129.36 |
| **Total Equipment Rental** | 129.36 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through September 30, 2009

| | May 23 - Sep 30, 09 |
|---|---:|
| **Insurance** | |
| Auto Insurance | 3,146.33 |
| General Liability Ins. Bethany | 1,844.93 |
| Worker's Compensation | 886.96 |
| **Total Insurance** | 5,878.22 |
| | |
| **Inventory Loss/Gain Exp** | 8,477.75 |
| **Label Fees** | |
| Digital Labels | 21,693.30 |
| Labels | 2,924.84 |
| Shipping/Freight Exp. | 867.05 |
| **Total Label Fees** | 25,485.19 |
| | |
| **Late Charge/Penalty Exp.** | 20.00 |
| **Licenses and Permits** | 60.00 |
| **Marketing Exp** | |
| Food/Entertainment Exp | 542.56 |
| Postage Exp. | 44.00 |
| **Total Marketing Exp** | 586.56 |
| | |
| **Office Supplies** | |
| Paper & Stationary Exp. | 744.34 |
| Office Supplies - Other | 103.14 |
| **Total Office Supplies** | 847.48 |
| | |
| **Parking Tickets** | 48.00 |
| **Payroll Expenses** | |
| Accounting Wages | 6,229.20 |
| Admin Salaries | 77,751.65 |
| Front Office Salary/Wages | 3,219.91 |
| Management Wages | 578.59 |
| **Payroll Fees** | |
| Timeclock Lease Exp. | 153.69 |
| Payroll Fees - Other | 205.13 |
| **Total Payroll Fees** | 358.82 |
| | |
| **Payroll Tax** | |
| Federal Unemployment Tax | -1.36 |
| Social Security/Medicare Tax | -19.99 |
| State Unemployment Tax | -0.14 |
| Payroll Tax - Other | 9,263.17 |
| **Total Payroll Tax** | 9,241.68 |
| | |
| **Production Wages** | |
| Production Wage Garnishment | |
| Garnishment (Child Support) | -56.07 |
| Production Wage Garnishment - Other | 629.62 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23 through September 30, 2009

| | May 23 - Sep 30, 09 |
|---|---|
| Total Production Wage Garnishment | 573.55 |
| Production Wages - Other | 22,715.10 |
| Total Production Wages | 23,288.65 |
| Warehouse/Shipping Wages | 20,789.44 |
| Total Payroll Expenses | 141,457.94 |
| Plant Supplies | |
| Pallet Exp. | 2,396.80 |
| Plant Supplies - Other | 350.53 |
| Total Plant Supplies | 2,747.33 |
| Postage and Shipping | 387.95 |
| Product Packaging Exp | |
| Stretch Wrap Exp | 2,800.09 |
| Total Product Packaging Exp | 2,800.09 |
| Professional Fees | |
| Engineer Consulting Exp | 26,334.00 |
| Legal Fees | 25,000.00 |
| Total Professional Fees | 51,334.00 |
| Propane Exp. | 497.45 |
| Quality Control | |
| Water Analysis Exp. | 1,093.30 |
| Total Quality Control | 1,093.30 |
| Refund Exp | -672.15 |
| Rent Bethany | 31,339.11 |
| Rent Willetta | 8,929.50 |
| Repairs and Maintenance | |
| Equipment Repairs | |
| Labeler Exp. | 17.06 |
| RO Equipment | 278.18 |
| Truck Repair | 366.52 |
| Videojet Printer | 10.82 |
| | 274.00 |
| Total Repairs and Maintenance | 946.58 |
| Returned Product Exp. | 57.49 |
| Telephone and Fax | |
| Cell Phone Exp. | |
| Delivery Driver Cell Exp. | 150.00 |
| Cell Phone Exp. - Other | 2,148.99 |
| Total Cell Phone Exp. | 2,298.99 |
| Telephone and Fax - Other | 1,742.30 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23 through September 30, 2009

| | May 23 - Sep 30, 09 |
|---|---|
| Total Telephone and Fax | 4,041.29 |
| Tenant Improvements | |
| Willetta Prep | 9,385.96 |
| Total Tenant Improvements | 9,385.96 |
| Travel & Entertainment | |
| Meals | 100.00 |
| Total Travel & Entertainment | 100.00 |
| Utilities | |
| Electric Exp. | 3,372.95 |
| Trash Exp. | 584.73 |
| Water Exp. | 1,977.71 |
| Total Utilities | 5,935.39 |
| Web Hosting Exp. | |
| Web Domain Exp. | 37.89 |
| Web Server Exp | 113.70 |
| Total Web Hosting Exp. | 151.59 |
| Total Expense | 323,822.94 |
| Net Ordinary Income | -40,120.31 |
| Net Income | -40,120.31 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### September 2009

