Daniel P. Collins (AZ Bar No. 009055)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone: (602) 252-1900
Facsimile: (620) 252-1114
Email: dcollins@cmpbglaw.com

Attorneys for the Debtor-In-Possession, Sun West Bottlers, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SUN WEST BOTTLERS, LLC | Case No: 2:09-bk-11283-RJH |
| Debtor. | **AFFIDAVIT OF MAILING** |

STATE OF ARIZONA ) ss.
County of Maricopa )

Cindy Taylor, being first duly sworn, deposes and states as follows:

1. I am a citizen of the United States, over the age of 18 years, and a resident of Maricopa County, Arizona;

2. I am not a party in the above-captioned proceedings;

3. On November 19, 2009, I caused to be delivered via regular mail a copy of the <u>Notice of Hearing</u> on Debtor's Motion for Order Authorizing and Approving the Sale of Debtor's Assets, Free and Clear of any Liens or Encumbrances and Authorize the Assignment of Debtor's Lease to the following interested parties:

| | |
|---|---|
| Frank Crossen | Daryl Brown |
| Redbird International | Right Stuff Equipment |
| 4632 E. Kings Ave | 7145 Ivy Street |
| Phoenix, Arizona 85032 | Commerce City, CO 80022 |

1

| | |
|---|---|
| Patricia McKernan<br>Dan Delany<br>Sedona Bottling<br>120 N. 57th Dr., Suite 1<br>Phoenix, Arizona 85043 | Dennis Tharan<br>MCL Technology<br>190 E. Corporate Place, Suite 5<br>Chandler, AZ 85225 |
| I. Doug Dunipace, Esq.<br>I. Douglas Dunipace, PLC<br>3116 E. Shea Blvd.,<br>Suite 251<br>Phoenix, AZ 85028-0001 | Jay Olson<br>Sun Pac<br>2210 East Adams<br>Phoenix, Arizona 85034 |
| Clyde Edgar<br>Fiesta Bottling Co., LLC<br>905 West Alemeda Drive<br>Tempe, Arizona 85282 | Bob Heer<br>O Premium Waters<br>1740 W. Broadway<br>Mesa, Arizona 85202 |
| David Gill, Esq.<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East<br>3rd Floor<br>Los Angeles, CA 90067 | Stewart Lissner<br>1044 Oak Street<br>Winnetka, IL 60093 |
| Alfredo Gastelum<br>Sarah Farm Dairies<br>2751 Palo Verde<br>Yuma, Arizona 85365 | Mark B. Pyper, Esq.<br>Owens & Pyper, PLC<br>3030 N. Central Ave.<br>Suite 1406<br>Phoenix, AZ 85012 |
| Stephen Sommers<br>Arizona Auctioneers<br>1802 South First Avenue<br>Phoenix, Arizona 85003 | Neal Thomas, Esq.<br>Thomas Thomas & Markson, PC<br>2700 N. Central Ave.<br>Suite 800<br>Phoenix, AZ 85004-1185 |
| Chuck McCain<br>Glas-Tec<br>5041 East Corona Road<br>Tucson, Arizona 85706 | Jeremy Sanders<br>Beverage Industries Packaging LLC<br>One Beverage Place<br>Cheraw, SC 29520 |

1.     4.     In addition, on November 19, 2009, I caused to be delivered via email a copy of <u>Notice of Hearing</u> on Debtor's Motion for Order Authorizing and Approving the Sale of Debtor's Assets, Free and Clear of any Liens or Encumbrances and Authorize the Assignment of Debtor's Lease to the following interested parties:

| | |
|---|---|
| Tom Collins<br>Natural Products Technologies, Inc.<br>tom@naturalproductstech.com | Len Pall<br>repo13@aol.com |
| Loeb Equipment & Appraisal<br>sales@loebequipment.com | John Szczepanski<br>JBM Services<br>jbmservices@cox.net |
| Ryan Yerkes<br>Frain Group<br>ryerkes@fraingroup.com | |

*Cindy Taylor* (signature)
Cindy Taylor

SUBSCRIBED AND SWORN to before me this 20TH of November, 2009 by Cindy Taylor.

*Meaghan Downs* (signature)
Notary Public

My Commission Expires:

July 7th, 2013

[Notary seal: MEAGHAN DOWNS, Notary Public, State of Arizona, MARICOPA COUNTY, My Comm. Expires July 7, 2013]

3