Daniel P. Collins (State Bar Id No. 009055)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
Chase Tower, 22nd Floor
201 North Central Avenue,
Phoenix, Arizona 85004-0022
Telephone (602) 252-1900
Facsimile (602) 252-1114
Email: dcollins@cmpbglaw.com
Attorneys for the Debtor/Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | |
| | **Chapter 11** |
| **SUN WEST BOTTLERS, LLC, an Arizona limited liability company,** | **Case No. 2:09-bk-11283 RJH** |
| Debtor. | **MOTION TO CONTINUE SALE HEARING** |
| | **Hearing Date: December 7, 2009** |
| | **Hearing Time: 2:30 p.m.** |

The chapter 11 debtor-in-possession, Sun West Bottlers, LLC ("Debtor"), by and through its undersigned counsel, herewith submits its motion to continue the December 7, 2009 hearing before this Court on the Debtor's motion ("Motion") for Order Authorizing and Approving the Sale of Debtor's Assets, Free and Clear of Liens or Encumbrances and Authorize the Assignment of Debtor's Lease. A number of parties have expressed an interest in making a competitive bid for the Debtor's assets. Some potential purchasers have expressed an interest in having more time to formulate a purchase offer. The Debtor wishes to accommodate all interested parties and provide a due diligence package reasonably necessary for interested

1

parties to formulate their bids.  Additionally, the Debtor's employees have expressed a strong desire to remain in their present jobs through the holidays.  The Debtor's employees harbor a legitimate concern that, if a sale is approved by this Court to a party other than the opening bidder, such buyer may wish to promptly terminate the Debtor's employees.  The Debtor understands these concerns and wants to make sure all of its employees are employed until the New Year.

WHEREFORE, it is respectfully requested this Court enter its order continuing the December 7, 2009 hearing on the Debtor's Motion to a date on or after January 11, 2010.

Respectfully submitted this 25th day of November, 2009.

                COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.


By /s/ Daniel P. Collins       # 009055
  Daniel P. Collins
  Attorneys for Debtor-In-Possession,
  Sun West Bottlers, LLC.

Copy of the foregoing
mailed this 30th day
of November, 2009 to:

Ms. Tina Placourakis
SunWest Bottlers, LLC
5530 W. Bethany Home Rd.
Phoenix, Arizona 85301

Edward K. Bernativicius, Esq.
United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Carolyn J. Johnsen, Esq.
Jennings Strouss & Salmon, PLC
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385

James P. O'Sullivan, Esq.
Tiffany & Bosco, PA
2525 East Camelback Road, Third Floor
Phoenix, Arizona 85016

Thomas C. Axelsen, Esq.
Mohr Hackett Pederson Blakley & Randolph, PC
2800 North Central Ave., Suite 1100
Phoenix, Arizona 85004-1043
Attorney for Tom Tait

David Gill, Esq.
2029 Century Park East, 3rd Floor
Los Angeles, California 90067
Receiver for Diversified Lending Group, LLC
 and Bruce Friedman

Richard L. Cobb, Esq.
Lake & Cobb, PLC
1095 West Rio Salado Pkwy, Suite 206
Tempe, Arizona 85281-0001
Attorney for West Coast Containers

Mark B. Pyper, Esq.
Owens & Pyper, PLC
3030 N. Central Ave., Suite 1406
Phoenix, Arizona 85012
Attorney XND Technologies, Inc.

Michael R. King, Esq.
Gammage & Burnham, P.L.C.
Two North Central Avenue, 18th Floor
Phoenix, Arizona 85004
Attorney for Clearwater Beverage Group, LLC


/s/ Lisa Harnack