Daniel P. Collins (State Bar Id No. 009055)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: dcollins@cmpbglaw.com

Attorneys for Debtor-in-Possession,
 Sun West Bottlers, L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SUN WEST BOTTLERS, L.L.C., | No. 2:09-bk-11283-RJH |
| Debtor. | **NOTICE OF CONTINUED HEARING** |

NOTICE is hereby given that this Court's December 7, 2009 hearing at 2:30 p.m. on Sun West Bottlers, LLC's Motion for Order Authorizing and Approving the Sale of Debtor's Assets, Free and Clear of any Liens or Encumbrances and Authorize the Assignment of Debtor's Lease ("Motion") has been continued at Debtor's request. The new hearing is now set for the **12th day of January, 2010 at 10:30 a.m.** before the Honorable Randolph J. Haines at the United States Bankruptcy Court, 6th Floor, Room #603, 230 North First Avenue, Phoenix, Arizona. Any objections to the Motion must be made in writing by January 8, 2010 and filed with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, 1st Floor, Phoenix, Arizona, and a copy served upon the following:

>Daniel P. Collins
>Collins, May, Potenza, Baran & Gillespie, P.C.
>201 North Central Avenue, 22nd Floor
>Phoenix, Arizona 85004-0608

1 | Any person or entity wishing to make a higher and better offer for the acquisition of the
2 | Debtor's assets shall submit to the undersigned, no later than January 8, 2010, proof of their
3 | ability to promptly close a better offer and at a higher sale price. The Debtor's manager, with
4 | the input of the Debtor's largest creditor Diversified Lender Group (through its federal receiver,
5 | David Gill ("Gill")), shall then determine whether satisfactory proof has been supplied of such
6 | prospective buyer's financial strength. Further, the debtor's landlord Tait-Ritter ("Tait") will be
7 | given an opportunity to explore whether the prospective buyer is able to provide Tait with
8 | adequate assurances of the buyer's future performance under the lease of the Debtor's business
9 | premises. Any competing offer must be at least $50,000 cash higher and must be an offer better
10 | than the opening offer presented to this Court because the Debtor proposes to issue retention
11 | bonuses to Debtor's employees in the aggregate amount of $50,000 if the opening offer is
12 | unsuccessful. These retention bonuses shall be paid to Debtor's 10 employees on a pro rata basis
13 | according to the size of an employee's 2009 base compensation relative to the Debtor's 2009
14 | total base payroll. If the opening offer is successful, that bidder intends to continue to employ
15 | each of the Debtor's current employees.

After payment of retention bonuses, if any, the Debtor proposes to use the proceeds of the sale to pay creditors as follows:

1. All administrative claims in full (approximately $50,000);

2. The Debtor proposes to use 50% of the sales proceeds to pay all priority tax claims (approximately $70,000) with the remainder of the 50% to be paid to general unsecured creditors (exclusive of Diversified Lending Group ("DLG")) on a pro rata basis;

3. 50% of the sales proceeds to be paid to DLG; and

4. Disbursements are to be paid quarterly to priority and general unsecured creditors and DLG. Such payments shall be from the monthly payments made by the Buyer to Debtor's counsel.

DATED this 23rd day of December, 2009.

                    COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Daniel P. Collins       009055
    Daniel P. Collins
    Attorneys for Debtor-in-Possession,
    Sun West Bottlers, L.L.C.