1 | Daniel P. Collins (State Bar Id No. 009055)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
2 | Chase Tower, 22nd Floor
201 North Central Avenue,
3 | Phoenix, Arizona 85004-0022
4 | Telephone (602) 252-1900
5 | Facsimile (602) 252-1114
Email: dcollins@cmpbglaw.com
6 | Attorneys for the Debtor/Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | ) | **Chapter 11** |
| | ) | |
| **SUN WEST BOTTLERS, LLC, an Arizona** | ) | **Case No. 2:09-bk-11283 RJH** |
| **limited liability company,** | ) | |
| | ) | **WITHDRAWAL OF DEBTOR'S** |
| Debtor. | ) | **MOTION TO SELL ASSETS** |
| | ) | |
| | ) | |
| | ) | **Hearing Date: January 12, 2010** |
| | ) | **Hearing Time: 10:30 a.m.** |

The chapter 11 debtor-in-possession, Sun West Bottlers, LLC ("Debtor"), by and through its undersigned counsel, herewith withdraws its Motion for Order Authorizing and Approving the Sale of Debtor's Assets, Free and Clear of any Liens or Encumbrances and Authorize the Assignment of Debtor's Lease (Docket No. 86) ("Sale Motion"). The Sale Motion is set for hearing before this Court on January 12, 2010 at 10:30 a.m. In short, the Sale Motion is being withdrawn because it has recently come to the attention of the Debtor's Manager that a sale or refinance opportunity exists which, if brought to fruition, could produce up to a 100% payment of allowed claims against this chapter 11 Debtor. While this opportunity is not ready to present to this Court, the Debtor's Manager is of the belief that this opportunity may be ripe for presentation to the Court within the next 60 days.

1  WHEREFORE, the Debtor hereby withdraws the Sale Motion and respectfully requests

2  that this Court enter its order vacating its January 12, 2010 hearing on the Sale Motion.

3  RESPECTFULLY submitted this ___8th___ day of January, 2010.

4  **COLLINS, MAY, POTENZA, BARAN**
   **& GILLESPIE, P.C.**

5

6  By /s/ Daniel P. Collins   Bar # 009055

7  Daniel P. Collins
   Attorneys for Debtor-In-Possession,

8  Sun West Bottlers, LLC.

9

10 Copy of the foregoing

11 mailed this ___8th___ day
   of January, 2010 to:

12

13 Edward K. Bernativicius, Esq.
   United States Trustee

14 230 North First Avenue, Suite 204
   Phoenix, Arizona 85003-1706

15

16 David Gill, Esq.
   2029 Century Park East, 3rd Floor

17 Los Angeles, California 90067
   Receiver for Diversified Lending Group, LLC

18  and Bruce Friedman

19

20 Richard L. Cobb, Esq.
   Lake & Cobb, PLC

21 1095 West Rio Salado Pkwy, Suite 206
   Tempe, Arizona 85281-0001

22 Attorney for West Coast Containers

23

24 Thomas C. Axelsen, Esq.
   Mohr Hackett Pederson Blakley & Randolph, PC

25 2800 North Central Ave., Suite 1100
   Phoenix, Arizona 85004-1043

26 Attorney for Tom Tait

Mark B. Pyper, Esq.
Owens & Pyper, PLC
3030 N. Central Ave., Suite 1406
Phoenix, Arizona 85012
Attorney XND Technologies, Inc.

Michael R. King, Esq.
Gammage & Burnham, P.L.C.
Two North Central Avenue, 18th Floor
Phoenix, Arizona 85004
Attorney for Clearwater Beverage Group, LLC

Carolyn J. Johnsen, Esq.
Jennings Strouss & Salmon, PLC
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385

James P. O'Sullivan, Esq.
Tiffany & Bosco, PA
2525 East Camelback Road, Third Floor
Phoenix, Arizona 85016

Copy of the foregoing sent via email
this _8th_ day of January, 2010 to:

Mr. Chris White
chris@whitewaternow.com

_Cindy Taylor_

3