# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SUN WEST BOTTLERS, LLC |
| **Case Number:** | 2:09-bk-11283-RJH    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 12, 2010 10:30 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING THE SALE OF DEBTOR'S ASSETS, FREE & CLEAR OF ANY LIENS OR ENCUMBRANCES AND AUTHORIZING THE ASSIGNMENT OF DEBTOR'S LEASE

**R / M #:** 86 / 0

**VACATED:** Motion being Withdrawn per Mr. Collins

## Appearances:

NONE

## Proceedings:

VACATED: Motion being Withdrawn per Mr. Collins