Daniel P. Collins (State Bar Id No. 009055)
Alysse M. Medina (State Bar Id No. 027278)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone (602) 252-1900
Facsimile (602) 252-1114
E-mail: dcollins@cmpbglaw.com
E-mail: amedina@cmpbglaw.com

Attorneys for the Debtor/Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

**SUN WEST BOTTLERS, LLC, an Arizona limited liability company,**

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Chapter 11**

**Case No. 2:09-bk-11283 RJH**

**NOTICE OF MOTION FOR ORDER AUTHORIZING DEBTOR TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

**NOTICE IS HEREBY GIVEN** that Sun West Bottlers, L.L.C. ("Sun West"), by and through its attorneys, Collins, May, Potenza, Baran & Gillespie, P.C., has filed its Motion for Order Authorizing Debtor to Sell Personal Property Free and Clear of Liens, Claims and Interests ("Motion").

The estate proposes to sell a 2008 International ("Vehicle") Model #4300 to McCandless of AZ, which is not an insider of Sun West. The Vehicle is not subject to any known liens and is being sold free and clear of liens, claims, and interests. The offer on the Vehicle is in excess of the Vehicle's estimated value and will be paid in a lump sum payment within forty-eight hours of the Court's entry of its order approving the sale.

1

1    If no timely objections are filed within 20 days of this Notice, the Court may issue an

2  order approving the Motion.  Any party wishing to object to the Motion shall do so in writing

3  by filing such objection with the Clerk of the United States Bankruptcy Court at 230 North

4  First Avenue, Phoenix, Arizona 85003, and serve a copy of such objection on Sun West's

5  counsel, Daniel P. Collins of Collins, May, Potenza, Baran & Gillespie, P.C. at 201 North

6  Central Avenue, 22nd Floor, Phoenix, Arizona 85004.

7         Respectfully submitted this 22nd day of January, 2010.

8

9                        COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

10

11                    By /s/ Alysse M. Medina                    #027278
                          Daniel P. Collins
12                        Alysse M. Medina
                          Attorneys for Debtor-In-Possession,
13                        Sun West Bottlers, LLC.

Copy of the foregoing
mailed this 22nd day
of January, 2010, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Mike Rogers
McCandless of AZ
1815 South 39th Ave.
Phoenix, Arizona 85009

Ms. Tina Placourakis
SunWest Bottlers, LLC
2121 West Willetta
Phoenix, Arizona 85009

All Parties listed on the Master Mailing List

/s/ Lisa Harnack