Daniel P. Collins (State Bar Id. No. 009055)
Alysse M. Medina (State Bar Id No. 027278)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone (602) 252-1900
Facsimile (602) 252-1114
Email: dcollins@cmpbglaw.com
Email: amedina@cmpbglaw.com

Attorneys for the Debtor/Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUN WEST BOTTLERS, L.L.C.<br><br>       Debtor. | **Chapter 11**<br><br>**No. 2:09-bk-11283-RJH**<br><br>**DEBTOR'S RESPONSE TO U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS** |

       The chapter 11 debtor-in-possession, Sun West Bottlers, L.L.C. ("Debtor"), by and through its undersigned counsel, herewith responds to the motion ("Motion") of the Office of the United States Trustee ("UST") to dismiss or convert this chapter 11 proceeding.

       The UST moves to dismiss or convert the Debtor's case based on the lack of a chapter 11 plan and disclosure, delinquency in quarterly fees and monthly reports, and being "administratively insolvent." However, "cause" does not exist to dismiss or convert the Debtor's case. The Debtor is current on payment of its quarterly fees, and as of May 5, 2010, the Debtor's monthly reports will be current.

       More importantly, the UST provides an analysis of the Debtor's February monthly report and its profit and loss YTD Comparison to allege that the Debtor is administratively insolvent.

The Debtor owns and operates a private label water bottling company which bottles and sells purified water. During the winter, especially in the months of January and February, the Debtor always experiences a drop in income and a simultaneous increase in expenses due to the need to gear up for its bigger sales season. Although, the Debtor's business is seasonal the Debtor quickly rebounds during its high profit summer months. The Debtor is just now going into its profitable months and anticipates a turnaround in its current financial situation. Very significantly, the Debtor's February operating report reflects a high loss because, as the UST points out, the Debtor recently sold equipment. The equipment sold booked at a much higher value than actually realized. The February monthly operating report reflects the expense booked in writing off the unrealized value of such equipment.

To minimize administrative costs, the Debtor has elected not to file a chapter 11 plan or an accompanying disclosure statement. The Debtor intends to sell its business and is currently negotiating an asset purchase agreement with one prospective buyer. The Debtor is also entertaining other offers and actively pursuing interested buyers. The eventual sale of the Debtor's business as a going concern is preferable to a dismissal or conversion, as such a sale will present the highest likely return to the Debtor's creditors. The Debtor's business value will only increase in the coming months, allowing for an increased value to the estate and its creditors upon the sale of the Debtor's business. A liquidation of the Debtor's assets will provide the Debtor with substantially less return than a sale. Although a plan could surely be filed in short order the added expense of a chapter 11 plan is not believed to be warranted in this case.

WHEREFORE, it is respectfully requested that this Court enter its order denying the UST's Motion. Alternatively, the Debtor proposes its sale motion be filed no later than August 1, 2010, and that Debtor's monthly operating reports no later than the fifteenth day of the month,

/ / /

or failing that, suffer conversion of its case to Chapter 7.

Respectfully submitted,

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.


By /s/ Daniel P. Collins                                    009055
Daniel P. Collins
Alysse M. Medina
Attorneys for Chapter 11 Debtor-in-Possession,
Sun West Bottlers

Copy sent via U.S. Mail this
3rd day of May, 2010, to:

Edward K. Bernatavicius*
United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Edward.K.Bernativicius@usdoj.gov

Ms. Tina Placourakis*
SunWest Bottlers, LLC
2121 West Willetta
Phoenix, Arizona 85009
tina@sunwestbottlers.com

Thomas W. Rouse, Esq.*
Ryley Carlock & Applewhite
One N. Central Ave., Suite 1200
Phoenix, Arizona 85004-4417
Attorney for Clearwater Beverage
trouse@rclaw.com

Allied Packing Corp.
Attn: Darrel Bison
P.O. Box 8010
Phoenix, Arizona 85066

Richard L. Cobb, Esq.*
Lake & Cobb, PLC
1095 West Rio Salado Pkwy, Suite 206
Tempe, Arizona 85281-0001
Attorney for West Coast Containers
cobb@lakeandcobb.com

/s/ Lisa Harnack