# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                              CASE NO.  2:09-bk-11283-PHX-RJH

**SUN WEST BOTTLERS, L.L.C.,**                      **BUSINESS AND INDUSTRY**
                                                    **MONTHLY OPERATING REPORT**

                                                    MONTH OF    Feb-10  **(AMENDED)**

                                                    DATE PETITION FILED:  May 22, 2009

                          Debtor

                                                    TAX PAYER ID NO.:  72-1557509

Nature of Debtor's Business: _____Private Labeled Bottled Water_____

DATE DISCLOSURE STATEMENT FILED _____  TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____  TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_                                       _COO_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY              TITLE

_Tina Placourakis_                                  _3/10/10_
PRINTED NAME OF RESPONSIBLE PARTY                    DATE

PREPARER:

_[signature]_                                       _Director of OPS_
ORIGINAL SIGNATURE OF PREPARER                       TITLE

_Roseanne Ruiz_                                     _3/10/10_
PRINTED NAME OF PREPARER                             DATE

PERSON TO CONTACT REGARDING THIS REPORT:  Tina Placourakis

PHONE NUMBER:  602-462-5300

ADDRESS:  2121 W Willetta St, Phoenix, AZ 8

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

**CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS**

Case Number: 2:09-bk-11283-PHX-RJH

|  | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
|  | Managers # | Operating # | Payroll # | Tax # |  |
| Balance at Beginning of Period | 106.49 | 5116.38 |  | -113.14 | 5109.73 |
| **RECEIPTS** | | | | | |
| Cash Sales |  | 71865.91 |  |  | 71865.91 |
| Accounts Rceivable - Prepetition |  |  |  |  |  |
| Accounts Rceivable - Postpetition |  |  |  |  |  |
| Loans and Advances |  | 10000 |  |  | 10000 |
| Sale of Assets |  | 30950 |  |  | 30950 |
| Transfers from Other DIP Accounts | 1575 |  | 4070 |  | 5645 |
| Other (attach list) |  |  |  |  |  |
| TOTAL RECEIPTS | 1575 | 112815.91 | 4070 |  | 118460.91 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | 1651.66 | 109989.91 | 4069.47 |  |  |
| Legal Fees |  |  |  |  |  |
| Pre-Petition Debt |  |  |  |  |  |
| Plant Move |  |  |  |  |  |
| APS Deposit |  |  |  |  |  |
| Minus Other DIP Transfers |  | 5645 |  |  |  |
| Reorganization Expenses: Attorney Fees |  |  |  |  |  |
| Accountant Fees |  |  |  |  |  |
| Other Professional Fees |  |  |  |  |  |
| U. S. Trustee Quarterly Fee |  |  |  |  |  |
| Court Costs |  |  |  |  |  |
| TOTAL DISBURSEMENTS | 1651.66 | 115634.91 | 4069.47 |  | 121356.04 |
| Balance at End of Month | 29.53 | 2297.68 | 0.53 | -113.14 | 2214.6 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 121356.04 |
| Less: Transfers to Other DIP Accounts | 5645 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) |  |
| Total Disbursements for Calculating Quarterly Fees | 115711.04 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss Since Filing Bankruptcy
### May 23, 2009 through February 28, 2010

