# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CASE NO. 2:09-bk-11283-PHX-RJH |
| ) | |
| SUN WEST BOTTLERS, L.L.C., ) | BUSINESS AND INDUSTRY |
| ) | MONTHLY OPERATING REPORT |
| ) | |
| ) | MONTH OF _____ Mar-10 |
| ) | |
| ) | DATE PETITION FILED: May 22, 2009 |
| Debtor ) | |
| ) | TAX PAYER ID NO.: 72-1667609 |

Nature of Debtor's Business: _____Private Labeled Bottled Water_____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

_____     _____CEO_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

_Tina Placourakis_     _4/9/10_
PRINTED NAME OF RESPONSIBLE PARTY     DATE

PREPARER:

_____     _Director of Operations_
ORIGINAL SIGNATURE OF PREPARER     TITLE

_Roseanne Ruiz_     _4/9/10_
PRINTED NAME OF PREPARER     DATE

PERSON TO CONTACT REGARDING THIS REPORT: Tina Placourakis

PHONE NUMBER: 602-462-5300

ADDRESS: 2121 W Willetta St, Phoenix, AZ 8

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

Case Number: 2:09-bk-11283-PHX-RJH

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Managers # | Operating # | Payroll # | Tax # | |
| Balance at Beginning of Period | 29.53 | 2297.68 | 0.53 | -113.14 | 2214.6 |
| **RECEIPTS** | | | | | |
| Cash Sales | | 70343.99 | | | 70343.99 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | 15000 | 10000 | | 25000 |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | 1500 | | 7085.76 | 4170.62 | 12756.38 |
| Other (attach list) | | | | | |
| TOTAL RECEIPTS | 1500 | 85343.99 | 17085.76 | 4170.62 | 108100.37 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | 1358.41 | 68709.95 | 17080.8 | 4057.48 | |
| Legal Fees | | | | | |
| Pre-Petition Debt | | | | | |
| Plant Move | | | | | |
| APS Deposit | | | | | |
| Minus Other DIP Transfers | | 12756.38 | | | |
| Reorganization Expenses: Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | 1358.41 | 81466.33 | 17080.8 | 4057.48 | 103963.02 |
| Balance at End of Month | 171.12 | 6175.34 | 5.49 | | 6351.95 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 103963.02 |
| Less: Transfers to Other DIP Accounts | 12756.38 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 91206.64 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23, 2009 through March 31, 2010

|  | May 23, '09 - Mar 31, 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Material Sales | 7,326.70 |
| Sun West Sales Income | |
|   AEB Sales Income | 205,451.05 |
|   Custom Water Works Income | 2,793.88 |
|   Delivery Income | 20,482.71 |
|   Gallon 4/1 Income | 5,423.20 |
|   Gallon 6/1 Income | 43,852.76 |
|   Label Revenue | 64,928.24 |
|   Print Plate Income | 4,250.00 |
|   SW .5L Revenue | 68,562.80 |
|   SW 1 Gallon Revenue | 684.00 |
|   SW 12oz Revenue | 16,201.62 |
|   White Water Sales Income | 39,277.00 |
|   Sun West Sales Income - Other | 374,020.96 |
| Total Sun West Sales Income | 845,928.22 |
| **Total Income** | 853,254.92 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 335,263.49 |
| Freight Costs | 18,191.92 |
| Inventory Overages/Shortages | -1,058.90 |
| Packaging Costs | 1,569.41 |
| **Total COGS** | 353,965.92 |
| **Gross Profit** | 499,289.00 |
| **Expense** | |
| Advertising Expenses | 50.00 |
| Bad Debt Loss | 559.00 |
| Bank Service Charges | 2,113.39 |
| Bankruptcy Fees | 7,831.02 |
| Car/Truck Expense | |
|   Gas | 4,489.02 |
|   Repairs & Maintenance | 11.36 |
| Total Car/Truck Expense | 4,500.38 |
| Consulting Exp. | 1,780.19 |
| Delivery Fee's | |
|   Accurate Cargo | 3,061.02 |
|   R&L Carriers | 1,124.14 |
|   Truck Gasoline Exp. | 2,697.50 |
| Total Delivery Fee's | 6,882.66 |
| Employee Benefit Exp. | 25,441.72 |
| Equipment Loss Exp. | 54,606.44 |
| Equipment Rental | |
|   RO DI Tanks | 754.60 |
| Total Equipment Rental | 754.60 |
| Freight Exp | 95.71 |
| Insurance | |
|   Auto Insurance | 3,146.33 |
|   General Liability Ins. Bethany | 2,770.66 |
|   General Liability Insurance | 4,019.99 |
|   Worker's Compensation | 1,524.39 |
| Total Insurance | 11,461.37 |
| Inventory Loss/Gain Exp | 8,398.49 |
| Janitorial/Cleaning Exp. | 500.00 |
| Label Fees | |
|   Digital Labels | 51,436.36 |
|   Labels | 2,924.84 |
|   Shipping/Freight Exp. | 962.10 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
May 23, 2009 through March 31, 2010

