# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 2:09-bk-11283-PHX-RJH
)
**SUN WEST BOTTLERS, L.L.C.,** ) **BUSINESS AND INDUSTRY**
) **MONTHLY OPERATING REPORT**
)
) MONTH OF _____Apr-10_____
)
) DATE PETITION FILED: May 22, 2009
Debtor )
) TAX PAYER ID NO.: 72-1657509

Nature of Debtor's Business: _____Private Labeled Bottled Water_____

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____     COO
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

Tina Placourakis     May 3, 2010
PRINTED NAME OF RESPONSIBLE PARTY     DATE

**PREPARER:**

_____     Director of Operations
ORIGINAL SIGNATURE OF PREPARER     TITLE

Roxanne Ruiz     5/3/10
PRINTED NAME OF PREPARER     DATE

PERSON TO CONTACT REGARDING THIS REPORT: Tina Placourakis

PHONE NUMBER: 602-462-5300

ADDRESS: 2121 W Willetta St, Phoenix, AZ 85009

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Managers # | Operating # | Payroll # | Tax # | |
| Balance at Beginning of Period | | 6175.34 | 5.49 | | 6351.95 |
| **RECEIPTS** | | | | | |
| Cash Sales | | 97406.13 | | | 97406.13 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | 1300 | | 19624.72 | 686.42 | 21611.14 |
| Other (attach list) | | | | 150.31 | 150.31 |
| TOTAL RECEIPTS | 1300 | 97406.13 | 19624.72 | 836.73 | 119167.58 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | 1020.53 | 69332.72 | 19630.21 | 719.38 | |
| Legal Fees | | | | | |
| Pre-Petition Debt | | | | | |
| Plant Move | | | | | |
| APS Deposit | | | | | |
| Minus Other DIP Transfers | | 21224.72 | | | |
| Reorganization Expenses: Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | 1020.53 | 90557.44 | 19630.21 | 719.38 | 111927.56 |
| Balance at End of Month | 450.59 | 13024.03 | | 117.35 | 13591.97 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 111927.56 |
| Less: Transfers to Other DIP Accounts | 21611.14 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 90316.42 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23, 2009 through April 30, 2010

|  | May 23, '09 - Apr 30, 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Material Sales | 7,326.70 |
| Sun West Sales Income | |
|    AEB Sales Income | 226,626.40 |
|    Custom Water Works Income | 3,082.68 |
|    Delivery Income | 22,482.14 |
|    Gallon 4/1 Income | 5,423.20 |
|    Gallon 6/1 Income | 48,888.84 |
|    Label Revenue | 70,808.24 |
|    Print Plate Income | 5,000.00 |
|    SW .5L Revenue | 84,649.91 |
|    SW 1 Gallon Revenue | 912.00 |
|    SW 12oz Revenue | 18,640.62 |
|    White Water Sales income | 52,995.50 |
|    Sun West Sales Income - Other | 397,884.76 |
| Total Sun West Sales Income | 939,594.29 |
| **Total Income** | **946,920.99** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 376,653.44 |
| Freight Costs | 20,108.92 |
| Inventory Overages/Shortages | -1,058.90 |
| Packaging Costs | 1,569.41 |
| **Total COGS** | **397,272.87** |
| **Gross Profit** | **549,648.12** |
| **Expense** | |
| Advertising Expenses | 50.00 |
| Bad Debt Loss | 559.00 |
| Bank Service Charges | 2,113.39 |
| Bankruptcy Fees | 9,781.02 |
| Car/Truck Expense | |
|    Gas | 5,266.71 |
|    Repairs & Maintenance | 11.36 |
| Total Car/Truck Expense | 5,278.07 |
| Consulting Exp. | 1,780.19 |
| Delivery Fee's | |
|    Accurate Cargo | 3,244.60 |
|    R&L Carriers | 1,124.14 |
|    Truck Gasoline Exp. | 2,697.50 |
|    Delivery Fee's - Other | -50.00 |
| Total Delivery Fee's | 7,016.24 |
| Employee Benefit Exp. | 26,441.72 |
| Equipment Loss Exp. | 54,606.44 |
| Equipment Rental | |
|    RO DI Tanks | 754.60 |
| Total Equipment Rental | 754.60 |
| Freight Exp | 95.71 |
| Insurance | |
|    Auto Insurance | 3,146.33 |
|    General Liability Ins. Bethany | 2,770.66 |
|    General Liability Insurance | 4,019.99 |
|    Worker's Compensation | 1,524.39 |
| Total Insurance | 11,461.37 |
| Inventory Loss/Gain Exp | 8,398.49 |
| Janitorial/Cleaning Exp. | 500.00 |
| Label Fees | |
|    Digital Labels | 57,473.80 |
|    Labels | 2,924.84 |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23, 2009 through April 30, 2010

