# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | SUN WEST BOTTLERS, LLC |
| **Case Number:** | 2:09-bk-11283-RJH    **Chapter:**  11 |
| **Date / Time / Room:** | MONDAY, MAY 10, 2010 02:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

U.S. TRUSTEE'S MOTION TO DISMISS CASE

**R / M #:**    113 / 0

**VACATED:  Stipulated Order Settling Uploaded 5/7/10**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Stipulated Order Settling Uploaded 5/7/10