**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 10, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

1. Daniel P. Collins (State Bar Id. No. 009055)
2. COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.
3. 201 North Central Avenue, 22nd Floor
   Phoenix, Arizona 85004-0608
4. Telephone (602) 252-1900
   Facsimile (602) 252-1114
5. Email: dcollins@cmpbglaw.com

6. Attorneys for the Debtor/Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

SUN WEST BOTTLERS, L.L.C.

Debtor.

Chapter 11

No. 2:09-bk-11283-RJH

**STIPULATED ORDER REGARDING U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS**

The office of the United States Trustee ("UST") having filed its motion to convert or dismiss these chapter 11 proceedings; the debtor, Sun West Bottlers, L.L.C. ("Sun West"), having (1) filed its response thereto, (2) brought its quarterly UST payments current and (3) filed its monthly operating reports through April 30, 2010, including an amended February 2010 report; this matter having come before this Court for hearing on May 10, 2010 at 2:30 p.m.; counsel for the UST and Sun West having appeared for such hearing and having approved this form of order, as evidenced by their signatures below; and good cause appearing therefore, it is

**ORDERED, ADJUDGED AND DECRRED** that:

1. On or before July 9, 2010, Sun West shall file either (a) its motion under 11 U.S.C. §363 seeking this Court's approval of a sale of substantially all of this estate's assets or (b) its chapter 11 plan and disclosure statement.

IT IS FURTHER ORDERED that, should Sun West fail to meet the filing deadline above, the UST is free to lodge a form of order with this Court on or after July 10, 2010 calling for this Court's appointment of a chapter 11 trustee or conversion of these proceeding to a chapter 7 liquidation or dismissal of these chapter 11 proceedings. The form of such order lodged by the UST shall be in accordance with the UST's discretion based on the UST's perception of what relief would best serve creditors of this estate at such time.

**SIGNED AND DATED ABOVE**

APPROVED AS TO FORM AND CONTENT
FOR IMMEDIATE ENTRY THIS 7th DAY
OF MAY, 2010:

**OFFICE OF THE UNITED STATES TRUSTEE**

By: _Edward K. Bernatavicius by DK with permission_
Edward K. Bernatavicius, Esq.

**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: _____
Daniel P. Collins
Attorneys for Sun West Bottlers, LLC,
Debtor

2