| | Sep 09 | Jan - Sep 09 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Material Sales | 92.00 | 6,111.7( |
| **Sun West Sales Income** | | |
| AEB Sales Income | 18,888.60 | 220,712.30 |
| Delivery Income | 2,496.87 | 20,125.10 |
| Gallon 4/1 Income | 12.00 | 34,435.68 |
| Gallon 6/1 Income | 3,892.48 | 48,384.88 |
| Label Revenue | 6,828.00 | 66,101.24 |
| Print Plate Income | 550.00 | 7,150.00 |
| SW .5L Revenue | 7,522.70 | 30,378.10 |
| SW 1 Gallon Revenue | 144.00 | 286.00 |
| SW 12oz Revenue | 1,872.00 | 3,138.00 |
| US Foods Income | 0.00 | 66,186.26 |
| White Water Sales income | 0.00 | 396.90 |
| Sun West Sales Income - Other | 30,667.92 | 458,590.71 |
| **Total Sun West Sales Income** | 72,874.57 | 955,887.1; |
| **Total Income** | 72,966.57 | 961,998.8; |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | 30,014.26 | 415,668,4; |
| Freight Costs | 1,500.00 | 13,970.6; |
| Inventory Overages/Shortages | 0.00 | -1,058.9( |
| Materials - Cost of Goods Sold | 0.00 | -102.2( |
| Packaging Costs | 0.00 | 6,816.4( |
| **Total COGS** | 31,514.26 | 435,294.3! |
| **Gross Profit** | 41,452.31 | 526,704.5; |
| **Expense** | | |
| A/R Loss Exp | 0.00 | 176.6; |
| Advertising Expenses | 0.00 | 25.0( |
| Bad Debt Loss | 0.00 | 1,222.8' |
| Bank Service Charges | 0.00 | 585.9! |
| Bankruptcy Fees | 975.00 | 2,925.0( |
| **Car/Truck Expense** | | |
| Gas | 456.63 | 829.08 |
| Mileage Reimbursement | 0.00 | 107.57 |
| Registration & Ticket Exp. | 0.00 | 2,605.65 |
| Repairs & Maintenance | 11.36 | 11.36 |
| **Total Car/Truck Expense** | 467.99 | 3,553.6( |
| **Delivery Fee's** | | |
| Accurate Cargo | 843.30 | 3,308.13 |
| Central Freight | 0.00 | 168.43 |
| One Stop Logistics | 0.00 | 2,928.13 |
| R&L Carriers | 426.92 | 1,299.06 |
| Truck Gasoline Exp. | 249.86 | 6,466.01 |
| Delivery Fee's - Other | 0.00 | -70.00 |
| **Total Delivery Fee's** | 1,520.08 | 14,099.7( |
| Donations Exp. | 0.00 | 156.9! |
| **Electronics Exp.** | | |
| Networking Exp. | 0.00 | 99.75 |
| Electronics Exp. - Other | 0.00 | 525.00 |
| **Total Electronics Exp.** | 0.00 | 624.7! |
| Employee Benefit Exp. | 0.00 | 21,671.8( |
| **Equipment Rental** | | |
| Forklift Lease | 0.00 | 2,460.92 |
| RO DI Tanks | 0.00 | 404.28 |
| Truck Rental | 0.00 | 1,275.78 |
| **Total Equipment Rental** | 0.00 | 4,140.9( |
| Insurance | | |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### September 2009