| | May 23, '09 - Feb 28, 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Material Sales | 1,809.22 |
| Sun West Sales Income | |
| AEB Sales Income | 187,115.55 |
| Custom Water Works Income | 2,138.64 |
| Delivery Income | 18,892.71 |
| Gallon 4/1 Income | 5,423.20 |
| Gallon 6/1 Income | 39,548.76 |
| Label Revenue | 56,746.24 |
| Print Plate Income | 4,050.00 |
| SW .5L Revenue | 56,948.85 |
| SW 1 Gallon Revenue | 684.00 |
| SW 12oz Revenue | 13,969.92 |
| White Water Sales Income | 26,476.40 |
| Sun West Sales Income - Other | 348,987.85 |
| Total Sun West Sales Income | 760,982.12 |
| **Total Income** | 762,791.34 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 292,184.67 |
| Freight Costs | 16,256.92 |
| Inventory Overages/Shortages | -1,058.90 |
| Packaging Costs | 1,229.61 |
| Total COGS | 308,612.30 |
| **Gross Profit** | 454,179.04 |
| **Expense** | |
| Advertising Expenses | 25.00 |
| Bad Debt Loss | 559.00 |
| Bank Service Charges | 2,113.39 |
| Bankruptcy Fees | 5,850.00 |
| Car/Truck Expense | |
| Gas | 3,736.81 |
| Repairs & Maintenance | 11.36 |
| Total Car/Truck Expense | 3,748.17 |
| Consulting Exp. | 97.50 |
| Delivery Fee's | |
| Accurate Cargo | 3,061.02 |
| R&L Carriers | 1,124.14 |
| Truck Gasoline Exp. | 2,697.50 |
| Total Delivery Fee's | 6,882.66 |
| Employee Benefit Exp. | 22,127.50 |
| Equipment Loss Exp. | 54,606.44 |
| Equipment Rental | |
| RO DI Tanks | 506.66 |
| Total Equipment Rental | 506.66 |
| Insurance | |
| Auto Insurance | 3,146.33 |
| General Liability Ins. Bethany | 2,770.66 |
| General Liability Insurance | 3,349.66 |
| Worker's Compensation | 1,352.89 |
| Total Insurance | 10,619.54 |
| Inventory Loss/Gain Exp | 8,398.49 |
| Janitorial/Cleaning Exp. | 500.00 |
| Label Fees | |
| Digital Labels | 46,488.16 |
| Labels | 2,924.84 |
| Shipping/Freight Exp. | 962.10 |
| Label Fees - Other | -65.00 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### February 2010

|  | Feb 10 | Jan - Feb 10 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
|   Sun West Sales Income | | |
|     AEB Sales Income | 17,676.80 | 27,710.45 |
|     Custom Water Works Income | 231.04 | 720.96 |
|     Delivery Income | 1,075.00 | 2,800.00 |
|     Gallon 6/1 Income | 2,716.88 | 5,502.68 |
|     Label Revenue | 5,460.00 | 9,820.00 |
|     Print Plate Income | 200.00 | 450.00 |
|     SW .5L Revenue | 4,519.25 | 9,024.80 |
|     SW 1 Gallon Revenue | 0.00 | 84.00 |
|     SW 12oz Revenue | 6,970.92 | 7,861.92 |
|     White Water Sales income | 9,162.75 | 23,755.00 |
|     Sun West Sales Income - Other | 17,346.10 | 38,453.70 |
|   Total Sun West Sales Income | 65,358.74 | 126,183.51 |
| **Total Income** | 65,358.74 | 126,183.51 |
| **Cost of Goods Sold** | | |
|   Cost of Goods Sold | 29,330.70 | 54,483.55 |
|   Freight Costs | 2,500.00 | 4,270.00 |
|   Packaging Costs | 1,229.61 | 1,229.61 |
| **Total COGS** | 33,060.31 | 59,983.16 |
| **Gross Profit** | 32,298.43 | 66,200.35 |
| **Expense** | | |
|   Advertising Expenses | 25.00 | 25.00 |
|   Bank Service Charges | 0.00 | 327.83 |
|   Bankruptcy Fees | 0.00 | 650.00 |
|   Car/Truck Expense | | |
|     Gas | 581.87 | 1,080.23 |
|   Total Car/Truck Expense | 581.87 | 1,080.23 |
|   Consulting Exp. | 97.50 | 97.50 |
|   Delivery Fee's | | |
|     Accurate Cargo | 104.93 | 266.10 |
|     R&L Carriers | 0.00 | 163.54 |
|   Total Delivery Fee's | 104.93 | 429.64 |
|   Employee Benefit Exp. | 4,847.20 | 6,643.40 |
|   Equipment Loss Exp. | 54,606.44 | 54,606.44 |
|   Equipment Rental | | |
|     RO DI Tanks | 64.68 | 377.30 |
|   Total Equipment Rental | 64.68 | 377.30 |
|   Insurance | | |
|     General Liability Insurance | 670.33 | 3,349.66 |
|   Total Insurance | 670.33 | 3,349.66 |
|   Inventory Loss/Gain Exp | 0.00 | -79.26 |
|   Janitorial/Cleaning Exp. | 125.00 | 125.00 |
|   Label Fees | | |
|     Digital Labels | 6,110.04 | 10,079.04 |
|     Label Fees - Other | -65.00 | -65.00 |
|   Total Label Fees | 6,045.04 | 10,014.04 |
|   Marketing Exp | | |
|     Stationary & Paper Exp. | 133.69 | 133.69 |
|   Total Marketing Exp | 133.69 | 133.69 |
|   Office Supplies | | |
|     Paper & Stationary Exp. | 44.46 | 44.46 |
|   Total Office Supplies | 44.46 | 44.46 |
|   Parking Tickets | 32.00 | 32.00 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### February 2010