|  | May 23, '09 - Mar 31, 10 |
|---|---:|
| Label Fees - Other | -65.00 |
| **Total Label Fees** | 55,258.30 |
| Late Charge/Penalty Exp. | 20.00 |
| Licenses and Permits | 60.00 |
| Management Fees | 650.00 |
| Marketing Exp |  |
|   Food/Entertainment Exp | 607.85 |
|   Postage Exp. | 44.00 |
|   Stationary & Paper Exp. | 133.69 |
|   Marketing Exp - Other | 320.76 |
| **Total Marketing Exp** | 1,106.30 |
| Misc. Exp. | 60.56 |
| Office Supplies |  |
|   Paper & Stationary Exp. | 1,073.75 |
|   Office Supplies - Other | 335.95 |
| **Total Office Supplies** | 1,409.70 |
| Parking Tickets | 117.00 |
| Payroll Expenses |  |
|   Accounting Wages | 6,229.20 |
|   Admin Salaries | 167,522.63 |
|   Bonus/Incentive Exp | 418.40 |
|   Front Office Salary/Wages | 18,308.33 |
|   Management Wages | 578.59 |
|   Payroll Fees |  |
|     Timeclock Lease Exp. | 452.57 |
|     Payroll Fees - Other | 698.35 |
|   **Total Payroll Fees** | 1,150.92 |
|   Payroll Tax |  |
|     Federal Unemployment Tax | -1.36 |
|     Social Security/Medicare Tax | -19.99 |
|     State Unemployment Tax | -0.14 |
|     Payroll Tax - Other | 17,857.79 |
|   **Total Payroll Tax** | 17,836.30 |
|   Production Wages |  |
|     Production Wage Garnishment |  |
|       Garnishment (Child Support) | 784.98 |
|       Production Wage Garnishment - Other | 741.76 |
|     **Total Production Wage Garnishment** | 1,526.74 |
|     Production Wages - Other | 46,192.59 |
|   **Total Production Wages** | 47,719.33 |
|   Warehouse/Shipping Wages | 35,829.46 |
|   Payroll Expenses - Other | 212.90 |
| **Total Payroll Expenses** | 295,806.05 |
| Plant Supplies |  |
|   Pallet Exp. | 4,256.80 |
|   Plant Supplies - Other | 502.77 |
| **Total Plant Supplies** | 4,759.57 |
| Postage and Shipping | 2,261.53 |
| Product Packaging Exp |  |
|   Box Tape | 182.00 |
|   Shrink Wrap Exp | 2,461.73 |
|   Stretch Wrap Exp | 3,202.59 |
| **Total Product Packaging Exp** | 5,846.32 |
| Professional Fees |  |
|   Engineer Consulting Exp | 58,520.00 |
|   Legal Fees | 25,000.00 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23, 2009 through March 31, 2010

|  | May 23, '09 - Mar 31, 10 |
|---|---:|
| Payroll Services | 152.00 |
| **Total Professional Fees** | **83,672.00** |
| Propane Exp. | 664.36 |
| Quality Control |  |
|   Water Analysis Exp. | 1,853.30 |
| **Total Quality Control** | **1,853.30** |
| Reconciliation Discrepancies | 21.53 |
| Refund Exp | -4,452.50 |
| Rent Bethany | 31,339.11 |
| Rent Willetta | 38,028.50 |
| Repairs and Maintenance |  |
|   Arpac Exp. | 850.84 |
|   Equipment Repairs | 40.87 |
|   Filler Equipment | 90.72 |
|   Labeler Exp. | 278.18 |
|   Maintenance Supplies | 138.55 |
|   RO Equipment | 366.52 |
|   Truck Repair | 233.27 |
|   Videojet Printer | 411.00 |
|   Repairs and Maintenance - Other | 1,138.04 |
| **Total Repairs and Maintenance** | **3,547.99** |
| Returned Check Exp | -21.53 |
| Returned Prodcut Exp. | 57.49 |
| Telephone and Fax |  |
|   Cell Phone Exp. |  |
|     Delivery Driver Cell Exp. | 150.00 |
|     Cell Phone Exp. - Other | 3,810.03 |
|   **Total Cell Phone Exp.** | **3,960.03** |
|   Telephone and Fax - Other | 3,945.28 |
| **Total Telephone and Fax** | **7,905.31** |
| Tenant Improvements |  |
|   Willetta Prep | 17,537.28 |
|   Tenant Improvements - Other | 188.75 |
| **Total Tenant Improvements** | **17,726.03** |
| Travel & Entertainment |  |
|   Entertainment | 43.13 |
|   Meals | 290.74 |
| **Total Travel & Entertainment** | **333.87** |
| Utilities |  |
|   Electric Exp. | 21,839.64 |
|   Trash Exp. | 1,642.92 |
|   Water Exp. | 6,910.88 |
| **Total Utilities** | **30,393.44** |
| Web Hosting Exp. |  |
|   Web Domain Exp. | 37.89 |
|   Web Server Exp | 227.40 |
| **Total Web Hosting Exp.** | **265.29** |
| **Total Expense** | **703,652.49** |
| **Net Ordinary Income** | **-204,363.49** |
| **Net Income** | **-204,363.49** |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### March 2010