|  | May 23, '09 - Apr 30, 10 |
|---|---:|
| Shipping/Freight Exp. | 962.10 |
| Label Fees - Other | -125.00 |
| **Total Label Fees** | **61,235.74** |
| Late Charge/Penalty Exp. | 20.00 |
| Licenses and Permits | 60.00 |
| Management Fees | 650.00 |
| Marketing Exp |  |
|   Food/Entertainment Exp | 607.85 |
|   Postage Exp. | 44.00 |
|   Stationary & Paper Exp. | 133.69 |
|   Marketing Exp - Other | 320.76 |
| **Total Marketing Exp** | **1,106.30** |
| Misc. Exp. | 50.56 |
| Office Supplies |  |
|   Cleaning & Bathroom | 65.00 |
|   Paper & Stationary Exp. | 1,073.75 |
|   Office Supplies - Other | 335.95 |
| **Total Office Supplies** | **1,474.70** |
| Parking Tickets | 117.00 |
| Payroll Expenses |  |
|   Accounting Wages | 6,229.20 |
|   Admin Salaries | 175,272.63 |
|   Bonus/Incentive Exp | 418.40 |
|   Front Office Salary/Wages | 22,303.69 |
|   Management Wages | 578.59 |
|   Payroll Fees |  |
|     Timeclock Lease Exp. | 452.57 |
|     Payroll Fees - Other | 708.35 |
|   **Total Payroll Fees** | **1,160.92** |
|   Payroll Tax |  |
|     Federal Unemployment Tax | -1.36 |
|     Social Security/Medicare Tax | -19.99 |
|     State Unemployment Tax | -0.14 |
|     Payroll Tax - Other | 17,841.03 |
|   **Total Payroll Tax** | **17,819.54** |
|   Production Wages |  |
|     Production Wage Garnishment |  |
|       Garnishment (Child Support) | 784.98 |
|       Production Wage Garnishment - Other | 741.76 |
|     **Total Production Wage Garnishment** | **1,526.74** |
|     Production Wages - Other | 52,027.94 |
|   **Total Production Wages** | **53,554.68** |
|   Warehouse/Shipping Wages | 37,773.55 |
|   Payroll Expenses - Other | 4,643.30 |
| **Total Payroll Expenses** | **319,754.50** |
| Plant Supplies |  |
|   Pallet Exp. | 5,186.80 |
|   Plant Supplies - Other | 502.77 |
| **Total Plant Supplies** | **5,689.57** |
| Postage and Shipping | 2,261.53 |
| Product Packaging Exp |  |
|   Box Tape | 182.00 |
|   Shrink Wrap Exp | 3,952.31 |
|   Stretch Wrap Exp | 3,202.59 |
| **Total Product Packaging Exp** | **7,336.90** |
| Professional Fees |  |

# SUN WEST BOTTLERS, LLC
# Profit & Loss Since Filing Bankruptcy
## May 23, 2009 through April 30, 2010

| | May 23, '09 - Apr 30, 10 |
|---|---:|
| Engineer Consulting Exp | 58,520.00 |
| Legal Fees | 25,000.00 |
| Payroll Services | 152.00 |
| **Total Professional Fees** | **83,672.00** |
| Propane Exp. | 664.36 |
| Quality Control | |
|   Water Analysis Exp. | 2,053.30 |
| **Total Quality Control** | **2,053.30** |
| Reconciliation Discrepancies | 21.53 |
| Refund Exp | -1,929.50 |
| Rent Bethany | 31,339.11 |
| Rent Willetta | 38,026.50 |
| Repairs and Maintenance | |
|   Arpac Exp. | 850.84 |
|   Building Maint. | 680.29 |
|   Equipment Repairs | 40.87 |
|   Filler Equipment | 90.72 |
|   Labeler Exp. | 278.16 |
|   Maintenance Supplies | 170.11 |
|   RO Equipment | 366.52 |
|   Truck Repair | 233.27 |
|   Videojet Printer | 411.00 |
|   Repairs and Maintenance - Other | 1,228.18 |
| **Total Repairs and Maintenance** | **4,349.98** |
| Returned Check Exp | -21.53 |
| Returned Prodcut Exp. | 57.49 |
| Telephone and Fax | |
|   Cell Phone Exp. | |
|     Delivery Driver Cell Exp. | 150.00 |
|     Cell Phone Exp. - Other | 4,021.01 |
|   **Total Cell Phone Exp.** | **4,171.01** |
|   Telephone and Fax - Other | 3,945.28 |
| **Total Telephone and Fax** | **8,116.29** |
| Tenant Improvements | |
|   Willetta Prep | 17,537.28 |
|   Tenant Improvements - Other | 188.75 |
| **Total Tenant Improvements** | **17,726.03** |
| Travel & Entertainment | |
|   Entertainment | 43.13 |
|   Meals | 389.29 |
| **Total Travel & Entertainment** | **432.42** |
| Utilities | |
|   Electric Exp. | 24,363.68 |
|   Trash Exp. | 1,781.84 |
|   Water Exp. | 6,910.88 |
| **Total Utilities** | **33,056.40** |
| Web Hosting Exp. | |
|   Web Domain Exp. | 37.89 |
|   Web Server Exp | 227.40 |
|   Web Hosting Exp. - Other | 18.95 |
| **Total Web Hosting Exp.** | **284.24** |
| **Total Expense** | **745,441.66** |
| **Net Ordinary Income** | **-195,793.54** |
| **Net Income** | **-195,793.54** |