|  | Sep 09 | Jan - Sep 09 |
|---|---:|---:|
| Auto Insurance | 1,959.98 | 3,852.80 |
| General Liability Ins. Bethany | 0.00 | 10,194.02 |
| General Liability Insurance | 0.00 | 166.00 |
| Worker's Compensation | -53.38 | 12,536.69 |
| **Total Insurance** | **1,906.60** | **26,748.5'** |
| Inventory Loss/Gain Exp | 60.01 | 97,144.36 |
| Janitorial/Cleaning Exp. | 0.00 | 1,100.00 |
| Label Fees |  |  |
| Digital Labels | 5,464.50 | 76,751.95 |
| Labels | 0.00 | 4,285.77 |
| Shipping/Freight Exp. | 85.00 | 1,338.56 |
| Label Fees - Other | 0.00 | -170.00 |
| **Total Label Fees** | **5,549.60** | **82,206.28** |
| Late Charge/Penalty Exp. | 0.00 | 105.32 |
| Licenses and Permits | 60.00 | 470.00 |
| Marketing Exp |  |  |
| Brochures Exp. | 0.00 | 1,600.00 |
| CoPacker Marketing Exp. | 0.00 | 4,745.68 |
| Food/Entertainment Exp | 0.00 | 542.56 |
| Postage Exp. | 44.00 | 44.00 |
| Sales/Marketing Water Exp. | 0.00 | 4.60 |
| **Total Marketing Exp** | **44.00** | **6,936.84** |
| Membership/Subscription Exp. | 0.00 | 217.06 |
| Misc. Exp. |  |  |
| Company Water Usage Exp. | 0.00 | 24.70 |
| Misc. Exp. - Other | 0.00 | 2,787.55 |
| **Total Misc. Exp.** | **0.00** | **2,812.25** |
| Office Supplies |  |  |
| Paper & Stationary Exp. | 0.00 | 2,169.20 |
| Office Supplies - Other | 0.00 | 103.14 |
| **Total Office Supplies** | **0.00** | **2,272.34** |
| Parking Tickets | 0.00 | 48.00 |
| Payroll Expenses |  |  |
| Accounting Wages | 0.00 | 31,870.49 |
| Admin Salaries | 17,788.45 | 156,713.22 |
| Front Office Salary/Wages | 2,124.54 | 21,208.34 |
| Management Wages | 0.00 | 26,963.84 |
| Payroll Fees |  |  |
| Timeclock Lease Exp. | -107.67 | 675.69 |
| Payroll Fees - Other | 136.31 | 1,365.21 |
| **Total Payroll Fees** | **28.64** | **2,040.90** |
| Payroll Tax |  |  |
| AZ Training Tax | 0.00 | 99.15 |
| Federal Unemployment Tax | 0.00 | 978.62 |
| Social Security/Medicare Tax | 0.00 | 12,592.53 |
| State Unemployment Tax | 0.00 | 2,010.23 |
| Payroll Tax - Other | 5,989.22 | 14,600.05 |
| **Total Payroll Tax** | **5,989.22** | **30,280.58** |
| Production Wages |  |  |
| Production Wage Garnishment |  |  |
| Garnishment (Child Support) | 0.00 | 2,249.86 |
| Production Wage Garnishment - Other | 0.00 | -467.13 |
| **Total Production Wage Garnishment** | **0.00** | **1,782.73** |
| Production Wages - Other | 3,585.95 | 99,704.05 |
| **Total Production Wages** | **3,585.95** | **101,486.78** |
| Sales Wages | 0.00 | 6,482.04 |
| Warehouse/Shipping Wages | 4,552.46 | 52,386.59 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
### September 2009