|  | Feb 10 | Jan - Feb 10 |
|---|---:|---:|
| **Payroll Expenses** | | |
|   Admin Salaries | 14,231.36 | 35,578.40 |
|   Front Office Salary/Wages | 2,072.82 | 4,145.64 |
|   Payroll Fees | | |
|     Timeclock Lease Exp. | 74.72 | 149.44 |
|     Payroll Fees - Other | 0.00 | 153.14 |
|   Total Payroll Fees | 74.72 | 302.58 |
|   Production Wages | 4,090.61 | 8,797.27 |
|   Warehouse/Shipping Wages | 1,944.10 | 4,860.26 |
|   Payroll Expenses - Other | 0.00 | 212.90 |
| **Total Payroll Expenses** | 22,413.61 | 53,897.04 |
| **Plant Supplies** | | |
|   Pallet Exp. | 930.00 | 930.00 |
|   Plant Supplies - Other | 7.50 | 40.55 |
| **Total Plant Supplies** | 937.50 | 970.55 |
| **Postage and Shipping** | 88.00 | 357.27 |
| **Professional Fees** | | |
|   Engineer Consulting Exp | 5,852.00 | 11,704.00 |
| **Total Professional Fees** | 5,852.00 | 11,704.00 |
| **Quality Control** | | |
|   Water Analysis Exp. | 160.00 | 320.00 |
| **Total Quality Control** | 160.00 | 320.00 |
| **Rent Willetta** | 4,849.50 | 9,699.00 |
| **Repairs and Maintenance** | | |
|   Arpac Exp. | 850.84 | 850.84 |
|   Maintenance Supplies | 56.26 | 56.26 |
|   Videojet Printer | 0.00 | 137.00 |
|   Repairs and Maintenance - Other | 291.37 | 1,079.12 |
| **Total Repairs and Maintenance** | 1,198.47 | 2,123.22 |
| **Telephone and Fax** | | |
|   Cell Phone Exp. | 406.10 | 606.37 |
|   Telephone and Fax - Other | 0.00 | 479.69 |
| **Total Telephone and Fax** | 406.10 | 1,086.06 |
| **Tenant Improvements** | 0.00 | 86.10 |
| **Travel & Entertainment** | | |
|   Entertainment | 0.00 | 43.13 |
|   Meals | 36.52 | 36.52 |
| **Total Travel & Entertainment** | 36.52 | 79.65 |
| **Utilities** | | |
|   Electric Exp. | 2,067.42 | 3,067.42 |
|   Trash Exp. | 136.36 | 272.11 |
|   Water Exp. | 969.66 | 969.66 |
| **Total Utilities** | 3,173.44 | 4,309.19 |
| **Web Hosting Exp.** | | |
|   Web Server Exp | 18.95 | 37.90 |
| **Total Web Hosting Exp.** | 18.95 | 37.90 |
| **Total Expense** | 106,512.23 | 162,526.91 |
| **Net Ordinary Income** | -74,213.80 | -96,326.56 |
| **Net Income** | -74,213.80 | -96,326.56 |

Case Number: 2:09-bk-11283-PHX-RJH

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---:|---:|---:|
| Unrestricted Cash | 827.87 | 2214.6 | 7859.81 |
| Restricted Cash | | | |
| Total Cash | 827.87 | 2214.6 | 7859.81 |
| Accounts Receivable (net) | 67472.05 | 49054.93 | 49472.05 |
| Inventory | 5000 | 8568.78 | 6985.47 |
| Notes Receivable | | | |
| APS Security Deposit | 12695 | 0 | 0 |
| Willetta Security Deposit | | 8160 | 8160 |
| Total Current Assets | | | |
| Property, Plant & Equipment | 181625 | 91625 | 91625 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Trucks | 25000 | 10000 | 25000 |
| Office Furn, supplies, electronics | 1800 | 1800 | 1800 |
| TOTAL ASSETS | 295247.79 | 173637.91 | 198762.14 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | 78000 | 78000 | 78000 |
| Unsecured Debt | 204041.77 | 204041.77 | 204041.77 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 282041.77 | 282041.77 | 282041.77 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

| Case Number: 2:09-bk-11283-PHX-RJH | | **STATUS OF ASSETS** | | |
|---|---|---|---|---|