|  | Mar 10 | Jan - Mar 10 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Material Sales | 5,517.48 | 5,517.48 |
| **Sun West Sales Income** | | |
| AEB Sales Income | 18,335.50 | 46,045.95 |
| Custom Water Works Income | 655.24 | 1,376.20 |
| Delivery Income | 1,590.00 | 4,390.00 |
| Gallon 6/1 Income | 4,304.00 | 9,806.68 |
| Label Revenue | 8,182.00 | 18,002.00 |
| Print Plate Income | 200.00 | 650.00 |
| SW .5L Revenue | 11,613.95 | 20,638.75 |
| SW 1 Gallon Revenue | 0.00 | 84.00 |
| SW 12oz Revenue | 2,231.70 | 10,093.62 |
| White Water Sales Income | 12,800.60 | 36,555.60 |
| Sun West Sales Income - Other | 25,033.11 | 63,486.81 |
| **Total Sun West Sales Income** | 84,946.10 | 211,129.61 |
| **Total Income** | 90,463.58 | 216,647.09 |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | 43,078.82 | 97,562.37 |
| Freight Costs | 1,935.00 | 6,205.00 |
| Packaging Costs | 339.80 | 1,569.41 |
| **Total COGS** | 45,353.62 | 105,336.78 |
| **Gross Profit** | 45,109.96 | 111,310.31 |
| **Expense** | | |
| Advertising Expenses | 25.00 | 50.00 |
| Bank Service Charges | 0.00 | 327.83 |
| Bankruptcy Fees | 1,981.02 | 2,631.02 |
| **Car/Truck Expense** | | |
| Gas | 752.21 | 1,832.44 |
| **Total Car/Truck Expense** | 752.21 | 1,832.44 |
| Consulting Exp. | 1,682.69 | 1,780.19 |
| **Delivery Fee's** | | |
| Accurate Cargo | 0.00 | 266.10 |
| R&L Carriers | 0.00 | 163.54 |
| **Total Delivery Fee's** | 0.00 | 429.64 |
| Employee Benefit Exp. | 3,314.22 | 9,957.62 |
| Equipment Loss Exp. | 0.00 | 54,606.44 |
| **Equipment Rental** | | |
| RO DI Tanks | 247.94 | 625.24 |
| **Total Equipment Rental** | 247.94 | 625.24 |
| Freight Exp | 95.71 | 95.71 |
| **Insurance** | | |
| General Liability Insurance | 670.33 | 4,019.99 |
| Worker's Compensation | 171.50 | 171.50 |
| **Total Insurance** | 841.83 | 4,191.49 |
| Inventory Loss/Gain Exp | 0.00 | -79.26 |
| Janitorial/Cleaning Exp. | 0.00 | 125.00 |
| **Label Fees** | | |
| Digital Labels | 4,948.20 | 15,027.24 |
| Label Fees - Other | 0.00 | -65.00 |
| **Total Label Fees** | 4,948.20 | 14,962.24 |
| **Marketing Exp** | | |
| Food/Entertainment Exp | 65.29 | 65.29 |
| Stationary & Paper Exp. | 0.00 | 133.69 |
| Marketing Exp - Other | 320.76 | 320.76 |
| **Total Marketing Exp** | 386.05 | 519.74 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### March 2010