# SUN WEST BOTTLERS, LLC
# Profit & Loss YTD Comparison
## April 2010

|  | Apr 10 | Jan - Apr 10 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Material Sales | 0.00 | 5,517.48 |
| Sun West Sales Income | | |
|   AEB Sales Income | 23,375.35 | 69,421.30 |
|   Custom Water Works Income | 288.80 | 1,665.00 |
|   Delivery Income | 1,999.43 | 6,389.43 |
|   Gallon 6/1 Income | 5,036.08 | 14,842.76 |
|   Label Revenue | 5,880.00 | 23,882.00 |
|   Print Plate Income | 750.00 | 1,400.00 |
|   SW .5L Revenue | 16,087.11 | 36,725.86 |
|   SW 1 Gallon Revenue | 228.00 | 312.00 |
|   SW 12oz Revenue | 2,439.00 | 12,532.62 |
|   White Water Sales income | 13,718.50 | 50,274.10 |
|   Sun West Sales Income - Other | 23,863.80 | 87,350.61 |
| Total Sun West Sales Income | 93,666.07 | 304,795.68 |
| Total Income | 93,666.07 | 310,313.16 |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | 41,389.95 | 138,952.32 |
| Freight Costs | 2,005.00 | 8,122.00 |
| Packaging Costs | 0.00 | 1,569.41 |
| Total COGS | 43,394.95 | 148,643.73 |
| **Gross Profit** | 50,271.12 | 161,669.43 |
| **Expense** | | |
| Advertising Expenses | 0.00 | 50.00 |
| Bank Service Charges | 0.00 | 327.83 |
| Bankruptcy Fees | 1,950.00 | 4,581.02 |
| Car/Truck Expense | | |
|   Gas | 777.69 | 2,610.13 |
| Total Car/Truck Expense | 777.69 | 2,610.13 |
| Consulting Exp. | 0.00 | 1,780.19 |
| Delivery Fee's | | |
|   Accurate Cargo | 183.58 | 449.68 |
|   R&L Carriers | 0.00 | 163.54 |
|   Delivery Fee's - Other | -50.00 | -50.00 |
| Total Delivery Fee's | 133.58 | 563.22 |
| Employee Benefit Exp. | 0.00 | 9,957.62 |
| Equipment Loss Exp. | 0.00 | 54,606.44 |
| Equipment Rental | | |
|   RO DI Tanks | 0.00 | 625.24 |
| Total Equipment Rental | 0.00 | 625.24 |
| Freight Exp | 0.00 | 95.71 |
| Insurance | | |
|   General Liability Insurance | 0.00 | 4,019.99 |
|   Worker's Compensation | 0.00 | 171.50 |
| Total Insurance | 0.00 | 4,191.49 |
| Inventory Loss/Gain Exp | 0.00 | -79.26 |
| Janitorial/Cleaning Exp. | 0.00 | 125.00 |
| Label Fees | | |
|   Digital Labels | 6,037.44 | 21,064.68 |
|   Label Fees - Other | -60.00 | -125.00 |
| Total Label Fees | 5,977.44 | 20,939.68 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### April 2010

|  | Apr 10 | Jan - Apr 10 |
|---|---:|---:|
| **Marketing Exp** | | |
|   Food/Entertainment Exp | 0.00 | 65.29 |
|   Stationary & Paper Exp. | 0.00 | 133.69 |
|   Marketing Exp - Other | 0.00 | 320.76 |
| **Total Marketing Exp** | 0.00 | 519.74 |
| **Office Supplies** | | |
|   Cleaning & Bathroom | 65.00 | 65.00 |
|   Paper & Stationary Exp. | 0.00 | 251.56 |
| **Total Office Supplies** | 65.00 | 316.56 |
| **Parking Tickets** | 0.00 | 69.00 |
| **Payroll Expenses** | | |
|   Admin Salaries | 7,750.00 | 54,828.40 |
|   Bonus/Incentive Exp | 0.00 | 418.40 |
|   Front Office Salary/Wages | 3,995.36 | 11,828.90 |
|   Payroll Fees | | |
|     Timeclock Lease Exp. | 0.00 | 149.44 |
|     Payroll Fees - Other | 10.00 | 283.00 |
|   **Total Payroll Fees** | 10.00 | 432.44 |
|   Payroll Tax | 559.07 | 4,325.19 |
|   Production Wages | 5,835.35 | 19,658.75 |
|   Warehouse/Shipping Wages | 1,944.10 | 8,748.45 |
|   Payroll Expenses - Other | 4,430.40 | 4,643.30 |
| **Total Payroll Expenses** | 24,524.28 | 104,883.83 |
| **Plant Supplies** | | |
|   Pallet Exp. | 930.00 | 1,860.00 |
|   Plant Supplies - Other | 0.00 | 40.55 |
| **Total Plant Supplies** | 930.00 | 1,900.55 |
| **Postage and Shipping** | 0.00 | 827.81 |
| **Product Packaging Exp** | | |
|   Shrink Wrap Exp | 1,490.58 | 2,720.19 |
| **Total Product Packaging Exp** | 1,490.58 | 2,720.19 |
| **Professional Fees** | | |
|   Engineer Consulting Exp | 0.00 | 11,704.00 |
| **Total Professional Fees** | 0.00 | 11,704.00 |
| **Quality Control** | | |
|   Water Analysis Exp. | 200.00 | 640.00 |
| **Total Quality Control** | 200.00 | 640.00 |
| **Refund Exp** | 2,523.00 | 2,523.00 |
| **Rent Willetta** | 0.00 | 14,548.50 |
| **Repairs and Maintenance** | | |
|   Arpac Exp. | 0.00 | 850.84 |
|   Building Maint. | 680.29 | 680.29 |
|   Equipment Repairs | 0.00 | 23.81 |
|   Filler Equipment | 0.00 | 90.72 |
|   Maintenance Supplies | 31.56 | 149.54 |
|   Truck Repair | 0.00 | 222.45 |
|   Videojet Printer | 0.00 | 137.00 |
|   Repairs and Maintenance - Other | 90.14 | 1,169.26 |
| **Total Repairs and Maintenance** | 801.99 | 3,323.91 |
| **Telephone and Fax** | | |
|   Cell Phone Exp. | 210.98 | 1,021.15 |
|   Telephone and Fax - Other | 0.00 | 1,091.06 |
| **Total Telephone and Fax** | 210.98 | 2,112.21 |
| **Tenant Improvements** | 0.00 | 86.10 |