| | Sep 09 | Jan - Sep 09 |
|---|---|---|
| Payroll Expenses - Other | 0.00 | 109.82 |
| **Total Payroll Expenses** | 34,069.26 | 429,502.6( |
| Pest Control | 0.00 | 1,597.0: |
| Plant Supplies | | |
| Pallet Exp. | 0.00 | 6,531.40 |
| Plant Supplies - Other | 0.00 | 4,019.59 |
| **Total Plant Supplies** | 0.00 | 10,550.9! |
| Postage and Shipping | 87.00 | 1,890.2! |
| Product Packaging Exp | | |
| Shrink Wrap Exp | 0.00 | 5,951.03 |
| Stretch Wrap Exp | 0.00 | 4,210.09 |
| **Total Product Packaging Exp** | 0.00 | 10,161.1: |
| Professional Fees | | |
| Accounting Fees | 0.00 | 1,800.00 |
| Engineer Consulting Exp | 5,852.00 | 38,975.00 |
| Legal Fees | 0.00 | 40,000.00 |
| Professional Fees - Other | 0.00 | 600.00 |
| **Total Professional Fees** | 5,852.00 | 81,375.0( |
| Propane Exp. | 0.00 | 1,839.6 |
| Quality Control | | |
| Water Analysis Exp. | 280.00 | 2,377.80 |
| **Total Quality Control** | 280.00 | 2,377.8( |
| Refund Exp | 0.00 | -672.1! |
| Rent Bethany | 0.00 | 102,680.3 |
| Rent Willetta | 4,849.50 | 19,805.1( |
| Repairs and Maintenance | | |
| Building Maint. | 0.00 | 200.00 |
| Equipment Repairs | 0.00 | 3,771.21 |
| Filler Equipment | 0.00 | 5,471.30 |
| Fork Lift Maint.Exp. | 0.00 | 1,403.43 |
| Labeler Exp. | 0.00 | 278.18 |
| RO Equipment | 0.00 | 1,113.04 |
| Truck Repair | 0.00 | 428.14 |
| Videojet Printer | 0.00 | 1,135.50 |
| Repairs and Maintenance - Other | 0.00 | 467.05 |
| **Total Repairs and Maintenance** | 0.00 | 14,267.8! |
| Returned Prodcut Exp. | 0.00 | 57.4! |
| Storage Unit Exp. | 0.00 | 247.6! |
| Telephone and Fax | | |
| Cell Phone Exp. | | |
| Delivery Driver Cell Exp. | 0.00 | 350.00 |
| Cell Phone Exp. - Other | 150.00 | 5,448.35 |
| **Total Cell Phone Exp.** | 150.00 | 5,798.3! |
| Telephone and Fax - Other | 194.48 | 5,225.72 |
| **Total Telephone and Fax** | 344.48 | 11,024.0 |
| Tenant Improvements | | |
| Willetta Prep | 351.90 | 9,385.96 |
| Tenant Improvements - Other | 0.00 | -986.00 |
| **Total Tenant Improvements** | 351.90 | 8,399.9! |
| Tenant Improvements - Bethany | 0.00 | 2,757.3! |
| Travel & Entertainment | | |
| Meals | 100.00 | 444.38 |
| Travel | 0.00 | 649.26 |
| **Total Travel & Entertainment** | 100.00 | 1,093.6 |
| Utilities | | |
| Electric Exp. | 0.00 | 26,726.31 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
### September 2009

|  | Sep 09 | Jan - Sep 09 |
|---|---|---|
| Trash Exp. | 0.00 | 1,577.49 |
| Water Exp. | | |
|    Spring Water Exp. | 0.00 | 3,745.00 |
|    Water Exp. - Other | 0.00 | 6,896.84 |
|   Total Water Exp. | 0.00 | 10,641.84 |
|   Total Utilities | 0.00 | 38,945.64 |
| Web Hosting Exp. | | |
|    Web Domain Exp. | 0.00 | 48.52 |
|    Web Server Exp | 37.90 | 208.45 |
|   Total Web Hosting Exp. | 37.90 | 256.97 |
|   Total Expense | 56,555.22 | 1,007,402.67 |
| Net Ordinary Income | -15,102.91 | -480,698.15 |
| Other Income/Expense | | |
|   Other Income | | |
|    Other Income | 0.00 | 740.83 |
|   Total Other Income | 0.00 | 740.83 |
|   Net Other Income | 0.00 | 740.83 |
| Net Income | -15,102.91 | -479,957.32 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 827.87 | 12077.56 | 12745.2 |
| Restricted Cash | | | |
| Total Cash | 827.87 | 12077.56 | 12745.2 |
| Accounts Receivable (net) | 67472.05 | 86308.04 | 100464.35 |
| Inventory | 5000 | 4225.62 | 6852.36 |
| Notes Receivable | | | |
| APS Security Deposit | 12695 | 0 | 0 |
| Willetta Security Deposit | | 8160 | 8160 |
| Total Current Assets | | | |
| Property, Plant & Equipment | 181625 | 91625 | 91625 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Trucks | 25000 | 25000 | 25000 |
| Office Furn,supplies, electronics | 1800 | 1800 | 1800 |
| TOTAL ASSETS | 295247.79 | | 259392.11 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | 78000 | 78000 | 78000 |
| Unsecured Debt | 204041.77 | 204041.77 | 204041.77 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 282041.77 | 282041.77 | 282041.77 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 86308.04 | 54664.73 | 13403.91 | 18239.4 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 86308.04 | 54664.73 | 13403.91 | 18239.4 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | 6852.36 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | 4225.62 |

Date Last Inventory was taken: _____ 18-May-09

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 161625 | | | 91625 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | 25000 | | | 25000 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts.