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 49054.93 | 39178.58 | 2795.36 | 7080.99 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 49054.93 | 39178.58 | 2795.36 | 7080.99 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | 6985.47 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | 8568.78 |

Date Last Inventory was taken: 18-May-09

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 181625 | | | 91625 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | 25000 | | | 10000 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

___

___

___

Case Number: 2:09-bk-11283-PHX-RJH

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 14773.45 | 12231.17 | 604.62 | 798.7 | 1138.05 |
| Taxes Payable | 12816.8 | 1234.72 | 1202.29 | 1392.58 | 8987.21 |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | 27590.25 | 13465.89 | 1806.91 | 2191.28 | 10125.26 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### Insiders

| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

### Professionals

| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 6

# SUN WEST BOTTLERS, LLC
## A/P Aging Summary
### As of February 28, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Accurate Cargo | 104.93 | 244.87 | 76.70 | 88.92 | 416.67 | 932.09 |
| Advertising Specialty Institute | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aetna | 1,796.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,796.20 |
| Allied Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| American Eagle Beverages | 1,948.07 | 0.00 | 0.00 | 0.00 | 0.00 | 1,948.07 |
| APS | 0.00 | -2,160.88 | 0.00 | 0.00 | 0.00 | -2,160.88 |
| ARPAC | 291.37 | 0.00 | 0.00 | 0.00 | 0.00 | 291.37 |
| Central Freight | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City Of Phoenix | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearwater Beverages Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cybermetrics Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Diagraph | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DL Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employers Compensation Ins Co | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FedEx | 0.00 | 269.27 | 95.30 | 176.15 | 0.00 | 540.72 |
| Ferrellgas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Filler Specialties, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grainger | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hach Company | 0.00 | 0.00 | 0.00 | 0.00 | 65.31 | 65.31 |
| Lang Printing & Mailing | 0.00 | 133.69 | 0.00 | 0.00 | 0.00 | 133.69 |
| Latino Perspectives Magazine | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legacy Propane | 0.00 | 0.00 | 0.00 | 0.00 | 269.68 | 269.68 |
| Legend | 200.00 | 160.00 | 120.00 | 80.00 | 0.00 | 560.00 |
| McCandless Idealease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MCL - A Division of Layne Christensen | 0.00 | 64.68 | 312.62 | 0.00 | 0.00 | 377.30 |
| MCL Technology Corp | 4,041.13 | 0.00 | 0.00 | 0.00 | 386.39 | 4,427.52 |
| Naumann Hobbs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| One Stop Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Packaging Corporation of America | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R&L Carriers | 0.00 | 163.54 | 0.00 | 453.63 | 0.00 | 617.17 |
| Schendel Pest Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Southwest Industrial Printer Service | 0.00 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 |
| Southwest Label and Printing Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| The Business Journal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tom Tait | 3,964.08 | 0.00 | 0.00 | 0.00 | 0.00 | 3,964.08 |
| Toshiba Busniess Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travelers | 670.33 | 0.00 | 0.00 | 0.00 | 0.00 | 670.33 |
| Verizon | 203.80 | 0.00 | 0.00 | 0.00 | 0.00 | 203.80 |
| Wells Fargo Financial Capital Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| West Coast Containers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 13,219.91 | -987.83 | 604.62 | 798.70 | 1,138.05 | 14,773.45 |

Case Number: 2:09-bk-11283-PHX-RJH

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: 9

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Hartford | Workers Comp | 5/15/09 - 1/7/10 | Monthly |
| Travelers 6808980L285 | General Liability | 1/7/10 - 1/7/11 | Monthly |
| Travelers CUP8710Y489 | Umbrella Liability | 1/7/10 - 1/7/11 | Monthly |
| Valley Forge Insurance | Automobile | 5/29/09 - 5/29/10 | Monthly |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

Identify any matters that are delaying the filing of a plan of reorganization:

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of February 28, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Operating** | | | | | | | 5,116.6 |
| Deposit | 2/1/2010 | | | Deposit | 4,358.98 | | 9,475.6 |
| Bill Pmt -Check | 2/1/2010 | 20110 | West Coast Contain... | | | 6,558.61 | 2,917.0 |
| Check | 2/2/2010 | 1431 | TLC Labels | | | 973.80 | 1,943.2 |
| Deposit | 2/2/2010 | | | Deposit | 663.40 | | 2,606.6 |
| Check | 2/3/2010 | 1432 | Ace Packaging | | | 1,229.61 | 1,377.0 |
| Deposit | 2/3/2010 | | | Deposit | 723.03 | | 2,100.0 |
| General Journal | 2/3/2010 | | | Transfer | | 150.00 | 1,950.0 |
| General Journal | 2/3/2010 | | | Transfer for ... | | 825.00 | 1,125.0 |
| General Journal | 2/3/2010 | | | Collins Loan | 10,000.00 | | 11,125.0 |
| Check | 2/3/2010 | 1439 | APS | | | 2,067.42 | 9,057.6 |
| Check | 2/3/2010 | 1440 | City Of Phoenix | | | 438.36 | 8,619.2 |
| Deposit | 2/4/2010 | | | Deposit | 8,056.63 | | 16,675.9 |
| Check | 2/5/2010 | 1433 | Lance Neill | | | 3,333.33 | 13,342.5 |
| Check | 2/5/2010 | 1434 | Tina Placourakis | | | 3,333.34 | 10,009.2 |
| Check | 2/5/2010 | 1435 | Scot Engineering | | | 3,333.33 | 6,675.9 |
| Check | 2/5/2010 | 1436 | Bashas | | | 88.00 | 6,587.9 |
| Deposit | 2/5/2010 | | | Deposit | 5,892.53 | | 12,480.4 |
| Check | 2/8/2010 | 1437 | TLC Labels | | | 516.24 | 11,964.2 |
| Deposit | 2/8/2010 | | | Deposit | 4,080.22 | | 16,044.4 |
| Bill Pmt -Check | 2/8/2010 | 020810 | West Coast Contain... | | | 5,304.32 | 10,740.1 |
| Deposit | 2/9/2010 | | | Deposit | 854.00 | | 11,594.1 |
| General Journal | 2/10/2010 | | | Transfer | | 200.00 | 11,394.1 |
| General Journal | 2/11/2010 | | | Payroll Trans... | | 4,070.00 | 7,324.1 |
| Deposit | 2/11/2010 | | | Deposit | 694.90 | | 8,019.0 |
| Deposit | 2/11/2010 | | | Deposit | 219.08 | | 8,238.0 |
| Deposit | 2/12/2010 | | | Deposit | 1,197.59 | | 9,435.6 |
| Check | 2/12/2010 | 1441 | Tom Tait | | | 4,849.50 | 4,586.1 |
| Check | 2/16/2010 | 1438 | TLC Labels | | | 2,064.00 | 2,522.1 |
| Bill Pmt -Check | 2/16/2010 | 021610 | West Coast Contain... | | | 6,234.94 | -3,712.7 |
| Deposit | 2/16/2010 | | | Deposit | 15,595.40 | | 11,882.6 |
| Bill Pmt -Check | 2/17/2010 | 21710 | Verizon | 8302385409-... | | 202.30 | 11,680.3 |
| Check | 2/17/2010 | 1442 | AMC Consolidated | | | 930.00 | 10,750.3 |
| Bill Pmt -Check | 2/17/2010 | 1443 | Legend | 00-0991451 | | 360.00 | 10,390.3 |
| Bill Pmt -Check | 2/17/2010 | 1444 | MCL Technology C... | | | 1,000.00 | 9,390.3 |
| Bill Pmt -Check | 2/17/2010 | 1445 | Qwest 5300 | | | 545.95 | 8,844.3 |
| Bill Pmt -Check | 2/17/2010 | 1446 | R&L Carriers | | | 426.92 | 8,417.4 |
| Bill Pmt -Check | 2/17/2010 | 1447 | Tom Tait | | | 1,000.00 | 7,417.4 |
| General Journal | 2/17/2010 | | | Verizon Pay... | | 202.30 | 7,215.1 |
| Bill Pmt -Check | 2/17/2010 | 1448 | Waste Management | 571-0084883... | | 272.11 | 6,943.0 |
| Bill Pmt -Check | 2/17/2010 | 1449 | Accurate Cargo | | | 666.09 | 6,276.9 |
| Bill Pmt -Check | 2/17/2010 | 1450 | FedEx | | | 681.33 | 5,595.6 |
| Deposit | 2/17/2010 | | | Deposit | 3,466.09 | | 9,061.7 |
| Bill Pmt -Check | 2/17/2010 | 1489 | APS | 701916281 | | 2,160.88 | 6,900.8 |
| Bill Pmt -Check | 2/17/2010 | 1490 | City Of Phoenix | 0-1224-0076-... | | 531.30 | 6,369.5 |
| General Journal | 2/18/2010 | | | Transfer | | 200.00 | 6,169.5 |
| Deposit | 2/18/2010 | | | Deposit | 1,245.23 | | 7,414.7 |
| Deposit | 2/19/2010 | | | Deposit | 1,899.80 | | 9,314.5 |
| General Journal | 2/19/2010 | | | Truck Sale | 30,950.00 | | 40,264.5 |
| Check | 2/19/2010 | 1451 | Collins, May, Poten... | | | 10,000.00 | 30,264.5 |
| Check | 2/19/2010 | 1472 | Aetna | 80530905 | | 1,796.20 | 28,468.3 |
| Check | 2/19/2010 | 1473 | TLC Labels | | | 1,256.40 | 27,211.9 |
| Check | 2/20/2010 | 1452 | Lance Neill | | | 4,650.00 | 22,561.9 |
| Check | 2/20/2010 | 1453 | Stan Walker | | | 4,650.00 | 17,911.9 |
| Check | 2/20/2010 | 1454 | Tina Placourakis | | | 4,650.00 | 13,261.9 |
| Check | 2/22/2010 | 1455 | TLC Labels | | | 1,299.50 | 11,962.3 |
| Deposit | 2/22/2010 | | | Deposit | 4,323.08 | | 16,285.4 |
| Deposit | 2/23/2010 | | | Deposit | 3,240.65 | | 19,526.1 |
| Bill Pmt -Check | 2/23/2010 | 022310 | West Coast Contain... | | | 6,661.84 | 12,864.2 |
| Bill Pmt -Check | 2/23/2010 | 022311 | West Coast Contain... | | | 2,310.72 | 10,553.5 |
| Deposit | 2/24/2010 | | | Deposit | 341.62 | | 10,895.1 |
| General Journal | 2/25/2010 | | | transfer | | 200.00 | 10,695.1 |