|  | Mar 10 | Jan - Mar 10 |
|---|---:|---:|
| **Office Supplies** | | |
|   Paper & Stationary Exp. | 207.10 | 251.56 |
| **Total Office Supplies** | 207.10 | 251.56 |
| Parking Tickets | 37.00 | 69.00 |
| **Payroll Expenses** | | |
|   Admin Salaries | 11,500.00 | 47,078.40 |
|   Bonus/Incentive Exp | 418.40 | 418.40 |
|   Front Office Salary/Wages | 3,687.90 | 7,833.54 |
|   Payroll Fees | | |
|     Timeclock Lease Exp. | 0.00 | 149.44 |
|     Payroll Fees - Other | 119.86 | 273.00 |
|   **Total Payroll Fees** | 119.86 | 422.44 |
|   Payroll Tax | 3,766.12 | 3,766.12 |
|   Production Wages | 5,026.13 | 13,823.40 |
|   Warehouse/Shipping Wages | 1,944.10 | 6,804.35 |
|   Payroll Expenses - Other | 0.00 | 212.90 |
| **Total Payroll Expenses** | 26,462.51 | 80,359.55 |
| **Plant Supplies** | | |
|   Pallet Exp. | 0.00 | 930.00 |
|   Plant Supplies - Other | 0.00 | 40.55 |
| **Total Plant Supplies** | 0.00 | 970.55 |
| Postage and Shipping | 270.54 | 627.81 |
| **Product Packaging Exp** | | |
|   Shrink Wrap Exp | 1,229.61 | 1,229.61 |
| **Total Product Packaging Exp** | 1,229.61 | 1,229.61 |
| **Professional Fees** | | |
|   Engineer Consulting Exp | 0.00 | 11,704.00 |
| **Total Professional Fees** | 0.00 | 11,704.00 |
| **Quality Control** | | |
|   Water Analysis Exp. | 120.00 | 440.00 |
| **Total Quality Control** | 120.00 | 440.00 |
| Rent Willetta | 4,849.50 | 14,548.50 |
| **Repairs and Maintenance** | | |
|   Arpac Exp. | 0.00 | 850.84 |
|   Equipment Repairs | 23.81 | 23.81 |
|   Filler Equipment | 90.72 | 90.72 |
|   Maintenance Supplies | 61.72 | 117.98 |
|   Truck Repair | 222.45 | 222.45 |
|   Videojet Printer | 0.00 | 137.00 |
|   Repairs and Maintenance - Other | 0.00 | 1,079.12 |
| **Total Repairs and Maintenance** | 398.70 | 2,521.92 |
| **Telephone and Fax** | | |
|   Cell Phone Exp. | 203.80 | 810.17 |
|   Telephone and Fax - Other | 611.37 | 1,091.06 |
| **Total Telephone and Fax** | 815.17 | 1,901.23 |
| Tenant Improvements | 0.00 | 86.10 |
| **Travel & Entertainment** | | |
|   Entertainment | 0.00 | 43.13 |
|   Meals | 124.09 | 160.61 |
| **Total Travel & Entertainment** | 124.09 | 203.74 |
| **Utilities** | | |
|   Electric Exp. | 4,421.37 | 7,488.79 |
|   Trash Exp. | 136.36 | 408.47 |
|   Water Exp. | 576.48 | 1,546.14 |
| **Total Utilities** | 5,134.21 | 9,443.40 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
## March 2010

|  | Mar 10 | Jan - Mar 10 |
|---|---:|---:|
| **Web Hosting Exp.** | | |
|   Web Server Exp | 18.95 | 56.85 |
| **Total Web Hosting Exp.** | 18.95 | 56.85 |
| **Total Expense** | 63,942.25 | 216,469.16 |
| **Net Ordinary Income** | -8,832.29 | -105,158.85 |
| **Net Income** | -8,832.29 | -105,158.85 |

Case Number: 2:09-bk-11283-PHX-RJH

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 827.87 | 6351.95 | 7859.81 |
| Restricted Cash | | | |
| Total Cash | 827.87 | 6351.95 | 7859.81 |
| Accounts Receivable (net) | 67472.05 | 71654.54 | 49553.5 |
| Inventory | 5000 | 7325.65 | 8568.78 |
| Notes Receivable | | | |
| APS Security Deposit | 12695 | 0 | 0 |
| Willetta Security Deposit | | 8160 | 8160 |
| Total Current Assets | | | |
| Property, Plant & Equipment | 181625 | 91625 | 91625 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Trucks | 25000 | 10000 | 10000 |
| Office Furn, supplies, electronics | 1800 | 1800 | 1800 |
| TOTAL ASSETS | 295247.79 | 203269.09 | 185426.9 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | 78000 | 78000 | 78000 |
| Unsecured Debt | 204041.77 | 204041.77 | 204041.77 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 282041.77 | 282041.77 | 282041.77 |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 4

| Case Number: 2:09-bk-11283-PHX-RJH | | | | **STATUS OF ASSETS** | |
|---|---|---|---|---|---|

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 71645.54 | 58590.32 | 8292.17 | 4763.05 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 71645.54 | 58590.32 | 8292.17 | 4763.05 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | 8568.78 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | 7325.65 |

Date Last Inventory was taken: 18-May-09

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 181625 | | | 91625 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | 25000 | | | 10000 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

Page 5

Case Number: 2:09-bk-11283-PHX-RJH

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 25154.76 | 22597.82 | 995.66 | 553.02 | 1008.26 |
| Taxes Payable | 13726.62 | 909.82 | 1234.72 | 1202.29 | 10379.79 |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| Total Post-Petition Liabilities | 38881.38 | 23507.64 | 2230.38 | 1755.31 | 11388.05 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