# SUN WEST BOTTLERS, LLC
## Profit & Loss YTD Comparison
### April 2010

|  | Apr 10 | Jan - Apr 10 |
|---|---:|---:|
| Travel & Entertainment |  |  |
|   Entertainment | 0.00 | 43.13 |
|   Meals | 98.55 | 259.16 |
| Total Travel & Entertainment | 98.55 | 302.29 |
| Utilities |  |  |
|   Electric Exp. | 2,524.04 | 10,012.83 |
|   Trash Exp. | 138.92 | 547.39 |
|   Water. Exp. | 0.00 | 1,546.14 |
| Total Utilities | 2,662.96 | 12,106.36 |
| Web Hosting Exp. |  |  |
|   Web Server Exp | 0.00 | 56.85 |
|   Web Hosting Exp. - Other | 18.95 | 18.95 |
| Total Web Hosting Exp. | 18.95 | 75.80 |
| Total Expense | 42,365.00 | 258,834.16 |
| Net Ordinary Income | 7,906.12 | -97,164.73 |
| Net Income | 7,906.12 | -97,164.73 |

Case Number: 2:09-bk-11283-PHX-RJH

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 827.87 | 13591.97 | 6351.95 |
| Restricted Cash | | | |
| Total Cash | 827.87 | 13591.97 | 6351.95 |
| Accounts Receivable (net) | 67472.05 | 70378.37 | 71654.54 |
| Inventory | 5000 | 7325.65 | 7325.65 |
| Notes Receivable | | | |
| APS Security Deposit | 12695 | 0 | 0 |
| Willetta Security Deposit | | 8160 | 8160 |
| Total Current Assets | | | |
| Property, Plant & Equipment | 181625 | 91625 | 91625 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Trucks | 25000 | 10000 | 10000 |
| Office Furn, supplies, electronics | 1800 | 1800 | 1800 |
| TOTAL ASSETS | 295247.79 | 216472.96 | 203269.09 |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | | | |
| Priority Debt | 78000 | 78000 | 78000 |
| Unsecured Debt | 204041.77 | 204041.77 | 204041.77 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | 282041.77 | 282041.77 | 282041.77 |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Case Number: 2:09-bk-11283-PHX-RJH

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 70378.37 | 54898.27 | 9107.41 | 6372.69 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | 70378.37 | 54898.27 | 9107.41 | 6372.69 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | 8568.78 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | 7325.65 |

Date Last Inventory was taken: 18-May-09

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 181625 | | | 91625 |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | 25000 | | | 10000 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

Case Number: 2:09-bk-11283-PHX-RJH

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 17949.72 | 15697.67 | 2179.38 | 72.67 | 0 |
| Taxes Payable | 17655.65 | 1793.47 | 2793.57 | 1234.72 | 11833.89 |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| Tina Placourakis | 11127.96 | | | | |
| Total Post-Petition Liabilities | 35605.37 | 17491.14 | 4972.95 | 1307.39 | 11833.89 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### Insiders

| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

### Professionals

| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

# SUN WEST BOTTLERS, LLC
## A/P Aging Summary
As of April 30, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Accurate Cargo | 183.58 | 0.00 | 104.93 | 72.67 | 0.00 | 361.18 |
| Advertising Specialty Institute | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aetna | 0.00 | 554.90 | 1,796.20 | 0.00 | 0.00 | 2,351.10 |
| Allied Packaging | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| APS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Armor Plumbing | 676.65 | 0.00 | 0.00 | 0.00 | 0.00 | 676.65 |
| Central Freight | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City Of Phoenix | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearwater Beverages Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cybermetrics Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Diagraph | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DL Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employers Compensation Ins Co | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FedEx | 0.00 | 0.00 | 278.25 | 0.00 | 0.00 | 278.25 |
| Ferrellgas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Filler Specialties, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grainger | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hach Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Latino Perspectives Magazine | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legend | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| McCandless Idealease | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MCL Technology Corp | 3,041.13 | 0.00 | 0.00 | 0.00 | 0.00 | 3,041.13 |
| Napa DC | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| Naumann Hobbs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| One Stop Logistics | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Packaging Corporation of America | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Schendel Pest Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Southwest Label and Printing Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| The Business Journal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tom Tait | 2,964.08 | 0.00 | 0.00 | 0.00 | 0.00 | 2,964.08 |
| Toshiba Busniess Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Verizon | 0.00 | 210.98 | 0.00 | 0.00 | 0.00 | 210.98 |
| Waste Management | 0.00 | 138.92 | 0.00 | 0.00 | 0.00 | 138.92 |
| Wells Fargo Financial Capital Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| West Coast Container - AE | 0.00 | 5,727.43 | 0.00 | 0.00 | 0.00 | 5,727.43 |
| West Coast Containers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 7,065.44 | 8,632.23 | 2,179.38 | 72.67 | 0.00 | 17,949.72 |