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 9675.16 | 6684.97 | 1093.09 | 1773.11 | 123.99 |
| Taxes Payable | 5729.63 | 1587.27 | 1831.98 | 2310.38 | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | 15404.79 | 8272.24 | 2925.07 | 4083.49 | 123.99 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

# SUN WEST BOTTLERS, LLC
## A/P Aging Summary
### As of September 30, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Accurate Cargo | 843.30 | 226.20 | 453.48 | 0.00 | 0.00 | 1,522.98 |
| Advertising Specialty Institute | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aetna | 0.00 | 1,796.20 | 0.00 | 0.00 | 0.00 | 1,796.20 |
| Allied Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| American Eagle Beverages | 1,211.14 | 1,058.41 | 0.00 | 0.00 | 0.00 | 2,269.55 |
| APS 433366285 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Central Freight | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City Of Phoenix | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearwater Beverages Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cybermetrics Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Diagraph | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DL Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employers Compensation Ins Co | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ferrellgas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Filler Specialties, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grainger | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hach Company | 0.00 | 0.00 | 65.31 | 0.00 | 0.00 | 65.31 |
| Latino Perspectives Magazine | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legacy Propane | 0.00 | 230.70 | 0.00 | 0.00 | 123.99 | 354.69 |
| Legend | 280.00 | 80.00 | 80.00 | 40.00 | 0.00 | 480.00 |
| McCandless Idealease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MCL Technology Corp | 256.87 | 64.68 | 0.00 | 0.00 | 0.00 | 321.55 |
| Motor Vehicle Division | 0.00 | 0.00 | 0.00 | 1,633.11 | 0.00 | 1,633.11 |
| Naumann Hobbs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nettronics | 0.00 | 0.00 | 200.00 | 100.00 | 0.00 | 300.00 |
| One Stop Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Packaging Corporation of America | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R&L Carriers | 426.92 | 0.00 | 0.00 | 0.00 | 0.00 | 426.92 |
| Schendel Pest Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Southwest Label and Printing Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tait-Ritter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| THARCO Containers | 0.00 | 210.55 | 294.30 | 0.00 | 0.00 | 504.85 |
| The Business Journal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Toshiba Business Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Financial Capital Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| West Coast Containers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | **3,018.23** | **3,666.74** | **1,093.09** | **1,773.11** | **123.99** | **9,675.16** |

**QUESTIONAIRE**

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

_____

Current number of employees: _____10_____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Hartford | Workers Comp | 5/15/09 - 1/7/10 | Monthly |
| Travelers 6808980L285 | General Liability | 1/7/09 - 1/7/10 | Monthly |
| Travelers CUP8710Y489 | Umbrella Liability | 1/7/09 - 1/7/10 | Monthly |
| Valley Forge Insurance | Automobile | 5/29/09 - 5/29/10 | Monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