| Deposit | 2/25/2010 | | | Deposit | 1,817.35 | | 12,512.5 |
| Bill Pmt -Check | 2/26/2010 | 1456 | American Eagle Be... | | | 1,291.83 | 11,220.6 |
| Check | 2/26/2010 | 1457 | Monique Munguia | | | 405.93 | 10,814.7 |
| Check | 2/26/2010 | 1458 | Michael Foster | | | 457.24 | 10,357.5 |
| Check | 2/26/2010 | 1459 | Jeremiah Hopkins | | | 396.18 | 9,961.3 |
| Check | 2/26/2010 | 1460 | Larry Reyes | | | 770.25 | 9,191.0 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
## As of February 28, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 2/26/2010 | 022610 | West Coast Contain... | | | 6,485.84 | 2,705.2 |
| Check | 2/26/2010 | 1461 | Martin Bustamante | | | 972.05 | 1,733.2 |
| Check | 2/26/2010 | 1462 | Stan Walker | | | 2,926.00 | -1,192.8 |
| Check | 2/26/2010 | 1463 | Roseanne Ruiz | | | 1,036.41 | -2,229.2 |
| Check | 2/26/2010 | 1464 | Lance Neill | | | 3,365.68 | -5,594.8 |
| Check | 2/26/2010 | 1465 | Jake Conway | | | 360.40 | -5,955.2 |
| Check | 2/26/2010 | 1466 | Narcisa Conway | | | 374.40 | -6,329.6 |
| Check | 2/26/2010 | 1467 | Rebecca Hernandez | | | 520.00 | -6,849.6 |
| Check | 2/26/2010 | 1468 | Tina Placourakis | | | 3,750.00 | -10,599.6 |
| Check | 2/26/2010 | 1469 | Lexi Placourakis | | | 97.50 | -10,697.1 |
| Check | 2/26/2010 | 1470 | City Of Phoenix - P... | | | 16.00 | -10,713.1 |
| Check | 2/26/2010 | 1471 | City Of Phoenix - P... | | | 16.00 | -10,729.1 |
| Deposit | 2/26/2010 | | | Deposit | 13,196.33 | | 2,467.1 |
| General Journal | 2/26/2010 | | | Deposit Slip ... | | 44.46 | 2,422.6 |
| Check | 2/26/2010 | 1474 | Hermila Otero | | | 125.00 | 2,297.6 |
| Total BR Operating | | | | | 112,815.91 | 115,634.91 | 2,297.6 |
| OTAL | | | | | 112,815.91 | 115,634.91 | 2,297.6 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
## As of February 28, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Managers** | | | | | | | 106.1 |
| General Journal | 2/1/2010 | | | Supplies | | 7.50 | 98.6 |
| General Journal | 2/2/2010 | | | Antal Media | | 18.95 | 79.7 |
| General Journal | 2/3/2010 | | | Transfer | 150.00 | | 229.7 |
| General Journal | 2/3/2010 | | | Transfer for ... | 825.00 | | 1,054.7 |
| General Journal | 2/4/2010 | | | Gas | | 62.59 | 992.1 |
| General Journal | 2/5/2010 | | | Quadrell Mot... | | 850.84 | 141.3 |
| General Journal | 2/8/2010 | | | Gas | | 65.09 | 76.2 |
| General Journal | 2/8/2010 | | | Gas | | 66.50 | 9.7 |
| General Journal | 2/10/2010 | | | Transfer | 200.00 | | 209.7 |
| General Journal | 2/10/2010 | | | Gas | | 20.02 | 189.7 |
| General Journal | 2/11/2010 | | | Gas | | 63.70 | 126.0 |
| General Journal | 2/17/2010 | | | Gas | | 59.29 | 66.7 |
| General Journal | 2/18/2010 | | | Transfer | 200.00 | | 266.7 |
| General Journal | 2/22/2010 | | | gas | | 64.79 | 201.9 |
| General Journal | 2/23/2010 | | | GAs | | 54.96 | 146.9 |
| General Journal | 2/23/2010 | | | Supplies | | 56.26 | 90.7 |
| General Journal | 2/23/2010 | | | Job Ad In Cr... | | 25.00 | 65.7 |
| General Journal | 2/25/2010 | | | transfer | 200.00 | | 265.7 |
| General Journal | 2/25/2010 | | | Employee Lu... | | 36.52 | 229.1 |
| General Journal | 2/25/2010 | | | Gas | | 61.93 | 167.2 |
| General Journal | 2/26/2010 | | | Gas | | 63.00 | 104.2 |
| General Journal | 2/26/2010 | | | time clock | | 74.72 | 29.5 |
| **Total BR Managers** | | | | | 1,575.00 | 1,651.66 | 29.5 |
| **OTAL** | | | | | 1,575.00 | 1,651.66 | 29.5 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of February 28, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Payroll** | | | | | | | 0.0 |
| General Journal | 2/11/2010 | | | Payroll Trans... | 4,070.00 | | 4,070.0 |
| Check | 2/12/2010 | 1123 | Monique Munguia | | | 439.56 | 3,630.4 |
| Check | 2/12/2010 | 1124 | Narcisa Conway | | | 423.43 | 3,207.0 |
| Check | 2/12/2010 | 1125 | Larry Reyes | | | 289.25 | 2,917.7 |
| Check | 2/12/2010 | 1126 | Rebecca Hernandez | | | 592.96 | 2,324.8 |
| Check | 2/12/2010 | 1127 | Michael Foster | | | 315.81 | 2,008.9 |
| Check | 2/12/2010 | 1128 | Martin Bustamante | | | 972.05 | 1,036.9 |
| Check | 2/12/2010 | 1129 | Roseanne Ruiz | | | 1,036.41 | 0.5 |
| **Total BR Payroll** | | | | | 4,070.00 | 4,069.47 | 0.5 |
| **OTAL** | | | | | 4,070.00 | 4,069.47 | 0.5 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
As of February 28, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| BR Tax | | | | | | | -113.1 |
| Total BR Tax | | | | | | | -113.1 |
| OTAL | | | | | | | -113.1 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23, 2009 through February 28, 2010