# SUN WEST BOTTLERS, LLC
## A/P Aging Summary
As of March 31, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Accurate Cargo | 0.00 | 104.93 | 161.17 | 160.40 | 241.02 | 667.52 |
| Advertising Specialty Institute | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aetna | 554.90 | 1,796.20 | 0.00 | 0.00 | 0.00 | 2,351.10 |
| Allied Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| American Eagle Beverages | 6,672.49 | 0.00 | 0.00 | 0.00 | 0.00 | 6,672.49 |
| APS | 2,260.49 | 0.00 | 0.00 | 0.00 | 0.00 | 2,260.49 |
| Central Freight | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City Of Phoenix | 0.00 | 576.48 | 0.00 | 0.00 | 0.00 | 576.48 |
| City Of Phoenix - Parking | 37.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.00 |
| Clearwater Beverages Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cybermetrics Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Diagraph | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DL Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employers Compensation Ins Co | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FedEX | 0.00 | 278.25 | 269.27 | 0.00 | 0.00 | 547.52 |
| Ferrellgas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Filler Specialties, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grainger | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hach Company | 0.00 | 0.00 | 0.00 | 0.00 | 65.31 | 65.31 |
| Latino Perspectives Magazine | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legacy Propane | 0.00 | 0.00 | 0.00 | 0.00 | 166.91 | 166.91 |
| Legend | 120.00 | 160.00 | 200.00 | 80.00 | 0.00 | 560.00 |
| McCandless Idealease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MCL - A Division of Layne Christensen | 183.26 | 64.68 | 64.68 | 312.62 | 0.00 | 625.24 |
| MCL Technology Corp | 3,541.13 | 0.00 | 0.00 | 0.00 | 386.39 | 3,927.52 |
| Naumann Hobbs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| One Stop Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Packaging Corporation of America | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quill Corporation | 207.10 | 0.00 | 0.00 | 0.00 | 0.00 | 207.10 |
| Qwest 5300 | 280.70 | 0.00 | 0.00 | 0.00 | 0.00 | 280.70 |
| R&L Carriers | 0.00 | 0.00 | 163.54 | 0.00 | 148.63 | 312.17 |
| Schendel Pest Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Southwest Industrial Printer Service | 0.00 | 0.00 | 137.00 | 0.00 | 0.00 | 137.00 |
| Southwest Label and Printing Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SunStrike Communications & Data | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| The Business Journal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tom Tait | 2,964.08 | 0.00 | 0.00 | 0.00 | 0.00 | 2,964.08 |
| Toshiba Busniess Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travelers | 0.00 | 670.33 | 0.00 | 0.00 | 0.00 | 670.33 |
| Verizon | 0.00 | 203.80 | 0.00 | 0.00 | 0.00 | 203.80 |
| Wells Fargo Financial Capital Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| West Coast Container - AE | 1,872.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,872.00 |
| West Coast Containers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 18,693.15 | 3,904.67 | 995.66 | 553.02 | 1,008.26 | 25,154.76 |

| Case Number: 2:09-bk-11283-PHX-RJH | | **CASE STATUS** |

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: 9

### INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Hartford | Workers Comp | 5/15/09 - 1/7/10 | Monthly |
| Travelers 6808980L285 | General Liability | 1/7/10 - 1/7/11 | Monthly |
| Travelers CUP8710Y489 | Umbrella Liability | 1/7/10 - 1/7/11 | Monthly |
| Valley Forge Insurance | Automobile | 5/29/09 - 5/29/10 | Monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