# SUN WEST BOTTLERS, LLC
## Transactions by Account
### As of April 30, 2010

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Management Short Pay** | | | | | | | | | |
| **Due To - Tina Placourakis** | | | | | | | | | 0.00 |
| Check | 9/1/2009 | 1057 | Tina Placourakis | Short Pay to ... | | | BR Payroll | 875.00 | 875.00 |
| Check | 9/11/2009 | 1060 | Tina Placourakis | Short Pay | | | BR Payroll | 1,750.00 | 2,625.00 |
| Check | 9/24/2009 | 1310 | Tina Placourakis | | | | BR Operating | 1,250.00 | 3,875.00 |
| Check | 10/9/2009 | 1320 | Tina Placourakis | Short Pay | | | BR Operating | 1,250.00 | 5,125.00 |
| Check | 10/23/2009 | 1329 | Tina Placourakis | Short Pay | | | BR Operating | 1,250.00 | 6,375.00 |
| Check | 11/6/2009 | 1342 | Tina Placourakis | Short Pay | | | BR Operating | 1,250.00 | 7,625.00 |
| Check | 11/16/2009 | 1351 | Tina Placourakis | Reimbursem... | | | BR Operating | -4,523.02 | 3,101.98 |
| Check | 11/20/2009 | 1358 | Tina Placourakis | | | | BR Operating | 1,250.00 | 4,351.98 |
| Check | 12/4/2009 | 1368 | Tina Placourakis | Short Pay | | | BR Operating | 1,250.00 | 5,601.98 |
| Check | 12/17/2009 | 1380 | Tina Placourakis | Short Pay | | | BR Operating | 1,250.00 | 6,851.98 |
| Check | 12/22/2009 | 1390 | Tina Placourakis | Reimbursem... | | | BR Operating | -1,000.00 | 5,851.98 |
| Check | 1/1/2010 | 1397 | Tina Placourakis | Short Pay | | | BR Operating | 1,250.00 | 7,101.98 |
| Check | 1/1/2010 | 1400 | Tina Placourakis | Reimbursem... | | | BR Operating | -2,000.00 | 5,101.98 |
| General Journal | 1/15/2010 | | | PayChecks n... | | | Admin Salaries | 3,750.00 | 8,851.98 |
| Check | 1/28/2010 | 1422 | Tina Placourakis | Short Pay | | | BR Operating | 2,750.00 | 11,601.98 |
| Check | 2/5/2010 | 1434 | Tina Placourakis | Reimbursem... | | | BR Operating | -3,333.34 | 8,268.64 |
| General Journal | 2/12/2010 | | | No Check Iss... | | | Admin Salaries | 3,750.00 | 12,018.64 |
| Check | 2/28/2010 | 1454 | Tina Placourakis | Short Pay Re... | | | BR Operating | -4,650.00 | 7,368.64 |
| General Journal | 3/3/2010 | | | Medical Mar ... | | | -SPLIT- | 2,509.00 | 9,877.64 |
| General Journal | 3/3/2010 | | | Dental Oct 0... | | | Due To - Tina ... | 250.32 | 10,127.96 |
| Check | 3/12/2010 | 1493 | Tina Placourakis | Reimbursment | | | BR Operating | 2,750.00 | 12,877.96 |
| Check | 3/17/2010 | 1499 | Tina Placourakis | | | | BR Operating | -1,500.00 | 11,377.96 |
| Check | 3/26/2010 | 1141 | Tina Placourakis | Short Pay | | | BR Payroll | 1,250.00 | 12,627.96 |
| Check | 4/2/2010 | 1526 | Tina Placourakis | Reimbursment | | | BR Operating | -500.00 | 12,127.96 |
| Check | 4/16/2010 | 1545 | Tina Placourakis | Reimbursment | | | BR Operating | -500.00 | 11,627.96 |
| Check | 4/19/2010 | 1547 | Tina Placourakis | Reimbursme... | | | BR Operating | -500.00 | 11,127.96 |
| Check | 4/23/2010 | 1559 | Tina Placourakis | Short Pay | | | BR Operating | 2,000.00 | 13,127.96 |
| Check | 4/25/2010 | 1561 | Tina Placourakis | Reimbursment | | | BR Operating | -2,000.00 | 11,127.96 |
| **Total Due To - Tina Placourakis** | | | | | | | | 11,127.96 | 11,127.96 |
| **Total Management Short Pay** | | | | | | | | 11,127.96 | 11,127.96 |
| **TOTAL** | | | | | | | | 11,127.96 | 11,127.96 |

| Case Number: 2:09-bk-11283-PHX-RJH | | **CASE STATUS** |

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: 9

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Hartford | Workers Comp | 5/15/09 - 1/7/10 | Monthly |
| Travelers 6808980L285 | General Liability | 1/7/10 - 1/7/11 | Monthly |
| Travelers CUP8710Y489 | Umbrella Liability | 1/7/10 - 1/7/11 | Monthly |
| Valley Forge Insurance | Automobile | 5/29/09 - 5/29/10 | Monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