_____

_____

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of September 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Operating** | | | | | | | 6,734.18 |
| Deposit | 9/1/2009 | | | Deposit | 7,853.20 | | 14,587.38 |
| Check | 9/1/2009 | 1275 | Arizona Corporation... | | | 60.00 | 14,527.38 |
| Deposit | 9/1/2009 | | | Deposit | 5,960.97 | | 20,488.35 |
| Check | 9/2/2009 | 1278 | Tail-Ritter | | | 4,849.50 | 15,638.85 |
| Deposit | 9/2/2009 | | | Deposit | 3,538.70 | | 19,177.55 |
| Check | 9/3/2009 | | | SUNW | | 1,000.00 | 18,177.55 |
| Check | 9/4/2009 | 1280 | Diagraph | Deposit | | 250.00 | 17,927.55 |
| Deposit | 9/4/2009 | | | Diagraph | 3,193.39 | | 21,120.94 |
| Check | 9/4/2009 | 1281 | Filler Specialties, Inc. | Transfer | | 200.00 | 20,920.94 |
| General Journal | 9/8/2009 | | | Diagraph | | 1,166.00 | 19,755.94 |
| General Journal | 9/8/2009 | 090809 | West Coast Contain... | Deposit | | 6,927.87 | 12,626.07 |
| Bill Pmt -Check | 9/8/2009 | 1293 | Accurate Cargo | | | 570.21 | 12,257.86 |
| Bill Pmt -Check | 9/8/2009 | 1285 | Ambassador Packa... | | | 226.07 | 12,031.79 |
| Bill Pmt -Check | 9/8/2009 | 1286 | Legacy Propane | | | 272.00 | 11,775.93 |
| Bill Pmt -Check | 9/8/2009 | 1287 | Legend | 00-0991451 | | 236.68 | 11,503.93 |
| Bill Pmt -Check | 9/8/2009 | 1288 | MCL Technology C... | | | 427.05 | 10,840.20 |
| Bill Pmt -Check | 9/8/2009 | 1289 | Qwest 4131 | 623-842-413... | | 200.11 | 10,760.15 |
| Bill Pmt -Check | 9/8/2009 | 1290 | R&L Carriers | | | 182.11 | 10,560.04 |
| Bill Pmt -Check | 9/8/2009 | 1291 | Waste Management | 571-0084683... | | 200.11 | 10,377.93 |
| Bill Pmt -Check | 9/8/2009 | 1292 | Qwest 5300 | | | 182.11 | 10,377.93 |
| Deposit | 9/9/2009 | | | Deposit | 5,546.78 | | 15,924.71 |
| Deposit | 9/9/2009 | | | Qwest Refund | 219.80 | | 16,144.51 |
| Bill Pmt -Check | 9/9/2009 | 1279 | THARCO Containers | | | 1,684.40 | 14,460.11 |
| Deposit | 9/10/2009 | | | Deposit | 2,080.36 | | 16,540.47 |
| General Journal | 9/10/2009 | 091109 | West Coast Contain... | | | 10,200.00 | 6,340.47 |
| General Journal | 9/10/2009 | | | Payroll Trans... | | 2,147.40 | 4,193.07 |
| Deposit | 9/10/2009 | | | Tina Fed Ex | 45.00 | | 4,238.07 |
| Deposit | 9/10/2009 | | | Additional Pa... | 1,730.66 | | 5,968.73 |
| Check | 9/11/2009 | 1294 | Lance Neill | | | 1,060.00 | 4,908.73 |
| Check | 9/11/2009 | 1295 | Joseph Ban | | | 50.00 | 4,858.73 |
| Check | 9/11/2009 | 1296 | Stan Walker | | | 67.99 | 4,790.74 |
| Check | 9/11/2009 | 1297 | Rebecca Hernandez | | | 66.94 | 4,723.80 |
| Check | 9/11/2009 | 1298 | Narcisa Conway | | | 25.00 | 4,698.80 |
| Check | 9/11/2009 | 1299 | Marla Conway | | | 25.00 | 4,673.80 |
| Check | 9/11/2009 | 1300 | Jake Conway | | | 25.00 | 4,648.80 |
| Check | 9/11/2009 | | | | | 25.00 | 4,623.80 |
| Deposit | 9/11/2009 | | | Deposit | 8,824.14 | | 13,447.94 |
| Check | 9/11/2009 | 1277 | U.S. Trustee | Deposit | | 975.00 | 12,472.94 |
| Deposit | 9/14/2009 | | | Labels | 4,628.64 | | 17,101.58 |
| General Journal | 9/14/2009 | | | | | 640.00 | 16,461.58 |
| Bill Pmt -Check | 9/15/2009 | 9/15/09 | West Coast Contain... | Payroll Tax T... | | 6,854.77 | 9,606.81 |
| General Journal | 9/15/2009 | | | | | 1,300.00 | 8,306.81 |
| Deposit | 9/15/2009 | | | Deposit | 2,420.10 | | 10,726.91 |
| Check | 9/16/2009 | 1306 | Filler Specialties, Inc. | | | 500.00 | 10,226.91 |
| Check | 9/17/2009 | 1301 | United States Post... | | | 132.00 | 10,094.91 |
| Check | 9/17/2009 | 1305 | Qwest 5300 | | | 414.28 | 9,680.63 |
| Deposit | 9/17/2009 | | | Deposit | 5,247.29 | | 14,927.92 |
| Deposit | 9/18/2009 | | | Deposit 3005137208 | | | 14,927.92 |
| Check | 9/18/2009 | 1302 | Compass Insurance | | | 1,959.98 | 12,967.94 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of September 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 9/18/2009 | 1303 | Aetna | 80530905 | | 3,169.00 | 9,793.94 |
| Bill Pmt -Check | 9/18/2009 | 1304 | American Eagle Be... | | | 3,017.72 | 6,781.22 |
| Deposit | 9/18/2009 | | | Deposit | 6,335.46 | | 13,116.68 |
| General Journal | 9/21/2009 | | | Payroll Tax | | 1,757.21 | 11,359.47 |
| Deposit | 9/21/2009 | | | Deposit | 3,345.69 | | 14,705.16 |
| General Journal | 9/22/2009 | | | Labol and Op... | | 1,798.25 | 12,906.91 |
| Deposit | 9/22/2009 | | | Deposit | 2,844.85 | | 15,751.76 |
| Deposit | 9/23/2009 | | | Deposit | 456.13 | | 16,207.89 |
| Check | 9/24/2009 | 1307 | TLC Labels | | | 480.00 | 15,727.89 |
| General Journal | 9/24/2009 | | | Payroll Tax | | 807.54 | 14,920.35 |
| Bill Pmt -Check | 9/24/2009 | 092409 | West Coast Contain... | | | 6,519.61 | 8,400.74 |
| Deposit | 9/24/2009 | | | Deposit | 2,085.79 | | 10,486.53 |