|  | May 23, '09 - Feb 28, 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Material Sales | 1,809.22 |
| Sun West Sales Income | |
|   AEB Sales Income | 187,115.55 |
|   Custom Water Works Income | 2,138.64 |
|   Delivery Income | 18,892.71 |
|   Gallon 4/1 Income | 5,423.20 |
|   Gallon 6/1 Income | 39,548.76 |
|   Label Revenue | 56,746.24 |
|   Print Plate Income | 4,050.00 |
|   SW .5L Revenue | 56,948.85 |
|   SW 1 Gallon Revenue | 684.00 |
|   SW 12oz Revenue | 13,969.92 |
|   White Water Sales income | 26,476.40 |
|   Sun West Sales Income - Other | 348,987.85 |
| Total Sun West Sales Income | 760,982.12 |
| **Total Income** | **762,791.34** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 292,184.67 |
| Freight Costs | 16,256.92 |
| Inventory Overages/Shortages | -1,058.90 |
| Packaging Costs | 1,229.61 |
| **Total COGS** | **308,612.30** |
| **Gross Profit** | **454,179.04** |
| **Expense** | |
| Advertising Expenses | 25.00 |
| Bad Debt Loss | 559.00 |
| Bank Service Charges | 2,113.39 |
| Bankruptcy Fees | 5,850.00 |
| Car/Truck Expense | |
|   Gas | 3,736.81 |
|   Repairs & Maintenance | 11.36 |
| Total Car/Truck Expense | 3,748.17 |
| Consulting Exp. | 97.50 |
| Delivery Fee's | |
|   Accurate Cargo | 3,061.02 |
|   R&L Carriers | 1,124.14 |
|   Truck Gasoline Exp. | 2,697.50 |
| Total Delivery Fee's | 6,882.66 |
| Employee Benefit Exp. | 22,127.50 |
| Equipment Loss Exp. | 54,606.44 |
| Equipment Rental | |
|   RO DI Tanks | 506.66 |
| Total Equipment Rental | 506.66 |
| Insurance | |
|   Auto Insurance | 3,146.33 |
|   General Liability Ins. Bethany | 2,770.66 |
|   General Liability Insurance | 3,349.66 |
|   Worker's Compensation | 1,352.89 |
| Total Insurance | 10,619.54 |
| Inventory Loss/Gain Exp | 8,398.49 |
| Janitorial/Cleaning Exp. | 500.00 |
| Label Fees | |
|   Digital Labels | 46,488.16 |
|   Labels | 2,924.84 |
|   Shipping/Freight Exp. | 962.10 |
|   Label Fees - Other | -65.00 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
### May 23, 2009 through February 28, 2010