**Identify any matters that are delaying the filing of a plan of reorganization:**

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of March 31, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| BR Operating | | | | | | | 2,297.6 |
| Deposit | 3/1/2010 | | | Deposit | 4,239.23 | | 6,536.9 |
| General Journal | 3/2/2010 | | | Wire Via Tele... | | 150.00 | 6,386.9 |
| Deposit | 3/2/2010 | | | Deposit | 1,328.00 | | 7,714.9 |
| Deposit | 3/2/2010 | | | Deposit | 669.29 | | 8,384.2 |
| Bill Pmt -Check | 3/3/2010 | 1475 | FedEx | | | 176.15 | 8,208.0 |
| Bill Pmt -Check | 3/3/2010 | 1476 | Lang Printing & Mail... | | | 133.69 | 8,074.3 |
| Bill Pmt -Check | 3/3/2010 | 1477 | Travelers | 3444C7132 | | 670.33 | 7,404.0 |
| Bill Pmt -Check | 3/3/2010 | 1478 | Verizon | 8302395409-... | | 203.80 | 7,200.2 |
| Deposit | 3/3/2010 | | | Deposit | 1,993.50 | | 9,193.7 |
| General Journal | 3/4/2010 | | | Loan from Co... | 15,000.00 | | 24,193.7 |
| Deposit | 3/4/2010 | | | Deposit | 606.95 | | 24,800.6 |
| General Journal | 3/5/2010 | | | Transfer | | 200.00 | 24,600.6 |
| General Journal | 3/5/2010 | | | ADP Payroll | | 2,978.75 | 21,621.9 |
| Check | 3/5/2010 | 1488 | Lance Neill | | | 8,338.58 | 13,283.3 |
| Deposit | 3/5/2010 | | | Deposit | 1,968.53 | | 15,251.8 |
| Bill Pmt -Check | 3/8/2010 | 030810 | West Coast Contain... | | | 5,807.88 | 9,444.0 |
| Check | 3/8/2010 | 1486 | Ace Packaging | | | 339.80 | 9,104.2 |
| Deposit | 3/8/2010 | | | Deposit | 1,338.00 | | 10,442.2 |
| Check | 3/9/2010 | 1487 | TLC Labels | | | 1,099.80 | 9,342.4 |
| Deposit | 3/9/2010 | | | Deposit | 487.00 | | 9,829.4 |
| Deposit | 3/10/2010 | | | Deposit | 11,017.97 | | 20,847.3 |
| Bill Pmt -Check | 3/10/2010 | 1501 | Accurate Cargo | | | 264.57 | 20,582.8 |
| Bill Pmt -Check | 3/10/2010 | 1502 | FedEx | | | 95.30 | 20,487.5 |
| Bill Pmt -Check | 3/10/2010 | 1503 | Legacy Propane | | | 102.77 | 20,384.7 |
| Bill Pmt -Check | 3/10/2010 | 1504 | Legend | 00-0991451 | | 120.00 | 20,264.7 |
| Bill Pmt -Check | 3/10/2010 | 1505 | Qwest 5300 | | | 280.67 | 19,984.0 |
| Bill Pmt -Check | 3/10/2010 | 1506 | R&L Carriers | | | 305.00 | 19,679.0 |
| Bill Pmt -Check | 3/10/2010 | 1507 | THARCO Containers | | | 168.44 | 19,510.6 |
| Bill Pmt -Check | 3/10/2010 | 1508 | Waste Management | 571-0084883... | | 136.36 | 19,374.2 |
| Bill Pmt -Check | 3/11/2010 | 1491 | THARCO Containers | | | 409.50 | 18,964.7 |
| Deposit | 3/11/2010 | | | Deposit | 1,095.82 | | 20,060.5 |
| General Journal | 3/11/2010 | | | Payroll | | 7,085.76 | 12,974.8 |
| Check | 3/12/2010 | 1492 | Maria Conway | | | 418.40 | 12,556.4 |
| Check | 3/12/2010 | 1493 | Tina Placourakis | | | 1,000.00 | 11,556.4 |
| Deposit | 3/12/2010 | | | Deposit | 1,314.88 | | 12,871.3 |
| Bill Pmt -Check | 3/15/2010 | 31510 | West Coast Contain... | | | 6,135.07 | 6,736.2 |
| Bill Pmt -Check | 3/15/2010 | 1494 | MCL Technology C... | | | 500.00 | 6,236.2 |
| Deposit | 3/15/2010 | | | Deposit | 3,679.33 | | 9,915.5 |
| Bill Pmt -Check | 3/15/2010 | 0315... | West Coast Contain... | | | 7,175.72 | 2,739.8 |
| Check | 3/15/2010 | 1495 | Monique Munguia | | | 77.33 | 2,662.5 |
| General Journal | 3/15/2010 | | | Transfer over... | | 250.00 | 2,412.5 |
| Check | 3/15/2010 | 1509 | Tom Tait | | | 4,849.50 | -2,436.9 |
| Bill Pmt -Check | 3/15/2010 | 1510 | Tom Tait | | | 1,000.00 | -3,436.9 |
| Check | 3/16/2010 | 1496 | TLC Labels | | | 1,331.64 | -4,768.6 |
| Check | 3/16/2010 | 1497 | U.S. Trustee | | | 1,981.02 | -6,749.6 |
| Deposit | 3/16/2010 | | | Deposit | 4,833.80 | | -1,915.8 |