**Identify any matters that are delaying the filing of a plan of reorganization:**

# SUN WEST BOTTLERS, LLC
## Monthly Receipt & Disbursement Report
### As of April 30, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| BR Operating | | | | | | | 6,175.3 |
| General Journal | 4/1/2010 | | | transfer | | 250.00 | 5,925.3 |
| Bill Pmt -Check | 4/1/2010 | 1517 | APS | 701916281 | | 2,260.49 | 3,664.8 |
| Bill Pmt -Check | 4/1/2010 | 1518 | City Of Phoenix | 0-1224-0076-... | | 576.48 | 3,088.3 |
| Bill Pmt -Check | 4/1/2010 | 1519 | City Of Phoenix - P... | | | 37.00 | 3,051.3 |
| Bill Pmt -Check | 4/1/2010 | 1520 | Legend | 00-0991451 | | 80.00 | 2,971.3 |
| Bill Pmt -Check | 4/1/2010 | 1521 | MCL - A Division of ... | | | 247.94 | 2,723.4 |
| Bill Pmt -Check | 4/1/2010 | 1522 | Quill Corporation | | | 207.10 | 2,516.3 |
| Bill Pmt -Check | 4/1/2010 | 1523 | Qwest 5300 | | | 280.70 | 2,235.6 |
| Bill Pmt -Check | 4/1/2010 | 1524 | SunStrike Communi... | | | 50.00 | 2,185.6 |
| Bill Pmt -Check | 4/1/2010 | 1525 | Verizon | 8302385409-... | | 203.80 | 1,981.8 |
| Deposit | 4/1/2010 | | | Deposit | 2,089.80 | | 4,071.6 |
| Check | 4/2/2010 | 1526 | Tina Placourakis | | | 500.00 | 3,571.6 |
| Deposit | 4/2/2010 | | | Deposit | 4,088.57 | | 7,660.2 |
| Bill Pmt -Check | 4/5/2010 | 040510 | West Coast Contain... | | | 3,209.01 | 4,451.1 |
| Deposit | 4/5/2010 | | | Deposit | 5,977.68 | | 10,428.8 |
| Check | 4/6/2010 | 1527 | TLC Labels | | | 1,440.00 | 8,988.8 |
| Deposit | 4/6/2010 | | | Deposit | 2,162.06 | | 11,150.9 |
| Check | 4/7/2010 | 1528 | Lexi Placourakis | | | 575.00 | 10,575.9 |
| Deposit | 4/7/2010 | | | Deposit | 4,706.27 | | 15,282.2 |
| General Journal | 4/8/2010 | | | Transfer | | 200.00 | 15,082.2 |
| General Journal | 4/8/2010 | | | transfer | | 300.00 | 14,782.2 |
| Check | 4/8/2010 | 1529 | TLC Labels | | | 432.00 | 14,350.2 |
| Bill Pmt -Check | 4/8/2010 | 1530 | American Eagle Be... | | | 5,863.86 | 8,486.3 |
| Deposit | 4/8/2010 | | | Deposit | 7,306.79 | | 15,793.1 |
| General Journal | 4/8/2010 | | | transfer | | 11,653.40 | 4,139.7 |
| General Journal | 4/9/2010 | | | Transfer | | 131.01 | 4,008.7 |
| Deposit | 4/9/2010 | | | Deposit | 2,797.31 | | 6,806.0 |
| Bill Pmt -Check | 4/9/2010 | 1557 | MCL Technology C... | | | 386.39 | 6,419.6 |
| Bill Pmt -Check | 4/12/2010 | 041210 | West Coast Contain... | | | 3,209.01 | 3,210.6 |
| Bill Pmt -Check | 4/12/2010 | 1531 | Ace Packaging | | | 1,300.41 | 1,910.2 |
| Bill Pmt -Check | 4/12/2010 | 1532 | MCL Technology C... | | | 500.00 | 1,410.2 |
| Bill Pmt -Check | 4/12/2010 | 1533 | Napa DC | | | 300.00 | 1,110.2 |
| Deposit | 4/12/2010 | | | Deposit | 5,352.79 | | 6,463.0 |
| General Journal | 4/13/2010 | | | Transfers | | 250.00 | 6,213.0 |
| Deposit | 4/13/2010 | | | Deposit | 2,107.52 | | 8,320.5 |
| Check | 4/14/2010 | 1534 | TLC Labels | | | 1,404.00 | 6,916.5 |
| Deposit | 4/14/2010 | | | Deposit | 1,580.97 | | 8,497.5 |
| Bill Pmt -Check | 4/15/2010 | 1535 | American Eagle Be... | | | 6,833.11 | 1,664.3 |
| Check | 4/15/2010 | 1536 | AMC Consolidated | | | 930.00 | 734.3 |
| General Journal | 4/15/2010 | | | Transfer | | 400.00 | 334.3 |
| Deposit | 4/15/2010 | | | Deposit | 10,179.58 | | 10,513.9 |
| Bill Pmt -Check | 4/16/2010 | 1537 | Accurate Cargo | | | 152.10 | 10,361.8 |
| Bill Pmt -Check | 4/16/2010 | 1538 | FedEx | | | 179.41 | 10,182.4 |
| Bill Pmt -Check | 4/16/2010 | 1539 | Legacy Propane | | | 166.91 | 10,015.5 |
| Bill Pmt -Check | 4/16/2010 | 1540 | Legend | 00-0991451 | | 200.00 | 9,815.5 |