| General Journal | 9/24/2009 | | | Payroll Trans... | | 5,000.00 | 5,486.53 |
| Check | 9/24/2009 | 1309 | Lance Neill | | | 2,050.00 | 3,436.53 |
| Check | 9/24/2009 | 1310 | Tina Placouriakis | | | 2,500.00 | 936.53 |
| Check | 9/25/2009 | 1308 | Stan Walker | | | 2,000.00 | -1,063.47 |
| Deposit | 9/25/2009 | | | Deposit | 9,168.39 | | 8,104.92 |
| Deposit | 9/28/2009 | | | Deposit | 4,685.60 | | 12,790.52 |
| Check | 9/29/2009 | 1311 | TLC Labels | | | 400.00 | 12,390.52 |
| General Journal | 9/29/2009 | | | Transfer mad... | | 125.00 | 12,265.52 |
| General Journal | 9/29/2009 | | | Transfer | | 300.00 | 11,965.52 |
| Deposit | 9/29/2009 | | | Deposit | 1,207.53 | | 13,173.05 |
| Deposit | 9/30/2009 | | | Deposit | 623.27 | | 13,796.32 |
| **Total BR Operating** | | | | | 82,041.74 | 74,979.60 | 13,796.32 |
| **TOTAL** | | | | | 82,041.74 | 74,979.60 | 13,796.32 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of September 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **BR Payroll** | | | | | | | |
| Check | 9/1/2009 | 1057 | Tina Placourakis | | | 1,000.00 | 2,045.68 |
| Check | 9/1/2009 | 1056 | Lance Neill | | | 1,000.00 | 1,045.68 |
| General Journal | 9/10/2009 | | | | | 45.68 | 45.68 |
| Check | 9/11/2009 | 1060 | | Payroll Trans... | 10,200.00 | | 10,245.68 |
| Check | 9/11/2009 | 1061 | Tina Placourakis | | | 2,000.00 | 8,245.68 |
| Check | 9/11/2009 | 1062 | Lance Neill | | | 2,000.00 | 6,245.68 |
| Check | 9/11/2009 | 1063 | Stan Walker | | | 2,000.00 | 4,245.68 |
| Check | 9/11/2009 | 1064 | Jake Conway | | | 437.26 | 3,808.42 |
| Check | 9/11/2009 | 1065 | Maria Conway | | | 504.57 | 3,303.85 |
| General Journal | 9/11/2009 | | Narcisa Conway | | | 407.08 | 2,896.77 |
| Check | 9/11/2009 | 1066 | | Additional Pa... | 1,060.00 | | 3,956.77 |
| Check | 9/11/2009 | 1067 | Rebecca Hernandez | | | 604.70 | 3,352.07 |
| Check | 9/11/2009 | 1058 | Joseph Ban | | | 1,124.17 | 2,227.90 |
| Check | 9/11/2009 | 1059 | Martin Bustamante | | | 1,152.06 | 1,075.84 |
| General Journal | 9/24/2009 | | Roseanne Ruiz | | | 1,065.96 | 9.88 |
| Check | 9/25/2009 | 1070 | | Payroll Trans... | 5,000.00 | | 5,009.88 |
| Check | 9/25/2009 | 1071 | Jake Conway | | | 319.43 | 4,690.45 |
| Check | 9/25/2009 | 1072 | Maria Conway | | | 453.87 | 4,236.58 |
| Check | 9/25/2009 | 1073 | Narcisa Conway | | | 360.05 | 3,876.53 |
| Check | 9/25/2009 | 1074 | Rebecca Hernandez | | | 498.99 | 3,377.54 |
| Check | 9/25/2009 | 1075 | Joseph Ban | | | 1,124.17 | 2,253.37 |
| Check | 9/25/2009 | 1076 | Martin Bustamante | | | 1,152.06 | 1,101.31 |
| | | | Roseanne Ruiz | | | 1,058.58 | 42.73 |
| **Total BR Payroll** | | | | | 16,260.00 | 13,282.95 | 42.73 |
| **TOTAL** | | | | | 16,260.00 | 13,282.95 | 42.73 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of September 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **BR Managers** | | | | | | | |
| General Journal | 9/1/2009 | | | Diagraph CC ... | | 1,367.00 | 1,589.34 |
| General Journal | 9/2/2009 | | | Web Fee Ant... | | 18.95 | 222.34 |
| General Journal | 9/2/2009 | | | Antal Media | | 18.95 | 203.39 |
| General Journal | 9/2/2009 | | | ADP Fee - S... | | 126.31 | 184.44 |
| General Journal | 9/2/2009 | | | Transfer | 200.00 | | 58.13 |
| General Journal | 9/8/2009 | | | Gasoline | | 150.00 | 258.13 |
| General Journal | 9/8/2009 | | | Gasoline | | | 108.13 |
| General Journal | 9/10/2009 | | | ADP Credit T... | 313.07 | | 421.20 |
| General Journal | 9/10/2009 | | | Fed Ex | | 44.00 | 377.20 |
| General Journal | 9/10/2009 | | | Willetta Prep | | 28.09 | 349.11 |
| General Journal | 9/11/2009 | | | Gas | | 150.00 | 199.11 |
| General Journal | 9/15/2009 | | | Labels | 640.00 | | 839.11 |
| General Journal | 9/17/2009 | | | Truck Gas | | 150.00 | 689.11 |
| General Journal | 9/17/2009 | | | Labels | | 639.25 | 49.86 |
| General Journal | 9/22/2009 | | | Gasoline | | 49.86 | 0.00 |
| General Journal | 9/22/2009 | | | Label and Op... | 1,798.25 | | 1,798.25 |
| General Journal | 9/23/2009 | | | Gas | | 50.00 | 1,748.25 |
| General Journal | 9/23/2009 | | | Handpunch | | 130.68 | 1,617.57 |
| General Journal | 9/24/2009 | | | Diagraph Lab... | | 1,498.25 | 119.32 |
| General Journal | 9/24/2009 | | | Gas | | 150.00 | -30.68 |
| General Journal | 9/24/2009 | | | Handpunch | | 74.72 | -105.40 |
| General Journal | 9/28/2009 | | | Transfer med... | 125.00 | | 19.60 |
| General Journal | 9/29/2009 | | | Transfer | 300.00 | | 319.60 |
| General Journal | 9/29/2009 | | | Transfer | | | 319.60 |
| **Total BR Managers** | | | | | 3,376.32 | 4,646.06 | 319.60 |
| **TOTAL** | | | | | 3,373.32 | 4,646.06 | 319.60 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of September 30, 2009