|  | May 23, '09 - Feb 28, 10 |
|---|---:|
| Total Label Fees | 50,310.10 |
| Late Charge/Penalty Exp. | 20.00 |
| Licenses and Permits | 60.00 |
| Management Fees | 650.00 |
| **Marketing Exp** |  |
|   Food/Entertainment Exp | 542.56 |
|   Postage Exp. | 44.00 |
|   Stationary & Paper Exp. | 133.69 |
| Total Marketing Exp | 720.25 |
| Misc. Exp. | 50.56 |
| **Office Supplies** |  |
|   Paper & Stationary Exp. | 866.65 |
|   Office Supplies - Other | 335.95 |
| Total Office Supplies | 1,202.60 |
| Parking Tickets | 80.00 |
| **Payroll Expenses** |  |
|   Accounting Wages | 6,229.20 |
|   Admin Salaries | 156,022.63 |
|   Front Office Salary/Wages | 14,620.43 |
|   Management Wages | 578.59 |
|   **Payroll Fees** |  |
|     Timeclock Lease Exp. | 452.67 |
|     Payroll Fees - Other | 578.49 |
|   Total Payroll Fees | 1,031.06 |
|   **Payroll Tax** |  |
|     Federal Unemployment Tax | -1.36 |
|     Social Security/Medicare Tax | -19.99 |
|     State Unemployment Tax | -0.14 |
|     Payroll Tax - Other | 14,091.67 |
|   Total Payroll Tax | 14,070.18 |
|   **Production Wages** |  |
|     **Production Wage Garnishment** |  |
|       Garnishment (Child Support) | 784.98 |
|       Production Wage Garnishment - Other | 741.76 |
|     Total Production Wage Garnishment | 1,526.74 |
|     Production Wages - Other | 41,166.46 |
|   Total Production Wages | 42,693.20 |
|   Warehouse/Shipping Wages | 33,885.35 |
|   Payroll Expenses - Other | 212.90 |
| Total Payroll Expenses | 269,343.54 |
| **Plant Supplies** |  |
|   Pallet Exp. | 4,256.80 |
|   Plant Supplies - Other | 502.77 |
| Total Plant Supplies | 4,759.57 |
| Postage and Shipping | 1,990.99 |
| **Product Packaging Exp** |  |
|   Box Tape | 182.00 |
|   Shrink Wrap Exp | 1,232.12 |
|   Stretch Wrap Exp | 3,202.59 |
| Total Product Packaging Exp | 4,616.71 |
| **Professional Fees** |  |
|   Engineer Consulting Exp | 58,520.00 |
|   Legal Fees | 25,000.00 |
|   Payroll Services | 152.00 |
| Total Professional Fees | 83,672.00 |