| Deposit | 3/16/2010 | | | Deposit | 1,974.23 | | 58.3 |
| Bill Pmt -Check | 3/16/2010 | 1498 | American Eagle Be... | | | 2,370.05 | -2,311.6 |
| Check | 3/17/2010 | 1499 | Tina Placourakis | | | 1,500.00 | -3,811.6 |
| Deposit | 3/17/2010 | | | Deposit | 2,062.30 | | -1,749.3 |
| General Journal | 3/18/2010 | | | Transfer | | 200.00 | -1,949.3 |
| Deposit | 3/18/2010 | | | Deposit | 2,686.98 | | 737.6 |
| Bill Pmt -Check | 3/19/2010 | 1500 | Ace Packaging | | | 1,229.61 | -492.0 |
| Deposit | 3/19/2010 | | | Deposit | 4,752.82 | | 4,260.8 |
| Bill Pmt -Check | 3/22/2010 | 032210 | West Coast Contain... | | | 3,820.43 | 440.3 |
| Deposit | 3/22/2010 | | | Deposit | 4,390.65 | | 4,831.0 |
| Check | 3/23/2010 | 1511 | TLC Labels | | | 1,629.36 | 3,201.6 |
| General Journal | 3/23/2010 | | | transfer | | 250.00 | 2,951.6 |
| Deposit | 3/23/2010 | | | Deposit | 260.00 | | 3,211.6 |
| General Journal | 3/24/2010 | | | transfer | | 250.00 | 2,961.6 |
| Deposit | 3/24/2010 | | | Deposit | 657.38 | | 3,619.0 |
| Deposit | 3/25/2010 | | | Deposit | 2,941.25 | | 6,560.3 |
| Check | 3/26/2010 | 1512 | Tina Placourakis | | | 88.00 | 6,472.3 |
| Deposit | 3/26/2010 | | | Deposit | 2,915.79 | | 9,388.1 |
| Bill Pmt -Check | 3/29/2010 | 032910 | West Coast Contain... | | | 4,969.29 | 4,418.8 |
| Deposit | 3/29/2010 | | | Deposit | 4,760.66 | | 9,179.4 |
| Bill Pmt -Check | 3/29/2010 | 1516 | American Eagle Be... | | | 6,652.40 | 2,527.0 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
### As of March 31, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 3/30/2010 | 1513 | TLC Labels | | | 887.40 | 1,639.6 |
| General Journal | 3/30/2010 | | | Transfer | | 200.00 | 1,439.6 |
| Bill Pmt -Check | 3/30/2010 | 1514 | THARCO Containers | | | 2,150.72 | -711.0 |
| Bill Pmt -Check | 3/30/2010 | 1515 | ARPAC | | | 291.37 | -1,002.4 |
| General Journal | 3/30/2010 | | | Tax for ADP | | 1,191.87 | -2,194.2 |
| Deposit | 3/30/2010 | | | Deposit | 1,344.40 | | -849.8 |
| Deposit | 3/31/2010 | | | Deposit | 7,025.23 | | 6,175.3 |
| Total BR Operating | | | | | 85,343.99 | 81,466.33 | 6,175.3 |
| OTAL | | | | | 85,343.99 | 81,466.33 | 6,175.3 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of March 31, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Managers** | | | | | | | 29.5 |
| General Journal | 3/1/2010 | | | Employee Lu... | | 42.24 | -12.7 |
| General Journal | 3/2/2010 | | | Wire Via Tele... | 150.00 | | 137.2 |
| General Journal | 3/2/2010 | | | Employee Lu... | | 22.95 | 114.3 |
| General Journal | 3/2/2010 | | | Gas for Truck | | 59.01 | 55.3 |
| General Journal | 3/2/2010 | | | Gas Expense | | 68.92 | -13.5 |
| General Journal | 3/2/2010 | | | Antal Media | | 18.95 | -32.5 |
| General Journal | 3/4/2010 | | | Lunch Lenny... | | 33.07 | -66.6 |
| General Journal | 3/5/2010 | | | Transfer | 200.00 | | 134.3 |
| General Journal | 3/8/2010 | | | Gas Expense | | 62.49 | 71.9 |
| General Journal | 3/9/2010 | | | Gas | | 26.00 | 45.9 |
| General Journal | 3/10/2010 | | | Gas | | 35.51 | 10.3 |
| General Journal | 3/11/2010 | | | Gas | | 68.86 | -58.4 |
| General Journal | 3/15/2010 | | | Transfer over... | 250.00 | | 191.5 |
| General Journal | 3/16/2010 | | | Gas | | 62.47 | 129.0 |
| General Journal | 3/17/2010 | | | Ace Hardware | | 23.81 | 105.2 |
| General Journal | 3/18/2010 | | | Gas | | 52.94 | 52.3 |
| General Journal | 3/18/2010 | | | Transfer | 200.00 | | 252.3 |
| General Journal | 3/19/2010 | | | Gas | | 54.63 | 197.6 |