| Bill Pmt -Check | 4/16/2010 | 1541 | MCL - A Division of ... | | | 129.36 | 9,686.1 |
| Bill Pmt -Check | 4/16/2010 | 1542 | R&L Carriers | | | 148.63 | 9,537.5 |
| Bill Pmt -Check | 4/16/2010 | 1543 | Southwest Industria... | | | 137.00 | 9,400.5 |
| Bill Pmt -Check | 4/16/2010 | 1544 | Travelers | 3444C7132 | | 670.33 | 8,730.2 |
| Check | 4/16/2010 | 1545 | Tina Placourakis | | | 500.00 | 8,230.2 |
| Check | 4/16/2010 | 1546 | U.S. Trustee | | | 1,950.00 | 6,280.2 |
| Deposit | 4/16/2010 | | | Deposit | 3,432.66 | | 9,712.8 |
| Check | 4/19/2010 | 1547 | Tina Placourakis | | | 500.00 | 9,212.8 |
| Bill Pmt -Check | 4/19/2010 | 041910 | West Coast Contain... | | | 5,552.15 | 3,660.7 |
| Deposit | 4/19/2010 | | | Deposit | 5,818.48 | | 9,479.2 |
| Deposit | 4/20/2010 | | | Deposit | 1,942.53 | | 11,421.7 |
| General Journal | 4/20/2010 | | | Transfer | | 200.00 | 11,221.7 |
| Check | 4/21/2010 | 1548 | TLC Labels | | | 828.00 | 10,393.7 |
| General Journal | 4/21/2010 | | | Transfer Tax | | 386.42 | 10,007.3 |
| Deposit | 4/21/2010 | | | Deposit | 5,072.00 | | 15,079.3 |
| Bill Pmt -Check | 4/21/2010 | 1549 | Accurate Cargo | | | 337.82 | 14,741.5 |
| Bill Pmt -Check | 4/21/2010 | 1550 | Ace Packaging | | | 261.17 | 14,480.3 |
| Bill Pmt -Check | 4/21/2010 | 1551 | FedEx | | | 89.86 | 14,390.4 |
| Bill Pmt -Check | 4/21/2010 | 1552 | Hach Company | | | 65.31 | 14,325.1 |
| Bill Pmt -Check | 4/21/2010 | 1553 | Legend | 00-0991451 | | 280.00 | 14,045.1 |
| Bill Pmt -Check | 4/21/2010 | 1554 | MCL - A Division of ... | | | 247.94 | 13,797.2 |
| Bill Pmt -Check | 4/21/2010 | 1555 | Napa DC | | | 223.00 | 13,574.2 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
### As of April 30, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Bill Pmt.-Check | 4/21/2010 | 1556 | R&L Carriers | | | 163.54 | 13,410.6 |
| Bill Pmt -Check | 4/21/2010 | 1558 | West Coast Contain... | | | 4,754.31 | 8,656.3 |
| Deposit | 4/22/2010 | | | Deposit | 2,486.67 | | 11,143.0 |
| General Journal | 4/22/2010 | | | Transfer payroll | | 5,840.31 | 5,302.7 |
| General Journal | 4/22/2010 | | | Transfer Payr... | | 2,000.00 | 3,302.7 |
| Bill Pmt -Check | 4/22/2010 | 042310 | West Coast Contain... | | | 2,473.08 | 829.6 |
| Check | 4/23/2010 | 1559 | Tina Placourakis | | | 1,750.00 | -920.3 |
| Deposit | 4/23/2010 | | | Deposit | 8,886.34 | | 7,966.0 |
| Check | 4/26/2010 | 1560 | The Complete Clea... | | | 65.00 | 7,901.0 |
| Check | 4/26/2010 | 1561 | Tina Placourakis | | | 2,000.00 | 5,901.0 |
| Deposit | 4/26/2010 | | | Deposit | 5,269.69 | | 11,170.6 |
| Bill Pmt -Check | 4/26/2010 | 042810 | West Coast Contain... | | | 3,888.45 | 7,282.2 |
| Deposit | 4/27/2010 | | | Deposit | 1,487.92 | | 8,770.1 |
| Bill Pmt -Check | 4/28/2010 | 1562 | Ace Packaging | | | 1,092.61 | 7,677.5 |
| Check | 4/28/2010 | 1563 | TLC Labels | | | 1,933.44 | 5,744.1 |
| General Journal | 4/28/2010 | | | APS 486656... | | 2,524.04 | 3,220.0 |
| Deposit | 4/28/2010 | | | Deposit | 5,401.11 | | 8,621.1 |
| Bill Pmt -Check | 4/29/2010 | 1564 | THARCO Containers | | | 2,263.92 | 6,357.2 |
| Bill Pmt -Check | 4/29/2010 | 1565 | American Eagle Be... | | | 808.62 | 5,548.6 |
| Bill Pmt -Check | 4/29/2010 | 1566 | West Coast Contain... | | | 1,784.00 | 3,764.6 |
| Deposit | 4/29/2010 | | | Deposit | 7,566.58 | | 11,331.2 |
| Deposit | 4/30/2010 | | | Deposit | 1,692.81 | | 13,024.0 |
| Total BR Operating | | | | | 97,406.13 | 90,557.44 | 13,024.0 |
| OTAL | | | | | 97,406.13 | 90,557.44 | 13,024.0 |