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **BR Tax** | | | | | | | |
| General Journal | 9/10/2009 | | | Payroll Fees | | 10.00 | 2,376.00 |
| General Journal | 9/15/2009 | | | Payroll Tax | | 1,739.84 | 2,366.00 |
| General Journal | 9/15/2009 | | | Tax Transfer | 1,300.00 | | 626.16 |
| General Journal | 9/15/2009 | | | WC Credit | 401.58 | | 1,926.16 |
| General Journal | 9/16/2009 | | | Payroll Tax P… | | 1,684.63 | 2,327.74 |
| General Journal | 9/16/2009 | | | Work Comp | | 145.24 | 643.11 |
| General Journal | 9/16/2009 | | | Work Comp | | 148.49 | 497.87 |
| General Journal | 9/21/2009 | | | Work Comp | | 54.47 | 349.38 |
| General Journal | 9/24/2009 | | Workers Comp | Workers Comp | | | 294.91 |
| **Total BR Tax** | | | | | 1,701.58 | 3,782.67 | 294.91 |
| **TOTAL** | | | | | 1,701.58 | 3,782.67 | 294.91 |

**SUN WEST BOTTLERS LLC**

1348

U.S. Trustee

Sept 2009 Disbursement Fees

10/26/2009

975.00

BR Operating

975.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com