| General Journal | 3/22/2010 | | | Food for Pro... | | 65.29 | 132.3 |
| General Journal | 3/23/2010 | | | transfer | 250.00 | | 382.3 |
| General Journal | 3/23/2010 | | | Craiglists | | 25.00 | 357.3 |
| General Journal | 3/23/2010 | | | Gas | | 67.56 | 289.8 |
| General Journal | 3/24/2010 | | | Repair mothe... | | 90.72 | 199.1 |
| General Journal | 3/24/2010 | | | transfer | 250.00 | | 449.1 |
| General Journal | 3/24/2010 | | | brushes | | 40.07 | 409.0 |
| General Journal | 3/25/2010 | | | Tire for truck | | 222.45 | 186.5 |
| General Journal | 3/25/2010 | | | Gas | | 61.02 | 125.5 |
| General Journal | 3/29/2010 | | | Gas | | 69.53 | 56.0 |
| General Journal | 3/30/2010 | | | Transfer | 200.00 | | 266.0 |
| General Journal | 3/31/2010 | | | Weed Killer | | 21.65 | 234.3 |
| General Journal | 3/31/2010 | | | Gas | | 63.27 | 171.1 |
| **Total BR Managers** | | | | | 1,500.00 | 1,358.41 | 171.1 |
| **OTAL** | | | | | 1,500.00 | 1,358.41 | 171.1 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
## As of March 31, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Payroll** | | | | | | | 0.5 |
| Check | 3/11/2010 | 1130 | Lexi Placourakis | | | 570.00 | -569.4 |
| General Journal | 3/11/2010 | | | Payroll | 7,085.76 | | 6,516.2 |
| Check | 3/12/2010 | 1131 | Jeremiah Hopkins | | | 432.90 | 6,083.3 |
| Check | 3/12/2010 | 1132 | Monique Munguia | | | 402.93 | 5,680.4 |
| Check | 3/12/2010 | 1133 | David Schmidt | | | 138.55 | 5,541.9 |
| Check | 3/12/2010 | 1134 | Larry Reyes | | | 614.25 | 4,927.6 |
| Check | 3/12/2010 | 1135 | Michael Foster | | | 452.33 | 4,475.3 |
| Check | 3/12/2010 | 1136 | Martin Bustamante | | | 972.05 | 3,503.2 |
| Check | 3/12/2010 | 1137 | Roseanne Ruiz | | | 1,446.45 | 2,056.8 |
| Check | 3/12/2010 | 1138 | Stan Walker | | | 2,000.00 | 56.8 |
| Check | 3/12/2010 | 1139 | Ethan Parker | VOID: | 0.00 | | 56.8 |
| Check | 3/12/2010 | 1140 | Jeffery Parker | | | 56.30 | 0.5 |
| General Journal | 3/25/2010 | | | Check from ... | 10,000.00 | | 10,000.5 |
| Check | 3/26/2010 | 1141 | Tina Placourakis | | | 2,500.00 | 7,500.5 |
| Check | 3/26/2010 | 1142 | Stan Walker | | | 2,000.00 | 5,500.5 |
| Check | 3/26/2010 | 1143 | Jeremiah Hopkins | | | 485.16 | 5,015.3 |
| Check | 3/26/2010 | 1144 | John Ellis | | | 796.25 | 4,219.1 |
| Check | 3/26/2010 | 1145 | David Schmidt | | | 77.43 | 4,141.6 |
| Check | 3/26/2010 | 1146 | Larry Reyes | | | 737.75 | 3,403.9 |
| Check | 3/26/2010 | 1147 | Jeffery Parker | | | 286.65 | 3,117.2 |
| Check | 3/26/2010 | 1148 | Michael Foster | | | 466.30 | 2,648.9 |
| Check | 3/26/2010 | 1149 | Martin Bustamante | | | 972.05 | 1,676.9 |
| Check | 3/26/2010 | 1150 | Lexi Placourakis | | | 225.00 | 1,451.9 |
| Check | 3/26/2010 | 1151 | Roseanne Ruiz | | | 1,446.45 | 5.4 |
| **Total BR Payroll** | | | | | 17,085.76 | 17,080.60 | 5.4 |
| **OTAL** | | | | | 17,085.76 | 17,080.80 | 5.4 |

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of March 31, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Tax** | | | | | | | |
| | | | | | | | -113.1 |
| General Journal | 3/5/2010 | | | ADP Payroll | 2,978.75 | | 2,865.6 |
| General Journal | 3/8/2010 | | | Payroll Tax | | 2,574.25 | 291.3 |
| General Journal | 3/8/2010 | | | Workers Comp | | 171.50 | 119.8 |
| General Journal | 3/8/2010 | | | Payroll fees | | 119.86 | 0.0 |
| General Journal | 3/30/2010 | | | Tax for ADP | 1,191.87 | | 1,191.8 |
| General Journal | 3/31/2010 | | | ADP Payroll | | 1,191.87 | 0.0 |
| **Total BR Tax** | | | | | 4,170.62 | 4,057.48 | 0.0 |
| **OTAL** | | | | | 4,170.62 | 4,057.48 | 0.0 |