10 PM
03/10
crual Basis

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
### As of April 30, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Managers** | | | | | | | 171.1 |
| General Journal | 4/1/2010 | | | transfer | 250.00 | | 421.1 |
| General Journal | 4/2/2010 | | | Repairs | | 90.14 | 330.9 |
| General Journal | 4/2/2010 | | | Gas | | 66.47 | 264.5 |
| General Journal | 4/5/2010 | | | Gas | | 55.63 | 208.8 |
| General Journal | 4/7/2010 | | | Gas | | 69.92 | 138.9 |
| General Journal | 4/7/2010 | | | Antal Media ... | | 18.95 | 120.0 |
| General Journal | 4/8/2010 | | | Transfer | 200.00 | | 320.0 |
| General Journal | 4/8/2010 | | | gas | | 60.65 | 259.3 |
| General Journal | 4/9/2010 | | | Gas | | 68.49 | 190.8 |
| General Journal | 4/12/2010 | | | Lunch | | 33.55 | 157.3 |
| General Journal | 4/12/2010 | | | Gas | | 60.26 | 97.0 |
| General Journal | 4/13/2010 | | | ACE Hardware | | 31.56 | 65.5 |
| General Journal | 4/13/2010 | | | Transfers | 250.00 | | 315.5 |
| General Journal | 4/14/2010 | | | Gas | | 64.21 | 251.2 |
| General Journal | 4/15/2010 | | | Lunch for Pro... | | 65.00 | 186.2 |
| General Journal | 4/15/2010 | | | Transfer | 400.00 | | 586.2 |
| General Journal | 4/16/2010 | | | Gas | | 64.24 | 522.0 |
| General Journal | 4/20/2010 | | | Transfer | 200.00 | | 722.0 |
| General Journal | 4/22/2010 | | | Gas | | 70.39 | 651.6 |
| General Journal | 4/23/2010 | | | repair materials | | 3.64 | 648.0 |
| General Journal | 4/23/2010 | | | Gas | | 60.35 | 587.6 |
| General Journal | 4/27/2010 | | | Gas | | 70.10 | 517.5 |
| General Journal | 4/30/2010 | | | gas | | 66.98 | 450.5 |
| **Total BR Managers** | | | | | 1,300.00 | 1,020.53 | 450.5 |
| **OTAL** | | | | | 1,300.00 | 1,020.53 | 450.5 |

Pag

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
## As of April 30, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Tax** | | | | | | | 0.0 |
| General Journal | 4/7/2010 | | | ADP | | 10.00 | -10.0 |
| General Journal | 4/8/2010 | | | transfer | 300.00 | | 290.0 |
| General Journal | 4/8/2010 | | | adp | | 93.86 | 196.1 |
| General Journal | 4/8/2010 | | | ADP | | 39.69 | 156.4 |
| General Journal | 4/21/2010 | | | Transfer Tax | 386.42 | | 542.8 |
| General Journal | 4/21/2010 | | | Credit Refun... | 150.31 | | 693.1 |
| General Journal | 4/22/2010 | | | adp | | 452.55 | 240.6 |
| General Journal | 4/22/2010 | | | ADP | | 18.92 | 221.7 |
| General Journal | 4/22/2010 | | | Adp | | 104.36 | 117.3 |
| **Total BR Tax** | | | | | 836.73 | 719.38 | 117.3 |
| **OTAL** | | | | | 836.73 | 719.38 | 117.3 |

# SUN WEST BOTTLERS, LLC
# Monthly Receipt & Disbursement Report
## As of April 30, 2010

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BR Payroll** | | | | | | | 5.4 |
| General Journal | 4/8/2010 | | | transfer | 11,653.40 | | 11,658.8 |
| General Journal | 4/9/2010 | | | Transfer | 131.01 | | 11,789.9 |
| Check | 4/9/2010 | 1152 | Tina Placourakis | | | 3,750.00 | 8,039.9 |
| Check | 4/9/2010 | 1153 | Stan Walker | | | 2,000.00 | 6,039.9 |
| Check | 4/9/2010 | 1154 | Jeremiah Hopkins | | | 631.80 | 5,408.1 |
| Check | 4/9/2010 | 1155 | David Williamson | | | 529.75 | 4,878.3 |
| Check | 4/9/2010 | 1156 | David Schmidt | | | 660.15 | 4,218.2 |
| Check | 4/9/2010 | 1157 | Larry Reyes | | | 1,053.00 | 3,165.2 |
| Check | 4/9/2010 | 1158 | Jeffery Parker | | | 66.30 | 3,098.9 |
| Check | 4/9/2010 | 1159 | Michael Foster | | | 680.40 | 2,418.5 |
| Check | 4/9/2010 | 1160 | Martin Bustamante | | | 972.05 | 1,446.4 |
| Check | 4/9/2010 | 1161 | Roseanne Ruiz | | | 1,446.45 | 0.0 |
| General Journal | 4/22/2010 | | | Transfer payroll | 5,840.31 | | 5,840.3 |
| General Journal | 4/22/2010 | | | Transfer Payr... | 2,000.00 | | 7,840.3 |
| Check | 4/23/2010 | 1162 | Stan Walker | | | 2,000.00 | 5,840.3 |
| Check | 4/23/2010 | 1163 | Jeremiah Hopkins | | | 436.80 | 5,403.5 |
| Check | 4/23/2010 | 1164 | David Schmidt | | | 456.40 | 4,947.1 |
| Check | 4/23/2010 | 1165 | Larry Reyes | | | 728.00 | 4,219.1 |
| Check | 4/23/2010 | 1166 | David Williamson | | | 802.75 | 3,416.3 |
| Check | 4/23/2010 | 1167 | Michael Foster | | | 470.40 | 2,945.9 |
| Check | 4/23/2010 | 1168 | Martin Bustamante | | | 972.05 | 1,973.9 |
| Check | 4/23/2010 | 1169 | Lexi Placourakis | | | 500.00 | 1,473.9 |
| Check | 4/23/2010 | 1170 | Roseanne Ruiz | | | 1,473.91 | 0.0 |
| **Total BR Payroll** | | | | | 19,624.72 | 19,630.21 | 0.0 |
| **OTAL** | | | | | 19,624.72 | 19,630.21 | 0.0 |